Penn Ayers Butler (Bar No. 56663)
Michael D. Cooper (Bar No. 42761)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: pbutler@wendel.com

Attorneys for Debtor
ECO2 Plastics, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>ECO2 PLASTICS, INC.,<br>a Delaware corporation<br><br>Debtor.<br><br>Tax ID No. 31-1705310 | Case No. 09-33702-DM<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER CONFIRMING ECO2 PLASTICS, INC. CHAPTER 11 PLAN (APRIL 21, 2010) AND OF OCCURRENCE OF CHAPTER 11 PLAN EFFECTIVE DATE** |

**PLEASE TAKE NOTICE** that

The Order Confirming ECO2, Inc. Chapter 11 Plan [dated April 21, 2010] Granting Related Relief and Fixing Related Deadlines, (the "Plan Confirmation Order") was entered in the ECO2 Plastics, Inc. ("ECO2") Chapter 11 case (the "Chapter 11 Case") on May 28, 2010; and that,

The ECO2 Chapter 11 Plan Effective Date occurred on June 28, 2010.

Dated: July 1, 2010　　　　　　　　　　　　　WENDEL, ROSEN, BLACK & DEAN LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Penn Ayers Butler*
　　　　　　　　　　　　　　　　　　　　　　　　Penn Ayers Butler
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　ECO2 Plastics, Inc.

016460.0002\1542091.1　　*NOTICE OF ENTRY OF ORDER CONFIRMING ECO2 PLASTICS, INC. CHAPTER 11 PLAN (APRIL 21, 2010) AND OF OCCURRENCE OF CHAPTER 11 PLAN EFFECTIVE DATE*　　1

Case: 09-33702　Doc# 215　Filed: 07/01/10　Entered: 07/01/10 13:35:28　Page 1 of 1