02/17/2010 11:07  8123866326                HURST MFG                              PAGE 04/05

## NOTICE OF CLAIMS PURCHASE AGREEMENT

Hurst Manufacturing, a(n) __Delaware__ (State of Incorporation), __Corporation__ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Corre Opportunities Fund LP, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $3,270.27 (proof of claim amount, defined as the "Claim") against ATI Liquidating, Inc. fka Aviza Technology, Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Northern District of California, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-54511 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __17th__ day of __February__, 2010.

Witness: _____ (Signature)

Edward A. Wagner
(Print Name and Title of Witness)

Hurst Manufacturing
(Company Name)

_____
(Signature of Corporate Officer)

David Bassett  Plant Controller
(Print Name and Title of Corporate Officer)

Corre Opportunities Fund LP

Witness: _____ (Signature)

_____
(Corre Opportunities Fund LP)

Eric Soderlund

Exhibit "A"

Case: 09-54511   Doc# 482   Filed: 02/26/10   Entered: 02/26/10 07:08:14   Page 1 of 1