## NOTICE OF CLAIMS PURCHASE AGREEMENT

### (Proof of Claim)

Securitas Security Services USA, a(n) California Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND LLP, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $45,427.12 (proof of claim amount, defined as the "Claim") against ATI Liquidating Inc. fka Aviza Technology Inc (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Northern District of California, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 09-54511 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the ____15____ day of ____March____, 2010.

 

 

WITNESS _____          Securitas
(Signature)                                        (Company Name)

Scott Buchner  Sr. Analyst          _____
(Print Name and Title of Witness)          (Signature of Corporate Officer)

                                         Jaime Bergara, Credit Mgr.
                                         (Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND LLP

WITNESS _____          _____
(Signature)                                        (Signature of Fund Representative)

                                         _____
                                         (Print Name, Corre Opportunities Fund LLP)

 

### Exhibit "A"