# NOTICE OF CLAIMS PURCHASE AGREEMENT

Nidec Copal Electronics Inc, a(n) California (State of Incorporation), Corporation (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto BLUE Oportunities Fund LP, a Delaware Limited Partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $280.00 (proof of claim amount, defined as the "Claim") against **ATI Liquidating, Inc. fka Aviza Technology, Inc** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **Northern District of California**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **09-54511** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF,** the undersigned has duly executed this Agreement by its duly authorized representative dated the 17th day of February, 2010.

Witness: _____ (Signature)

Nidec Copal Electronics Inc
(Company Name)

_____ (Signature of Corporate Officer)

Leony Lao - Accountant
(Print Name and Title of Witness)

Nobuhiro Kato - CEO
(Print Name and Title of Corporate Officer)

BLUE Oportunities Fund LP

Witness: _____ (Signature)

_____ (BLUE Oportunities Fund LP)

Exhibit "A"