Penn Ayers Butler (Bar No. 56663)
Daniel Rapaport (Bar No. 67217)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Debtor-In-Possession
CMR MORTGAGE FUND, LLC

BINDER & MALTER, LLP
Heinz Binder (SBN 087908)
Robert G. Harris (SBN 124678)
Roya Shakoori (SBN 236383)
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Debtors-in-Possession,
CMR MORTGAGE FUND II, LLC and
HAMILTON CREEK, LLC

MACDONALD & ASSOCIATES
Iain A. Macdonald (SBN 051073)
Reno F.R. Fernandez, III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
CMR MORTGAGE FUND III, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,
HAMILTON CREEK, LLC,

    Debtors.

☐ Affects **Fund I**
☐ Affects **Fund II**
☒ Affects **Fund III**
☐ Affects **Hamilton Creek**

Case No. 08-32220 TEC
Case No. 09-30788
Case No. 09-30802
Case No. 08-31285

Chapter 11

**AMENDMENT TO SCHEDULE F**

ATTACHMENT TO AMENDED SCHEDULE F (CREDITOR DAVID CHOO INDEMNIFICATION CLAIM)

Claims for Defense and Indemnification

Claimant has unliquidated and contingent claims for defense and indemnification arising under the Operating Agreement of CMR Mortgage Fund II, LLC (with such Operating Agreement being adopted and performed as if assumed pursuant to Section V.E of the EQUITY COMMITTEE AND DEBTORS JOINT PLAN OF REORGANIZATION Dated June 24, 2010), including but not limited to the pending disputed claims alleged in (i) *William Bergman et. al. v. California Mortgage and Realty, Inc. and David Choo, U S Bankruptcy Court, Northern District of California, San Francisco Division, Adv. No.* 10-03107; (ii) *Joseph Zadik v. California Mortgage and Realty, Inc., et al.*, San Francisco County Superior Court, No. CGC-09-486094; (iii) *Strouzas v. Choo et al.*, San Francisco Superior Court Case No. CGC 09- 491988; (iv) *McCarthy v. Choo et al.*, San Francisco Superior Court Case No. CGC 09-492051; (v) *Stevens v. California Mortgage and Realty, Inc. et al,* San Francisco Superior Court Case No. CGC 10-497123; and (vi) *Foreman v California Mortgage and Realty, Inc., et al.,* Case No. CGC-09-486152 (Superior Court, San Francisco Cty., CA).

# AMENDED SCHEDULE F
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the senior VP of Manager (CMR, Inc.) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document, consisting of 3 pages, and that they are true and correct to the best of my knowledge, information, and belief.

Date September 17, 2010         Signature    /s/    Graham Seel
                                             Graham Seel
                                             Senior VP of Manager (CMR, Inc.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*