Entered on Docket
February 18, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 18, 2010

_____
RANDALL J. NEWSOME
U.S. Bankruptcy Judge
_____

Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
**Baker & McKenzie LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA 92130-3051
Telephone: +1 858 523 6200

Counsel for Debtor
Asyst Technologies, Inc.,
a California corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

ASYST TECHNOLOGIES, INC., a California corporation,

Debtor.

Case No. 09-43246

Chapter 11

**ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN**

Date: February 3, 2010
Time: 2:00 p.m.
Dept: 220
Judge: Chief Judge Randall J. Newsome

The above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief (the "Chapter 11 Case") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") on April 20, 2009 (the "Petition Date").

On December 28, 2009, the Debtor proposed the Plan of Liquidation of Asyst Technologies, Inc. (D.N. 520) (as amended, the "Plan").[1]

---

[1] Unless otherwise specified, capitalized terms and phrases used herein have the meanings assigned to them in the Plan.

1

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

## RECITALS

A.  The Debtor, by and through Epiq Bankruptcy Solutions, LLC ("Epiq" or the "Voting Agent"), commenced the plan solicitation process on or about December 28, 2009 by distributing a solicitation package (the "Solicitation Package(s)") that included the Plan and the Disclosure Statement dated December 23, 2009 ("Disclosure Statement"), notice of the Confirmation Hearing, a ballot, a postage paid return envelope and a copy of the Order dated December 19, 2009 Scheduling Combined Disclosure Statement and Confirming Hearing (D.N. 511) (the "Plan Process Order") to all parties entitled to vote to accept or reject the Plan. The Plan Process Order (i) authorized the Debtor to solicit votes to accept or reject the Plan; (ii) set a combined hearing to approve the Disclosure Statement and confirm the Plan for February 3, 2010, at 2:00 p.m.; (iii) set January 20, 2010, at 4:00 p.m., prevailing Pacific time (the "Objection Deadline") as the date for filing of any objections to the Disclosure Statement or the Plan (an "Objection"); and (iv) set forth certain procedures regarding balloting of votes on the Plan, and set January 20, 2010, at 4:00 p.m. (prevailing Pacific time) (the "Voting Deadline") as the date for creditors and interest holders entitled to vote to accept or reject the Plan (collectively, the "Eligible Voters"), to submit votes to accept or reject the Plan.

B.  December 28, 2009 was the record date ("Voting Record Date") set for determining (a) the creditors and interest holders entitled to receive the Solicitation Package pursuant to the Solicitation Procedures (as defined herein); (b) the holders of Claims and Interests entitled to vote to accept or reject the Plan; and (c) whether Claims or Interests have been properly transferred to an assignee pursuant to Bankruptcy Rule 3001(e) such that the assignee can vote as the holder of the Claim or equity Interest.

2

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Case: 09-43246   Doc# 555   Filed: 02/18/10   Entered: 02/18/10 15:55:28   Page 2 of 17

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/705205.4

C. The transmission of the Solicitation Packages to holders of Claims and Interests entitled to vote to accept or reject the Plan was made pursuant to the procedures (the "Solicitation Procedures") set forth in the Plan Process Order.

D. On December 28, 2009, the Debtor filed the Disclosure Statement (D.I. No. 519) and the Plan (D.N. 520), which Plan and Disclosure Statement revised earlier versions of such document(s) filed on November 19, 2009. On January 22, 2010, the Debtor filed the Plan Supplement (D.N. 539) (the "Plan Supplement"). On January 29, 2010, the Debtor filed the *Revised* Plan Supplement (D.N. 540). On February 2, 2010, the Debtor filed the Affidavit of Service (the "Affidavit of Service") on behalf of Epiq and executed by Karen K. Dinsmore, Esq. (D.N. 545). The Affidavit of service detailed all service matters related to solicitation of the Plan, including (i) the Affidavit of Service of the Notice of Order Scheduling Combined Disclosure Statement and Confirmation Hearing and Setting Date for Objections (Docket 521); (ii) the Affidavit of Service of: (A) the Notice of Filing of Debtor's Disclosure Statement Dated December 23, 2009 and Plan of Liquidation Dated December 23, 2009; (B) Debtor' Disclosure Statement Dated December 23, 2009 for Plan of Liquidation Dated December 23, 2009; (C) Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code Dated December 23, 2009; and (D) Ballot for Accepting or Rejecting Plan of Liquidation Contained in the Debtor's Plan of Liquidation Dated December 23, 2009 (Docket 522), (iii) Affidavit of Service of Plan Supplement (D.N. 539) and (iv) Affidavit of Service of the Debtor's *Revised* Plan Supplement (D.N. 544). On January 29, 2010, the Debtor filed the Declaration of Christina F. Pullo, Esq., of Epiq Bankruptcy Solutions, LLC Regarding Voting on, and Tabulation of, Ballots Accepting and Rejecting the Debtor's Plan of Liquidation Under Chapter 11 of the Bankruptcy Code (Attached as Exhibit E to the Debtor's Notice of Filing of (i) Revised Plan Supplement; (ii) Revised Form of Proposed Order Confirming Plan; and (iii) Affidavit re Tabulation of Ballots dated January 29, 2010, D.N. 540) (the "Voting Declaration").

3

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/703205.4

Case: 09-43246    Doc# 555    Filed: 02/18/10    Entered: 02/18/10 15:55:28    Page 3 of 17

E.  The following objections to confirmation of the Plan were received (i) Objection to Confirmation of Plan Filed by Creditor Texas Comptroller of Public Accounts (D.N. 528); Objection / Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors (D.N. 530) ("Committee Objection"); Objection to Confirmation of Plan Filed by Interested Party Crossing Automation, Inc. (D.N. 531); Objection to Confirmation of Plan Filed by Creditor Intel Corporation (D.N. 532); Objection to Confirmation of Plan Filed by Creditor Randall D. Clegg (D.N. 536); and Objection to Confirmation of Plan Filed by Creditor Travis County (D.N. 537) (collectively, the "Plan Objections").

F.  The Committee Objection was withdrawn on February 1, 2010 (D.N. 543).

NOW, THEREFORE, this Court having reviewed the Disclosure Statement, the Plan (as supplemented by the *Revised* Plan Supplement), the Voting Declaration, the Affidavits of Service, the Plan Objections, and statements and comments regarding the confirmation of the Plan; this Court having heard statements of counsel in support of and in opposition to confirmation of the Plan at the hearing to consider confirmation of the Plan (the "Confirmation Hearing"); this Court having considered all testimony presented and evidence admitted by affidavits or otherwise at the Confirmation Hearing; this Court having taken judicial notice of the papers and pleadings on file in the Chapter 11 Case; it appearing to this Court that (a) notice of the Confirmation Hearing and the opportunity of any party-in-interest to object to confirmation of the Plan were adequate and appropriate as to all parties to be affected by the Plan and the transactions contemplated thereby, and (b) the solicitation and tabulation of votes, the publication of the Notice of Confirmation Hearing, and all other notices relating to the Plan were carried out in accordance with the Solicitation Procedures; and after due deliberation thereon and good cause appearing therefor, this Court enters this order whereby it makes and issues the following Findings of Fact and Conclusions of Law:[2]

---

[2]  This Confirmation Order constitutes the Bankruptcy Court's findings of fact and conclusions of law under Fed.

4

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/705205.4

Case: 09-43246   Doc# 555   Filed: 02/18/10   Entered: 02/18/10 15:55:28   Page 4 of 17

# FINDINGS OF FACT AND CONCLUSIONS OF LAW

IT IS HEREBY FOUND AND DETERMINED THAT

1. <u>Recitals</u>.  The Recitals in Paragraphs A-H above are hereby incorporated into the Court's Findings of Fact and Conclusions of Law.

2. <u>Exclusive Jurisdiction; Venue; Core Proceeding (28 U.S.C. §§ 157, 1334(a), 1408 and 1409)</u>.  This Court has jurisdiction over the Chapter 11 Case pursuant to 28 U.S.C. §§ 157 and 1334.  Approval of the Disclosure Statement and Confirmation of the Plan are core proceedings under 28 U.S.C. § 157(b)(2), and this Court has exclusive jurisdiction to determine whether (i) the disclosure statement contains "adequate information" as required by §1126 of the Bankruptcy Code and (ii) the Plan complies with the applicable provisions of the Bankruptcy Code and should be confirmed.  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.  Venue in the Northern District of California was proper as of the Petition Date and continues to be proper.

3. <u>Transmittal and Mailing of Materials, Notice</u>.  The Solicitation Packages were transmitted and served in compliance with the Bankruptcy Code, the Solicitation Procedures, the Plan Process Order, the Bankruptcy Rules and applicable nonbankruptcy law.  Such transmittal and service and the Solicitation Procedures were adequate and sufficient.  Adequate and sufficient notice of the Confirmation Hearing was given in compliance with the Bankruptcy Code, the Bankruptcy Rules and the Plan Process Order, and no other or further notice is or shall be required.

4. <u>Voting</u>.  The period during which the Debtor solicited acceptances to the Plan was a reasonable period of time for Eligible Voters to make an informed decision to accept or reject the Plan.  Votes for acceptance and rejection of the Plan were solicited in good faith and such

---

R. Civ. P. 52, as made applicable by Bankruptcy Rules 7052 and 9014. Any and all findings of fact shall constitute findings of fact even if they are stated as conclusions of law, and any and all conclusions of law shall constitute conclusions of law even if they are stated as findings of fact.

5

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200
SDODMS1/703205.4

solicitation complied with sections 1125 and 1126 of the Bankruptcy Code, Rules 3017 and 3018 of the Bankruptcy Rules, the Plan Process Order, all other applicable provisions of the Bankruptcy Code and all other applicable rules, laws and regulations.  All procedures used to distribute solicitation materials to the Eligible Voters and to tabulate the ballots were fair and conducted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and all other applicable rules, laws and regulations.   Class 1 is impaired, and voted to accept the Plan in the requisite majorities required under section 1126(c) of the Bankruptcy Code.  Holders of Claims or Interests in Classes 2, 3, and 4 are conclusively deemed to have rejected the respective Plans pursuant to section 1126(g) of the Bankruptcy Code (collectively, the "Deemed Rejected Classes").

5. <u>Plan Objections</u>.  In response to the Plan Objections by Crossing Automation, Inc. ("Crossing") and Intel Corporation ("Intel" and, together with Crossing, "Crossing/Intel"), on the one hand, the Debtor and Key Bank, as agent for the pre-petition lenders ("Debtor/Key Bank"), on the other hand, agreed on the record that $254,175.06 shall be paid forthwith by the Debtor to Crossing. Upon such payment, Crossing/Intel on the one hand, and Debtor/Key Bank, on the other, shall generally and mutually release each other from any and all claims whatsoever, known or unknown, arising in or any way related to the Asyst bankruptcy case and the parties expressly waive the protection of Cal. Civ.  Code 1542 , which is incorporated herein. Crossing and Intel are not releasing any claims which may exist between each other, KeyBank is not releasing any claims against Crossing or Intel unrelated to the Debtor, Crossing and Intel are not releasing any claims against Key Bank unrelated to the Debtor, and the Debtor is not releasing any claims of the Debtor against Mr. Clegg.

In response to the Plan Objection by Randall  D. Clegg ("Clegg"), the Liquidating Trust shall establish an escrow account to hold $38,646.35. Funds in this account shall be held by

6

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN
Case: 09-43246    Doc# 555    Filed: 02/18/10    Entered: 02/18/10 15:55:28    Page 6 of 17

Liquidation Trust, until the estate's disputes with Clegg are resolved, by settlement or further order of this court as to the appropriate payment, if any.

The Plan Objections, and each of them, to the extent neither withdrawn nor resolved by the preceding paragraph, are overruled.

6. <u>Proper Classification and Treatment of Claims and Interests (11 U.S.C. §§ 1122 and 1123(a)</u>. The classification and treatment of Claims and Interests satisfies §1122 and subsections (a)(1) through (a)(4) of §1123 of the Bankruptcy Code.

7. <u>Contents of Plan (11 U.S.C. § 1123(a)(5) through(7)</u>. The provisions of the Plan satisfy §§ 1123(a)(5) through (a)(7), to the extent applicable.

8. <u>Bankruptcy Rule 3017</u>. The Debtor has transmitted the Plan, the Disclosure Statement approved by this Court, notice of the time within which acceptances and rejections of the Plan may be filed, and any other information required by the Court in accordance with Bankruptcy Rule 3017(d).

9. <u>Bankruptcy Rule 3018</u>. The solicitation of votes to accept or reject the Plan from Holders of impaired Claims as of the Voting Record Date satisfies Bankruptcy Rule 3018(a).

10. <u>Satisfaction of Confirmation Requirements</u>. The Plan satisfies all the requirements for confirmation set forth in section 1129(a) of the Bankruptcy Code, except for section 1129(a)(8).

11. <u>Directors, Officers and Insiders</u>. The Plan and Liquidation Trust Agreement provide that the Liquidation Trust shall have both a Liquidation Trustee and a Steering Committee. The name and affiliations of the Liquidation Trustee was disclosed in the Liquidation Trust Agreement (filed as Exhibit A to proposed Plan filed with the *Revised* Plan Supplement), and, on February 2, 2010, the names and affiliations of each proposed member of the Steering Committee

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200
SDODMS1/705205.4

were disclosed to this Court in the Notice of Filing of List of Members of the Steering Committee Pursuant to the Plan of Liquidation (D.N. 548).

12. Acceptance or Rejection by Certain Classes (11 U.S.C. § 1129(a)(8)). The Plan does not satisfy section 1129(a)(8) of the Bankruptcy Code because the Plan was deemed rejected by the Deemed Rejected Classes. Notwithstanding the lack of compliance with section 1129(a)(8) of the Bankruptcy Code, the Plan is confirmable because, as described below, the Plan satisfies section 1129(b) of the Bankruptcy Code with respect to the Deemed Rejected Classes. As set forth in the Voting Declarations, the Impaired Class entitled to vote voted as follows:

|  | **Votes to Accept the Plan** | | | | **Votes to Reject the Plan** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | **Number** | | **Amount** | | **Number** | | **Amount** | |
| **Class 1** | 4 | 100% | $78,920,289.03 | 100% | 0 | 0% | $0 | 0% |

13. Principal Purpose (11 U.S.C. § 1129(d)). The principal purpose of the Plan is neither the avoidance of taxes nor the avoidance of section 5 of the Securities Act, and no governmental unit has objected to the confirmation of the Plan on any such grounds. The Plan, therefore, satisfies the requirements of section 1129(d) of the Bankruptcy Code.

14. Modifications to Plan. The modifications set forth in the *Revised* Plan Supplement and this Confirmation Order with respect to the Plan do not materially or adversely affect or change the treatment of any Claim or Interest. Accordingly, pursuant to Rule 3019 of the Bankruptcy Rules, these modifications do not require additional disclosure under section 1125 of the Bankruptcy Code or the resolicitation of acceptances or rejections under section 1126 of the Bankruptcy Code, nor do they require that holders of Claims or Interests be afforded an opportunity to change previously cast acceptances or rejections of the Plan as filed with the Court. Pursuant to Bankruptcy Rule 3019, such modifications shall be deemed accepted by all holders of Claims and Interests who have previously accepted this Plan.

8

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/703205.4

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Case: 09-43246    Doc# 555    Filed: 02/18/10    Entered: 02/18/10 15:55:28    Page 8 of 17

15. <u>Good Faith Solicitation (11 U.S.C. § 1125(e))</u>. Based upon the record before the Court, the Debtor and its agent and counsel have solicited votes on the Plan in good faith and in compliance with the applicable provisions of the Bankruptcy Code and are entitled to the protections afforded by section 1125(e) of the Bankruptcy Code.

16. <u>Confirmation of Plan Over Non-acceptance of Impaired Classes (11 U.S.C. § 1129(b))</u>. Pursuant to section 1129(b)(1) of the Bankruptcy Code, the Plan may be confirmed notwithstanding the fact that not all Impaired Classes have voted to accept the Plan. Class 1 has voted to accept the Plan. With respect to the Deemed Rejected Classes, no Holders of Claims or Interests subordinate to the Holders of the Claims or Interests in the Deemed Rejected Classes will receive or retain any property under the Plan. Accordingly, the requirements of sections 1129(b)(2)(B)(ii) and 1129(b)(2)(C)(ii) are satisfied with respect to the Deemed Rejected Classes, and the Plan is fair and equitable with respect to such Classes, and the Plan does not unfairly discriminate against such Classes. Accordingly, the Plan satisfies the requirements of section 1129(b) of the Bankruptcy Code and shall be confirmed notwithstanding the requirements of section 1129(a)(8) of the Bankruptcy Code.

17. <u>Allowed Claims</u>. Each of the Lender Secured Claims are all allowed Claims as provided in the Plan.

**DECREES**

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, DECREED AND DETERMINED THAT,

18. <u>Disclosure Statement</u>. It having been determined after notice and a hearing that the Disclosure Statement (D.N. 519), complies with section 1125 of the Bankruptcy Code and is hereby finally approved as containing adequate information, as defined by section 1125(a) of the Bankruptcy Code.

9

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Case: 09-43246   Doc# 555   Filed: 02/18/10   Entered: 02/18/10 15:55:28   Page 9 of 17
Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200
SDODMS1/705205.4

19. <u>Solicitation Procedures</u>.  The Solicitation Procedures set forth in the Voting Declaration, including the Ballots and all related Notices, are hereby approved.

20. <u>Confirmation</u>.  The Plan as modified by the modifications set forth in the *Revised Plan Supplement* and in this Confirmation Order is confirmed under section 1129 of the Bankruptcy Code.  Any objections to the confirmation of the Plan have been withdrawn or are hereby overruled in their entirety.  [ANY ADDITIONAL PROVISIONS AS MAY BE DETERMINED BY THE COURT IN CONNECTION WITH DISPOSITION OF PLAN OBJECTIONS].

21. <u>Notice of Entry of Confirmation Order</u>.  On or before the tenth (10th) day following the date of entry of this Confirmation Order, the Debtor shall serve notice of entry of this Confirmation Order pursuant to Rules 2002(f)(7), 2002(k) and 3020(c) of the Bankruptcy Rules on all creditors, counsel to the Agent for the Lenders, counsel to the Committee, the United States Trustee for the Northern District of California and all entities known by the Debtor to have filed a notice of appearance or a request for receipt of chapter 11 notices and pleadings filed in the Chapter 11 Case as of the date hereof, by causing a notice of entry of this Confirmation Order to be delivered to such parties by first class mail, postage prepaid.

22. <u>Effectiveness of Order</u>.  Notwithstanding Bankruptcy Rules 3020(e), 6004(g) and 6006(d), or any other provision of the Bankruptcy Code or the Bankruptcy Rules, this Confirmation Order shall be effective immediately upon its entry.

23. <u>Substantial Consummation</u>.  Substantial consummation of the Plan shall be deemed to occur on the Distribution Date.

24. <u>The Record</u>.  The record of the Confirmation Hearing is closed.  The findings of fact and conclusions of law of this Court set forth herein and at the Confirmation Hearing shall constitute findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, as made

applicable herein by Bankruptcy Rule 9014, and the findings of fact and conclusions of law of the Court at the Confirmation Hearing are incorporated herein by reference.

END OF ORDER

11

CASE NO 09-43246
ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTOR'S PLAN

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/705209.4

Case: 09-43246    Doc# 555    Filed: 02/18/10    Entered: 02/18/10 15:55:28    Page 11 of 17

COURT SERVICE LIST

2929 Partners, Ltd.
c/o Cowles Thompson
Attn: Bill Siegel
Bank of America Bldg.
901 Main Street, Suite 3900
Dallas, TX 75202
Email: bsiegel@cowlesthompson.com

Andrew Allison
c/o Coughlin Stoia Geller Rudman & Robbins LLP
Darren J. Robbins, Esq.
Travis E. Downs III, Esq.
Kathleen A. Herkenhoff, Esq.

Benny C. Goodman III, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Phone: (619) 231-1058
Fax: 619/231-7423 (fax)
Email: travisd@csgrr.com
Email: kathyh@csgrr.com
Email: bennyg@csgrr.com

Arent Fox LLP
Attn: Mette H. Kurth, Esq.
Attn: Michael S. Cryan, Esq.
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Phone: 213-629-7400
Fax: 213-629-7401
Email: kurth.mette@arentfox.com
Email: cryan.michael@arentfox.com

Arent Fox LLP
Attn: Andrew I. Silfen, Esq.
Attn: Schuyler G. Carroll, Esq.
1675 Broadway
New York, NY 10019
Phone 212-484-3900
Fax: 212-484-3990
Email: Silfen.andrew@arentfox.com
Email: carroll.schuyler@arentfox.com

Arent Fox LLP
Jeffrey N. Rothleder
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
Email: rothleder.jeffrey@arentfox.com

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

| | |
|---|---|
| 1 | |
| 2 | ASML US, Inc.<br>c/o Quarles & Brady LLP |
| 3 | Robert P. Harris, Esq.<br>Jason D. Curry, Esq. |
| 4 | One Renaissance Square<br>Two North Central Avenue |
| 5 | Phoenix, Arizona 85004-2391<br>Telephone: (602) 229-5200 |
| 6 | Fax: (602) 229-5690<br>Email: robert.harris@quarles.com |
| 7 | Email: jason.curry@quarles.com |
| 8 | Asyst Technologies, Inc.<br>Attn: Paula C. LuPriore |
| 9 | 5201 Great America Parkway, Suite 320<br>Santa Clara, CA 95054Email: pluPriore@Asyst.com |
| 10 | Email: atachibana@Asyst.com |
| 11 | Baker & McKenzie LLP<br>Attn: Ali M.M. Mojdehi |
| 12 | Attn: Janet Gertz<br>12544 High Bluff Drive, Third Floor |
| 13 | San Diego, CA 92130-3051<br>Email: ali.m.m.mojdehi@bakernet.com |
| 14 | Email: Janet.D.Gertz@bakernet.com |
| 15 | Citibank, N.A.<br>Attn: Dina Garthwaite |
| 16 | 388 Greenwich Street, 7th Floor<br>New York, NY 10013 |
| 17 | Email: dina.garthwaite@citi.com |
| 18 | Citibank, N.A.<br>Attn: Ralph Palma |
| 19 | 388 Greenwich Street, 7th Floor<br>New York, NY 10013 |
| 20 | Email: ralph.palma@citi.com |
| 21 | The Comptroller of Public Accounts of the State of Texas<br>c/o Jay W. Hurst |
| 22 | Assistant Attorney General<br>Bankruptcy & Collections Division |
| 23 | Post Office Box 12548<br>Austin, TX 78711-2548 |
| 24 | Telephone: (512) 475-4861<br>Fax: (512) 482-8341 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

2

SDODMS1/700903.10

CASE NO 09-43246
COURT SERVICE LIST

Case: 09-43246   Doc# 555   Filed: 02/18/10   Entered: 02/18/10 15:55:28   Page 13 of 17

| | |
|---|---|
| 1 | Crossing Automation, Inc.<br>c/o Orrick, Herrington & Sutcliffe LLP |
| 2 | Attn: Frederick D. Holden, Jr.<br>The Orrick Building |
| 3 | 405 Howard Street<br>San Francisco, California 94105-2669 |
| 4 | Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |
| 5 | Email: fholden@orrick.com |
| 6 | Epiq Bankruptcy Solutions, LLC<br>Attn: Asyst Technologies |
| 7 | 757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| 8 | |
| 9 | Flextronics Mfg Sg Pte Ltd<br>c/o Bialson, Bergen & Schwab |
| 10 | Attn: Patrick M. Costello, Esq.<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 |
| 11 | Email: pcostello@bbslaw.com<br>Fax: (650) 494-2738 |
| 12 | |
| 13 | Hewlett-Packard Company<br>Attn: Ms. Ramona Neal |
| 14 | Corporate Counsel<br>11311 Chinden Boulevard |
| 15 | Mailstop 314<br>Boise, ID 83714-0021 |
| 16 | Phone: (208) 396-6484<br>Fax: (208) 396-3958 |
| 17 | Email: Ramona.neal@hp.com<br>Email: kathy.escue@hp.com |
| 18 | Hewlett-Packard Company<br>Attn: Mr. Ken Higman |
| 19 | Senior Default & Recovery Analyst<br>2125 E. Katella Ave. |
| 20 | Suite 400<br>Anaheim, CA 92806 |
| 21 | Phone: (714) 940-7120<br>Email: ken.higman@hp.com |
| 22 | |
| 23 | Hewlett-Packard Company<br>Attn: Ms. Esme Vargas |
| 24 | Default Analyst<br>11445 Compaq Center Dr.<br>MS: 060400 |
| 25 | Houston, TX 77070<br>Email: esmere.vargas@hp.com |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

3

CASE NO 09-43246
COURT SERVICE LIST

Case: 09-43246  Doc# 555  Filed: 02/18/10  Entered: 02/18/10 15:55:28  Page 14 of 17
SDODMS1/700303.10

| | |
|---|---|
| 1 | Hrxcel, LLC |
| | c/o Owens, Clary & Aiken, L.L.P. |
| 2 | Attn: Leighton Aiken |
| | Attn: William L. Foreman |
| 3 | 700 North Pearl Street, Suite 1600 |
| | Dallas, Texas 75201 |
| 4 | (214) 698-2100 (telephone) |
| | (214) 698-2121 (facsimile). |
| 5 | Email: laiken@oca-law.com |
| | Email: wforeman@oca-law.com |
| 6 | |
| | Jenoptik AG |
| 7 | c/o Howrey LLP |
| | Attn: Daniel Shvodian |
| 8 | 1950 University Avenue, 4th Floor |
| | East Palo Alto, CA 94303 |
| 9 | Phone: (650) 698-3500 |
| | Fax: (650) 698-3600 |
| 10 | Email: ShvodianD@howrey.com |
| 11 | KeyBank National Association |
| | c/o Kaye Scholer LLP |
| 12 | Attn: Sheldon Solow / Harold D. Israel |
| | 3 First National Plaza |
| 13 | 70 West Madison Street, Suite 4100 |
| | Chicago, IL 60602-4231 |
| 14 | Email: ssolow@kayescholer.com |
| | Email: hisrael@kayescholer.com |
| 15 | |
| | KeyBank National Association |
| 16 | c/o Kaye Scholer LLP |
| | Attn: Victoria A. Gilbert, Esq. |
| 17 | Attn: Ashleigh Danker, Esq. |
| | 1999 Avenue of the Stars, Suite 1700 |
| 18 | Los Angeles, CA 90067 |
| | Phone: (310) 788-1000 |
| 19 | Facsimile: (310) 788-1200 |
| | Email: vgilbert@kayescholer.com |
| 20 | Email: adanker@kayescholer.com |
| 21 | Lam Research Corporation |
| | c/o Jennifer J. Hagan, Esq. |
| 22 | The Hagan Law Firm, Inc. |
| | 350 Cambridge Avenue, Suite 150 |
| 23 | Palo Alto, California 94306 |
| | Phone: (650) 322-8498 |
| 24 | Fax: (650) 322-8499 |
| | Email: jhagan@haganlaw.com |
| 25 | |
| | Lam Research Corporation |
| 26 | Attn: General Counsel |
| | 4650 Cushing Parkway |
| 27 | Fremont, California 94538 |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

4

CASE NO 09-43246
COURT SERVICE LIST

| | |
|---|---|
| 1 | Legacy Partners Commercial Inc. |
| 2 | c/o St. James Law, P.C. |
|   | Attn: Michael St. James, Esq. |
| 3 | 155 Montgomery Street, Suite 1004 |
|   | San Francisco, California 94104 |
| 4 | (415) 391-7566 Telephone |
|   | (415) 391-7568 Facsimile |
| 5 | ecf@stjames-law.com |

1  Legacy Partners Commercial Inc.
   c/o St. James Law, P.C.
2  Attn: Michael St. James, Esq.
   155 Montgomery Street, Suite 1004
3  San Francisco, California 94104
   (415) 391-7566 Telephone
4  (415) 391-7568 Facsimile
   ecf@stjames-law.com
5
   Linebarger Goggan Blair & Sampson, LLP
6  The Terrace II, 2700 Via Fortuna Drive, Suite 400
   P.O. Box 1728
7  Austin, TX 78760-7428
   Counsel for Nueces County; McLennan County;
8  Round Rock ISD; San Marcos CISD; City of San Marcos
   Phone: (512) 447-6675
9  Fax: (512) 443-5114

10 Linebarger Goggan Blair & Sampson, LLP
   2323 Bryan Street, Suite 1600
11 Dallas, TX 75201
   Counsel for the City of Richardson
12 Phone: (214) 880-0089
   Fax: (269) 221-5002
13 Email: dallas.bankruptcy@publicans.com

14 Office of the U.S. Trustee, Region 17, Oakland Division
   Attn: Barbara A. Matthews
15 Attn: Lynette C. Kelly
   1301 Clay Street, Suite 690N
16 Oakland, CA 94604
   Email: barbara.a.matthews@usdoj.gov
17 Email: lynette.c.kelly@usdoj.gov

18 Oracle USA, Inc.
   c/o Buchalter Nemer, A Professional Corporation
19 Attn: Shawn Christianson
   333 Market Street, 25th Floor
20 San Francisco, California 94105-2126
   Telephone: (415) 227-0900
21 Facsimile: (415) 227-0770
   Email: schristianson@buchalter.com
22
   The Peer Group/Peer Intellectual Property, Inc.
23 Attn: Robert L. Eisenbach III
   Cooley Godward Kronish LLP
24 101 California Street, 5th Floor
   San Francisco, CA 94111-5800
25 Fax: (415) 693-2222
   Email: reisenbach@cooley.com
26

27

28

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

5

CASE NO 09-43246
COURT SERVICE LIST

| | |
|---|---|
| 1 | Perkins Coie LLP<br>Attn: Alan D. Smith<br>1201 Third Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>Email: ADSmith@perkinscoie.com<br>Email: docketsea@perkinscoie.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | RBS Citizens Bank<br>Attn: Green Dim<br>1701 JFK Blvd., 22nd Floor<br>Philadelphia, PA 19103<br>Email: green.dim@citizensbank.com |
| 6 | |
| 7 | |
| 8 | Securities & Exchange Commission<br>Los Angeles Regional Office<br>Attn: Sandra Lavigna<br>5670 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90036<br>Email: lavignas@sec.gov |
| 9 | |
| 10 | |
| 11 | |
| 12 | Silicon Valley Bank<br>Attn: Marla Johnson<br>38 Technology Drive Ste 150<br>Irvine, CA 92618<br>Email: mjohnson@svb.com |
| 13 | |
| 14 | |
| 15 | Silicon Valley Bank<br>Attn: Tom Smith<br>2400 Hanover Street<br>Palo Alto, CA 94304<br>Email: tsmith@svb.com |
| 16 | |
| 17 | |
| 18 | Silicon Valley Bank<br>Attn: Nick Tsiagkas<br>2400 Hanover Street<br>Palo Alto, CA 94304<br>Email: ntsiagkas@svb.com |
| 19 | |
| 20 | |
| 21 | Unisys Corporation<br>Janet Fitzpatrick<br>Legal Assistant<br>Unisys Way<br>P.O. Box 500, M/S A20<br>Blue Bell, PA 19424<br>Fax: (215) 986-5721 |
| 22 | |
| 23 | |
| 24 | |
| 25 | Wilson Sonsini Goodrich & Rosati PC<br>Attn: Brian Danitz, Esq.<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

6

SDODMS1\7700503.10

CASE NO 09-43246
COURT SERVICE LIST

Case: 09-43246    Doc# 555    Filed: 02/18/10    Entered: 02/18/10 15:55:28    Page 17 of 17