1  McNUTT LAW GROUP LLP
   MICHAEL A. SWEET (CSBN 184345)
2  DALE L. BRATTON (CSBN 124328)
   188 The Embarcadero, Suite 800
3  San Francisco, California 94105
   Telephone: (415) 995-8475
4  Facsimile: (415) 995-8487

5  Attorneys for Official Committee of
   Equity Security Holders
6

7

8                 UNITED STATES BANKRUPTCY COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | In re                          | Case Nos.  08-32220 TEC
   |                                |            09-30788 TEC
12 | CMR MORTGAGE FUND, LLC,        |            09-30802 TEC
   | CMR MORTGAGE FUND II, LLC,     |
13 | CMR MORTGAGE FUND III, LLC,    | Chapter 11
   |                                |
14 |            Debtors.            | **CERTIFICATE OF SERVICE RE
   |                                | [PROPOSED] ORDERS GRANTING
15 |                                | SECOND INTERIM APPLICATION FOR
   |                                | COMPENSATION AND
16 | ☐ Affects **FUND I**           | REIMBURSEMENT OF EXPENSES**
   |
17 | ☐ Affects **FUND II**
   |
18 | ☐ Affects **FUND III**
   |
19 | ☒ Affects **ALL FUNDS**

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California; my business address is 188 The Embarcadero, Suite 800, San Francisco, California 94105.

On the date below, I served a copy, with all exhibits, of the following document:

**[PROPOSED] ORDER GRANTING SECOND INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR McNUTT LAW GROUP LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

**[PROPOSED] ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

on all interested parties in this action addressed as follows:

**SEE ATTACHED LIST**

☒ **By mail.** I caused an envelope to be deposited in the Mail at San Francisco, California with postage thereon fully prepaid. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **By Hand.** I caused an envelope to be delivered by hand to the addressee(s) listed above.

☐ **By Federal Express.** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **By Fax.** By use of facsimile machine telephone number (415) 995-8487, I caused a true copy to be transmitted to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The facsimile machine I used complied with California Rules of Court, rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on October 1, 2010.

_____/s/ Jackie Jacobus_____
Jackie Jacobus

CERTIFICATE OF SERVICE

**In re CMR Mortgage Fund, LLC**
**In re CMR Mortgage Fund II, LLC**
**In re CMR Mortgage Fund III, LLC**
**Master Service List**

Responsible Individual
Graham Seel
62 First Street
4th Floor
San Francisco, CA 94105

Office of the United States Trustee
Julie Glosson
235 Pine St., Ste. 800
San Francisco, CA 94105

Counsel for Debtor CMR Fund I
Michael D. Cooper, Esq.
Penn Ayers Butler, Esq.
Elizabeth Berke-Dreyfuss, Esq.
Tracy Green, Esq.
WENDEL ROSEN BLACK AND DEAN
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

Counsel for Debtor CMR Fund II
Rob Harris, Esq.
Roya Shakoori, Esq.
BINDER & MALTER
2775 Park Ave.
Santa Clara. CA 95050

Counsel for Debtor CMR Fund III
Iain A. Macdonald, Esq.
Reno F.R. Fernandez III, Esq.
MACDONALD & ASSOCIATES
221 Sansome Street, 3rd Floor
San Francisco, CA 94104

Request for Notice
William C. Lewis
Law Offices of William C. Lewis
510 Waverley Street
Palo Alto, CA 94301

Request for Notice
Craig C. Chiang, Esq.
Marilynn Tham. Esq.
BUCHALTER NEMER, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105

Request for Notice
Richard W. Havel, Esq.
Christina M. Craige, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013

Request for Notice
Linda Zieff
78917 Falsetto Drive
Palm Desert, CA 92211

Request for Notice
Mark J. Romeo
LAW OFFICES OF MARK J. ROMEO
235 Montgomery St., Ste. 410
San Francisco, CA 94104

Request for Notice
Wm. Thomas Lewis, Esq.
ROBERTSON & LEWIS
10 Almaden Blvd., Ste. 500
San Jose, CA 95113

Request for Notice
Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673

Request for Notice
Robert Feinbaum
3001 Ashbrook Court
Oakland, CA 94601

Request for Notice
G. Michael Williams
GANZER & WILLIAMS
P.O. Box 7683
Stockton, CA 95267

Request for Notice
Matthew J. Shier, Esq.
Jeremy W. Katz, Esq.
PINNACLE LAW GROUP
425 California St., Ste 1800
San Francisco, CA 94104

Request for Notice
Stephen T. O'Neill, Esq.
Laurent Chen, Esq.
MURRAY & MURRAY
19400 Stevens Creek Blvd.
Ste. 200
Cupertino, CA 95014

Request for Notice
Clifford R. Horner
HORNER & SINGER LLP
1646 N. California Blvd.
Suite 250
Walnut Creek, CA 94596

Request for Notice
Jeffery D. Trowbridge
180 Grand Ave., Ste. 1550
Oakland, CA 94612