# NOTIFICATION OF EQUITY INVESTOR CHANGE OF ADDRESS

(Please check box(es) to indicate in which case(s) you are a party)

Re:     [ X]     In re CMR Mortgage Fund LLC, Case No.08-32220

Date:   June 25, 2010

To:     Clerk of the Court
        U S Bankruptcy Court
        Northern District of California P.O Box 7341
        San Francisco, CA 94120-7341

From:   David Guerland and Nancy Guerland
        (Name as it appears on Mailing Matrix)

Please update the mailing matrix with the following address information:

Old Address:        23804 Lakeview Court
                    Auburn, CA 94954


New Address:        Argo Partners
                    12 West 37th Street, 9th Floor
                    New York, NY 10018



I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief; and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf' the claim listed above pertains

Signature: /s/ Matthew A. Gold                              Date:   June 21, 2010

Print Name: Matthew A. Gold

cc: McNutt Law Group LLP
188 The Embarcadero, Suite 800
San Francisco, CA 94105