United States Bankruptcy Court
Northern District of California

| | |
|---|---|
| In re Asyst Technologies, Inc. | Case No. 09-43246 |
| | Chapter 11 |
| | Court ID (court use only) _____ |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Mercer** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| | |
| **Contrarian Funds, LLC** | **Mercer** |
| 411 West Putnam Ave., Ste. 425 | PO Box 100260 |
| Greenwich, CT 06830 | Pasadena, CA 91189 |
| Attn: Alisa Mumola | |
| Phone 203-862-8211 | |

**Claim No. 330 for $51,100.00**


I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____         Date: _____July 16, 2010 _____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Mercer, Inc., a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~May~~ June 15, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $51,100.00, claim number 330, against Asyst Technologies, Inc, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Northen District of California, case no. 09-43246 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 15 day of ~~May~~ June 2010.

(Assignor)
Mercer, Inc.

By: _____
Name: Allison Breeher
Title: Sr. Litigation counsel

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: Kymm Welk
Title: Admin Asst