McNUTT LAW GROUP LLP
MICHAEL A. SWEET (CSBN 184345)
DALE L. BRATTON (CSBN 124328)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for Official Committee
of Equity Security Holders

(List of Counsel Continues on following page)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos. 08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Chapter 11<br><br>**MOTION FOR APPROVAL OF SETTLEMENT AMONG THE FUNDS, THE EQUITY COMMITTEE, AND CANPARTNERS REALTY HOLDING COMPANY IV LLC AND CANYON-RELATED ENTITIES, CARR, SCD, AND SC DEVELOPMENT PURSUANT TO BANKRUPTCY RULE 9019**<br><br>Date: September 22, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 23<br>235 Pine Street<br>San Francisco, CA 94104<br><br>Judge: The Hon. Thomas E. Carlson |

| | |
|---|---|
| 1 | HEINZ BINDER, #87908 |
| | ROBERT G. HARRIS, #124678 |
| 2 | BINDER & MALTER, LLP |
| | 2775 Park Avenue |
| 3 | Santa Clara, CA 95050 |
| | Telephone: (408)295-1700 |
| 4 | Facsimile: (408) 295-1531 |
| | Email: Rob@bindermalter.com |
| 5 | |
| | Attorneys for Debtor and Debtor In |
| 6 | Possession CMR Mortgage Fund II, LLC |
| 7 | IAIN A. MACDONALD (#051073) |
| | RENO F.R. FERNANDEZ III (#251934) |
| 8 | MACDONALD & ASSOCIATES |
| | 221 Sansome Street, Third Floor |
| 9 | San Francisco, CA 94104 |
| | Telephone: (415) 362-0449 |
| 10 | Facsimile: (415) 394-5544 |
| 11 | Attorneys for Debtor and Debtor In |
| 12 | Possession CMR Mortgage Fund III, LLC |
| 13 | PENN AYERS BUTLER (#56663) |
| | ELIZABETH BERKE-DREYFUSS (#114651) |
| 14 | WENDEL, ROSEN, BLACK & DEAN, LLP |
| | 1111 Broadway, 24th Floor |
| 15 | Oakland, CA 94607-4036 |
| | Telephone: (510) 834-6600 |
| 16 | Facsimile: (510) 834-1928 |
| 17 | Attorneys for Debtor and Debtor In |
| | Possession CMR Mortgage Fund, LLC |

The Official Committee of Equity Security Holders ("Equity Committee"), jointly with debtors CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II"), and CMR Mortgage Fund III, LLC ("Fund III") (collectively, the "Funds" and sometimes referred to as the "Debtors"), debtors-in-possession in Chapter 11 Case Nos. 08-32220, 09-30788, and 09-30802 respectively, bring this Motion For Approval Of Settlement Among The Funds, The Equity Committee, And Canpartners Realty Holding Company IV, LLC, Carr, and SCD Pursuant To Bankruptcy Rule 9019 ("Settlement Motion"). The Settlement Motion seeks an order of the Bankruptcy Court approving a settlement (the "Settlement") of disputes between the Equity Committee and the Funds on the one hand (collectively the "CMR Parties), and Canpartners Realty Holding Company IV LLC ("Canyon") (and Canyon-related entities Canpartners IV Royal Kunia LLC and Canpartners IV Royal Kunia Property LLC), SCD Kunia, LLC ("SCD"), Stanford Carr, and Stanford Carr Development, LLC ("SC Development") on the other hand (for these purposes only, collectively the "Canyon Parties").

**Elements of Settlement**

The proposed Settlement involves the following essential elements, all related in various ways to a loan jointly made by Canyon and Fund I to a real estate developer in Hawaii (the "Hawaii Loan"):

(a) The dismissal of pending litigation in the Bankruptcy Court by Fund I against the Canyon Parties (including Adversary Proceeding No. 08-03148, and appeals from orders granting relief from stay in the Chapter 11 case), in which Fund I has asserted various claims against the Canyon Parties for potential damages amounting to as much as $49.2 million.

(b) The release of claims asserted by Canyon against the Fund I as follows:

(i) As reflected in proofs of claim filed by Canyon in Fund I's Chapter 11 case in the amount of $5.8 million ("Canyon's Bankruptcy Claim"). This release of claims by Canyon also disposes of a pending objection by the Equity Committee to Canyon's filed proof of claim.

(ii) The same amounts as asserted in Canyon's Bankruptcy Claim are alleged as

counterclaims against Fund I in the Adversary Proceeding, plus Canyon's claims for additional damages on account of alleged interference by Fund I with Canyon's rights on the Hawaii Loan. Those additional damages are in unspecified amount until proof at trial, but are alleged to be in the millions of dollars and involve alleged losses of principal, interest, and fees on Canyon's $55 million portion of the Hawaii Loan.

    (c)    The release by Carr and Carr-related entities of any claims they may have against the CMR Parties.

    (d)    The withdrawal of Canyon's objection to confirmation of the Equity Committee and Debtors Joint Plan of reorganization dated June 24, 2010 (the "Plan").

    (e)    The CMR Parties and the Canyon Parties would each bear their own attorneys' fees and costs that have been incurred in asserting and defending the various claims against each other.

The terms of the Settlement are documented in the Settlement Agreement attached as Exhibit A hereto. The Settlement Motion is also supported by the Declaration of F. Wayne Elggren, financial advisor to the Equity Committee, filed herewith, the pleadings and orders on file in the Funds' Chapter 11 cases, the pleadings and orders on file in the Adversary Proceeding, and such further evidence and argument as may be presented before or at the hearing on the Settlement Motion. In summary, each side would drop its claims against the other, Canyon would withdraw its objection to confirmation of the Plan, and neither side would have any claim for legal expenses against the other.

**Benefits to CMR Parties of Settlement**

The CMR Parties and Canyon each believe that their litigation positions have merit, and a possibility of succeeding. Each recognizes, however, that there is significant uncertainty as to whether its claims against the other would prevail. There is a more than minimal possibility that the outcome of further litigation would be no recovery for Fund I and a liability to Canyon of more than $5.8 million. The Settlement removes that downside risk of continuing litigation.

It is absolutely certain that proceeding to resolve all pending litigation between the parties would cause each party to incur substantial legal expense going forward, probably amounting to as

much as $1 million for the CMR Parties and $1 million - $1.5 million for Canyon. Further, continuing the dispute with Canyon could require the CMR Parties to reserve funds under the Plan against a possible ruling in Canyon's favor on its Bankruptcy Claim. Holding funds for such a reserve would reduce the cash flow available for the purposes of implementing the Plan, a detriment to the level of success that might be achieved under the Plan.

Accordingly, the Equity Committee and the Funds have concluded that the Settlement is an appropriate compromise of these sharply disputed matters, and is in the best interests of creditors and investors of the Funds. The Equity Committee, exercising its independent business judgment from the Funds, recommends approval of the Settlement.

The CMR Parties therefore urge approval of the Settlement.

WHEREFORE, the CMR Parties request entry of an order of this Court approving the Settlement, and granting such other and further relief as the Court deems proper.

Dated: September 1, 2010          MCNUTT LAW GROUP LLP


                                  By: /s/ Dale L. Bratton
                                       Dale L. Bratton
                                  Attorneys for Official Committee
                                  of Equity Security Holders


Dated: September 1, 2010          WENDEL, ROSEN, BLACK & DEAN


                                  By: /s/ Elizabeth Berke-Dreyfuss
                                       Elizabeth Berke-Dreyfuss
                                  Attorneys for CMR Mortgage Fund, LLC

| | | |
|---|---|---|
| Dated: September 1, 2010 | | BINDER & MALTER |

By: */s/ Robert G. Harris*
      Robert G. Harris
Attorneys for CMR Mortgage Fund II, LLC

Dated: September 1, 2010        MACDONALD & ASSOCIATES

By: */s/ Reno F. R. Fernandez*
      Reno F. R. Fernandez, III
Attorneys for CMR Mortgage Fund III, LLC