MONIKA PLEYER LEE, SBN 117019
**LEE LAW OFFICES**
1700 South El Camino Real, Suite 505
San Mateo, California 94402
Telephone: (650) 212-3400
Facsimile: (650) 212-3414

Special Insurance Counsel
for Official Committee of Equity Security Holders

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

CMR MORTGAGE FUND, LLC,
CMR MORTGAGE FUND II, LLC,
CMR MORTGAGE FUND III, LLC,

Debtors.

☐ Affects **FUND I**
☐ Affects **FUND II**
☐ Affects **FUND III**
☒ Affects **ALL FUNDS**

Case Nos. 08-32220 TEC
09-30788 TEC
09-30802 TEC

Chapter 11

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

Date: October 1, 2010
Time: 9:30 a.m.
Place: 235 Pine Street
Courtroom 23
San Francisco, CA 94104

## I. SUMMARY OF RELIEF REQUESTED

Lee Law Offices ("Lee Law" or "Applicant"), special insurance counsel for the Official Committee of Equity Security Holders (the "Committee") of CMR Mortgage Fund, LLC ("Fund I"), CMR Mortgage Fund II, LLC ("Fund II") and CMR Mortgage Fund III, LLC ("Fund III") (collectively the "Funds" or "Debtors") in the above-captioned cases, hereby presents its first interim application, seeking an order for allowance of $33,981.00 in fees and reimbursement of



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 1 of 8

$29.00 in expenses incurred for the period April 1, 2010, through July 31, 2010 (the "Application").

Lee Law submits this Application in accordance with the ORDER AUTHORIZING EMPLOYMENT OF LEE LAW OFFICES AS INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS ("Employment Order") entered on April 19, 2010, in all Funds [Doc. No. 523 in Fund I's case] (attached as Exhibit A); Federal Rule of Bankruptcy Procedure 2016; the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursements of Professionals and Trustees ("Court Guidelines"); and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 ("UST Guidelines").

## II. NOTICE OF APPLICATION

Notice of this Application, in the form attached as Exhibit A to the Application of McNutt Law Group for hearing on the same date as this Application, is being sent concurrently with its filing to all creditors, equity interest holders, and other parties in interest. Full copies of the Application are being transmitted by mail to the United States Trustee, Debtors' counsel, and parties who have requested special notice. Applicant respectfully submits that no further notice is required in this matter.

## III. BACKGROUND AND BASIS FOR RELIEF REQUESTED

### A. Background

The Funds are California limited liability companies that are managed by California Mortgage and Realty, Inc. ("CMRI" or the "Manager"), a Delaware corporation, and were formed for the purpose of making or investing in business loans secured by deeds of trust on real estate properties - predominately commercial income producing structures or land held by businesses located primarily in California. The principal assets of the Funds are promissory notes secured by liens on real and personal property, other receivables, and interests in limited liability corporations that own real property acquired by foreclosure.

On November 18, 2008, Fund I filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and on March 31, 2009, Fund II and Fund III filed their respective voluntary



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 2 of 8

petitions for relief under Chapter 11 of the Bankruptcy Code.

On October 2, 2009, the United States Trustee appointed the Committee to serve in the Fund I, Fund II, and Fund III bankruptcy cases, as reflected in the Appointment of Official Committee of Unsecured Creditors filed with this Court on October 2, 2009. The Committee hired McNutt Law Group ("MLG") as counsel ("Committee Counsel") on October 16, 2009, and LECG as financial advisors ("Committee Financial Advisors") on November 2, 2009. On April19, 2010, the Court authorized the Committee to employ and retain Lee Law Offices – effective as of April 1, 2010 – to represent the Committee pursuant to Bankruptcy Code section 1103(a) and to compensate Lee Law Offices pursuant to the Bankruptcy Code and any additional procedures established by this Court, subject to approval by the Court pursuant to Bankruptcy Code Sections 330 and 331.

**B. Prior Payments to Applicant**

Lee Law has received no previous payments.

**C. Available Funds and Administrative Expenses**

Lee Law is informed and believes that there are sufficient assets held by the estates to produce funds to pay Lee Law's fees and costs, though the complete funds may not be readily available at this time. Applicant respectfully submits, therefore, that there are or will be sufficient proceeds to make the payments sought herein by Applicant now or in the near future as funds become available or assets are liquidated.

## IV. SUMMARY OF FEES AND COST REIMBURSEMENT

From April 1, 2010, through July 31, 2010, Lee Law rendered the services described in this Application and in the invoices attached to the DECLARATION OF MONIKA P. LEE IN SUPPORT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR LEE LAW OFFICES AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS filed concurrently herewith ("Lee Decl."). Lee Law also incurred the actual and necessary expenses itemized in the invoices. Lee Law expended a total of 77.1 hours rendering services to the Committee during the period covered by this Application for which it seeks $33,981.00 in compensation. Lee Law also seeks $29.00 in reimbursement of expenses



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 3 of 8

incurred during the period.

## V. REQUIRED DISCLOSURE

Lee Law has not entered into any agreement for the purpose of fixing the fees or other compensation to be paid for services rendered and expenses incurred in connection with this case. Lee Law has not agreed to share the compensation to be received for the services rendered in this case with any other entity. *See* Lee Decl., ¶ 6.

The names and hourly rates of the professionals and paraprofessionals of Lee Law who billed time for the period covered by this Application are as follows:

| PROFESSIONAL | INITIALS | POSITION | DATE ADMITTED | RATE AS OF 02/01/2009 |
|---|---|---|---|---|
| Monika P. Lee | MPL | Attorney | 1984 | $450 |
| Anne T. Kirkland | ATK | Paralegal | | $110 |

The hourly rates charged by Lee Law are the customary rates charged by comparably skilled practitioners in cases other than cases under Title 11. Lee Law's rates in this case are not greater than those charged to its other clients for comparable services.

As set forth below, Lee Law has compiled a task-based itemization of services rendered based upon its contemporaneous daily records during the period covered by this Application. The Committee has been given an opportunity to review this Application and has not objected to the amounts requested herein. *See* Lee Decl., ¶ 8. The following chart summarizes project billing categories and the total hours expended for each category during the period covered by this Application, and is followed by a narrative and detail.

| CATEGORY | TOTAL HOURS BILLED | TOTAL FEES |
|---|---|---|
| A. Meetings and Communications with Committee | 3.7 | $1,665.00 |
| B. Fee/Employment Applications | 2.1 | $231.00 |
| C. Insurance Issues | 45.3 | $20,385.00 |
| D. Plan and Disclosure Statement | 21.4 | $9,630.00 |
| E. Learning Case History and Current Status | 4.6 | $2,070.00 |
| | | |
| **TOTAL:** | **77.1** | **$33,981.00** |



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 4 of 8

## VI. SERVICES RENDERED

### A. Meetings and Communications with Committee

Lee Law was retained to assist the Committee in connection with matters involving insurance coverage. Since its retention, Lee Law has reviewed and analyzed relevant insurance policies and communications with insurers, performed research, and provided advice to the Committee regarding insurance issues. Lee Law understands that the Committee has used the advice thus provided to formulate its strategies for maximizing recovery of the losses incurred by investors whose interests are represented by the Committee.

Lee Law participated in several Committee meetings to provide advice regarding insurance issues. The breakdown of fees incurred in this category is as follows. *See* Lee Decl., Ex. A.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 3.7 | $1,665.00 |

### B. Fee/Employment Applications

Time incurred in this category concerns two items: (1) Lee Law's employment application and (2) the instant fee application.

The breakdown of fees incurred in this category is as follows. *See* Lee Decl., Ex. B.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Anne Kirkland | 2.1 | $231.00 |

### C. Insurance Advice

The Committee identified proceeds from insurance policies providing coverage for the professional services provided by the Manager of the Funds as a potential source of recovery for the Committee's constituency, equity investors in the Funds. The policies at issue consist of a Financial Services Liability Policy issued by Indian Harbor Insurance Company with limits of $5,000,000 and a Mortgage Bankers and Mortgage Brokers Professional Liability Insurance Policy issued by Certain Underwriters at Lloyd's, London, with limits of $3,000,000. Lee Law



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 5 of 8

assisted the Committee by analyzing the insurance policies and correspondence with the insurers, researching applicable law, and providing advice in formulating the Committee's strategy.

The breakdown of fees incurred in this category is as follows. *See* Lee Decl., Ex. C.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 45.3 | $20,385.00 |

**D. Plan and Disclosure Statement**

During the period covered by this Application the Debtors and the Committee negotiated a joint Plan and Disclosure Statement that were filed on June 24, 2010. Lee Law provided review and advice regarding certain portions of the Plan and the Disclosure Statement that had the potential of impacting insurance issues. Lee Law further provided advice relevant to the Committee's negotiations with the Debtors over various provisions of the joint Plan and Disclosure Statement.

The breakdown of fees incurred in this category is as follows. *See* Lee Decl., Ex. D.

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 21.4 | $9,630.00 |

**E. Learning Case History and Current Status**

In order to provide effective and accurate advice regarding the insurance issues arising out of the complex transactions of the Debtor funds that resulted in investor losses, Lee Law reviewed various documents and materials to learn about the history of the entities involved, their legal relationships, and the actions and omissions of the Manager that gave rise to the investors' losses. Lee Law also reviewed the various state court actions that were instituted by certain investors in the Debtor Funds and their procedural history and related insurance coverage issues.

The breakdown of fees incurred in this category is as follows. *See* Lee Decl., Ex. E.


Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 6 of 8

| PROFESSIONAL | HOURS BILLED | TOTAL FEES |
|---|---|---|
| Monika P. Lee | 4.6 | $2,070.00 |

## VII. SUMMARY OF EXPENSES

Lee Law does not charge for incidental in-house copying, faxes, de minimis postage, or long-distance phone charges. Lee Law does charge for expenses incurred with third party vendors, at Lee Law's actual cost. Lee Law charges for attorney travel expenses.

The total expenses incurred by Lee Law in this case for the period covered by this Application are as follows. *See* Lee Decl., Ex. F.

| CATEGORY | EXPENSES BILLED |
|---|---|
| A. Travel and Parking | $29.00 |
| **TOTAL EXPENSES BILLED:** | **$29.00** |

## VIII. RESPONSIBLE PERSONNEL

The services subject to this Application were performed by attorney Monika Pleyer Lee. A description of Ms. Lee's experience and qualifications is set forth in the accompanying declaration of Monika P. Lee. *See* Lee Decl., Ex. G.

## IX. ESTABLISHMENT OF FEES

"A compensation award based on a reasonable hourly rate multiplied by the number of hours actually and reasonably expended is presumptively a reasonable fee." *In re Manoa Finance Company*, 853 F.2d 687 (9th Cir. 1988). Establishing a reasonable hourly rate requires consideration of market rates in the relevant community which are, in turn, at least partly a function of the type of services rendered and the lawyer's experience, skill, and reputation. Lee Law has more than 20 years of experience representing policy holders and beneficiaries in litigation involving insurance coverage issues and in providing legal advice concerning insurance matters to companies and individuals, including individuals and companies affected by or involved in Chapter 11 proceedings. See Lee Decl., Ex. G. For this level of skill and experience,



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:39:48 Page 7 of 8

the hourly rate charged by Lee Law is within the normal range for attorneys in the San Francisco area legal market. See Lee Decl., ¶ 5.

## X. CONCLUSION

WHEREFORE, Applicant requests that the Court approve an award of attorneys' fees in the amount of $33,981.00 and reimbursement of expenses in the amount of $29.00 on account of Lee Law's services rendered to the Committee for the period April 1, 2010, through July 31, 2010.

Dated: September 9, 2010

LEE LAW OFFICES

By: ______________________

Monika P. Lee
Special Insurance Counsel for Official Committee of Equity Security Holders

## CERTIFICATION

I, Monika P. Lee, do hereby certify as follows:

I am a partner with Lee Law Offices, special insurance counsel for the Official Committee of Equity Security Holders of CMR Mortgage Fund, LLC , CMR Mortgage Fund II, LLC and CMR Mortgage Fund III, LLC. I am the attorney primarily responsible for this case. I hereby certify (a) that I have read the First Interim Application for Compensation and Reimbursement of Expenses for Lee Law Offices as Special Counsel for the Official Committee of Equity Security; (b) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought are in conformity with these guidelines, except as specifically noted in the certification application; and (c) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

Dated: September 9, 2010

______________________
Monika P. Lee, Esq.



Case: 08-32220 Doc# 659 Filed: 09/10/10 Entered: 09/10/10 15:35:48 Page 8 of 8