Penn Ayers Butler (Bar No. 56663)
Daniel Rapaport (Bar No. 67217)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Facsimile: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Debtor-In-Possession
CMR MORTGAGE FUND, LLC

BINDER & MALTER, LLP
Heinz Binder (SBN 087908)
Robert G. Harris (SBN 124678)
Roya Shakoori (SBN 236383)
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Debtors-in-Possession,
CMR MORTGAGE FUND II, LLC and
HAMILTON CREEK, LLC

MACDONALD & ASSOCIATES
Iain A. Macdonald (SBN 051073)
Reno F.R. Fernandez, III (SBN 251934)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
CMR MORTGAGE FUND III, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br>HAMILTON CREEK, LLC,<br><br>Debtors.<br><br>[X] Affects **Fund I**<br>[ ] Affects **Fund II**<br>[ ] Affects **Fund III**<br>[ ] Affects **Hamilton Creek** | Case No. 08-32220 TEC<br>Case No. 09-30788<br>Case No. 09-30802<br>Case No. 08-31285<br><br>Chapter 11<br><br>**AMENDMENT TO SCHEDULE F** |

ATTACHMENT TO AMENDED SCHEDULE F (CREDITOR DAVID CHOO INDEMNIFICATION CLAIM)

Claims for Defense and Indemnification

Claimant has unliquidated and contingent claims for defense and indemnification arising under the Operating Agreement of CMR Mortgage Fund II, LLC (with such Operating Agreement being adopted and performed as if assumed pursuant to Section V.E of the EQUITY COMMITTEE AND DEBTORS JOINT PLAN OF REORGANIZATION Dated June 24, 2010), including but not limited to the pending disputed claims alleged in (i) *William Bergman et. al. v. California Mortgage and Realty, Inc. and David Choo*, U S Bankruptcy Court, Northern District of California, San Francisco Division, Adv. No. 10-03107; (ii) *Joseph Zadik v. California Mortgage and Realty, Inc., et al.*, San Francisco County Superior Court, No. CGC-09-486094; (iii) *Strouzas v. Choo et al.*, San Francisco Superior Court Case No. CGC 09- 491988; (iv) *McCarthy v. Choo et al.*, San Francisco Superior Court Case No. CGC 09-492051; (v) *Stevens v. California Mortgage and Realty, Inc. et al*, San Francisco Superior Court Case No. CGC 10-497123; and (vi) *Foreman v California Mortgage and Realty, Inc., et al.*, Case No. CGC-09-486152 (Superior Court, San Francisco Cty., CA).

# AMENDED SCHEDULE F
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the senior VP of Manager (CMR, Inc.) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document, consisting of 3 pages, and that they are true and correct to the best of my knowledge, information, and belief.

Date September 17, 2010          Signature     /s/     Graham Seel
                                 Graham Seel
                                 Senior VP of Manager (CMR, Inc.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*

# CERTIFICATE OF SERVICE

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036.

On September 17, 2010, I served a copy of the following documents:

## AMENDMENT TO SCHEDULE F

[X] **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage prepaid in a designated area for outgoing mail, addressed as set forth immediately below. At Wendel, Rosen, Black & Dean, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

| | |
|---|---|
| Mcnutt Law Group LLP<br>Scott H. Mcnutt<br>Michael A. Sweet<br>Marianne M. Dickson<br>188 The Embarcadero, Suite 800<br>San Francisco, California 94105 | *Attorneys for Committee of Equity Security Holders* |
| Julie Glosson<br>Office of the U.S. Trustee<br>235 Pine Street, 7th Flr.<br>San Francisco, CA 94104-2745 | |
| William C. Lewis, Esq.<br>Law Offices of William C. Lewis<br>510 Waverley Street<br>Palo Alto, CA 94301-2009 | *Attorney for David Choo* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 17, 2010, at Oakland, California.

/s/ *Pam Joakimson*
Pam Joakimson

*CERTIFICATE OF SERVICE*     4

015881.0003\1404339.1

Case: 08-32220   Doc# 668   Filed: 09/17/10   Entered: 09/17/10 16:33:31   Page 4 of 4