

Signed and Filed: September 27, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br>CMR MORTGAGE FUND II, LLC,<br>CMR MORTGAGE FUND III, LLC,<br><br>Debtors.<br><br>☐ Affects **FUND I**<br>☐ Affects **FUND II**<br>☐ Affects **FUND III**<br>☒ Affects **ALL FUNDS** | Case Nos.  08-32220 TEC<br>09-30788 TEC<br>09-30802 TEC<br><br>Chapter 11<br><br>**ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT AMONG THE FUNDS, THE EQUITY COMMITTEE, AND CANPARTNERS REALTY HOLDING COMPANY IV LLC AND CANYON-RELATED ENTITIES, CARR, SCD, AND SC DEVELOPMENT** |

The Motion For Approval Of Settlement Among The Funds, The Equity Committee, And Canpartners Realty Holding Company IV, LLC, Carr, SCD, and SC Development came on for hearing before this Court on September 22, 2010. Appearances of counsel were as noted on the record of the hearing. Upon due consideration, and for the reasons stated on the record at the hearing and in the accompanying findings of fact and conclusions of law, the court hereby orders as follows:

1. The Settlement Motion is approved, subject to entry of an order confirming the Equity Committee And Debtors Joint Plan Of Reorganization Dated June 24, 2010 (the "Plan").

2. All objections to approval of the Settlement Motion are overruled.

3. The Settlement Agreement and Release attached as <u>Exhibit A</u> to the Settlement

Motion, as amended as stated on the record of the hearing on the Settlement Motion, shall be effective and enforceable according to its terms.

4.     The Funds and the Committee are authorized to take all actions necessary to implement the terms of the Settlement Agreement, including without limitation executing and filing the various dismissals and motions to end the litigation that is resolved by the Settlement Agreement. The Wind-Down Trust is similarly authorized, upon the effective date of the Plan, to take all actions necessary to implement the Settlement Agreement.

5.     This Court retains jurisdiction to hear and resolve any disputes between the parties to, and involving, the Settlement Agreement, on motion procedure under Bankruptcy Local Rule 9014-1.

* * * END OF ORDER * * *

# COURT SERVICE LIST

**All parties are registered ECF participants** *except*:

Counsel for Objector Hanauma One
Brian D. Huben
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067

Counsel for Objector Hanauma One
Jeff J. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Ave.
New York, NY 10022