Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Ariella T. Simonds (SBN 260940)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
ccraige@sidley.com
asimonds@sidley.com

Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rsandrock@sidley.com

Attorneys for Canpartners Realty Holding Company IV LLC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re

CMR Mortgage Fund, LLC,
CMR Mortgage Fund II, LLC,
CMR Mortgage Fund III, LLC,

Debtors.

☒ Affects **FUND I**
☐ Affects **FUND II**
☐ Affects **FUND III**
☐ Affects **ALL FUNDS**

Case Nos. 08-32220-TEC
09-30788-TEC
09-30802-TEC

Chapter 11

**NOTICE OF WITHDRAWAL AND WITHDRAWAL OF PROOF OF CLAIM NO. 15 PURSUANT TO SETTLEMENT APPROVED BY COURT**

[No Hearing Required]

| | |
|---|---|
|1| **PLEASE TAKE NOTICE** that, on March 23, 2009, Canpartners Realty Holding |
|2| Company IV LLC ("<u>Canyon</u>") filed a proof of claim in the chapter 11 bankruptcy case of CMR |
|3| Mortgage Fund, LLC, Case No. 08-32220. The claim is designated on the Court's claim registry as |
|4| Claim No. 15 (as amended on April 21, 2009 and July 27, 2010, the "<u>Canyon Claim</u>"). |
|5| **PLEASE TAKE FURTHER NOTICE** that, on September 28, 2010, the Court |
|6| entered its *Order Approving Motion for Approval of Settlement Among the Funds, the Equity* |
|7| *Committee, and Canpartners Realty Holding Company IV LLC and Canyon-Related Entities, Carr,* |
|8| *SCD, and SC Development* [Docket No. 686] (the "<u>Settlement Approval Order</u>"), which approved |
|9| the Settlement Agreement and Release (the "<u>Settlement Agreement</u>") attached as Exhibit A to the |
|10| motion seeking entry of the Settlement Approval Order [Docket No. 648]. |
|11| **WHEREFORE**, in accordance with the terms and conditions set forth in the |
|12| Settlement Agreement and approved by the Settlement Approval Order, Canyon hereby withdraws |
|13| the Canyon Claim. |

Dated: October 20, 2010

Respectfully submitted,

By: _____
Richard W. Havel (SBN 52922)
Christina M. Craige (SBN 251103)
Ryan M. Sandrock (SBN 251781)
Ariella T. Simonds (SBN 260940)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
ccraige@sidley.com
rsandrock@sidley.com
asimonds@sidley.com

Attorneys For Canpartners Realty Holding
Company IV LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On October 20, 2010, I served the foregoing document described as **NOTICE OF WITHDRAWAL AND WITHDRAWAL OF PROOF OF CLAIM NO. 15 PURSUANT TO SETTLEMENT APPROVED BY COURT** on interested parties in this action as indicated on the attached service list.

☒ (VIA U.S. MAIL) I served the foregoing document by U.S. Mail, as follows: I placed true copies of the document in a sealed envelope addressed to each interested party as shown on the attached Service List. I placed each such envelope with postage thereon fully prepaid, for collection and mailing at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2010, at Los Angeles, California.

_____
Anne Juenger

SERVICE LIST IN RE CMR MORTGAGE FUND, LLC 08-32220

Responsible Individual
Graham Seel
62 First Street, 4th Floor
San Francisco, CA 94105

Counsel for Debtor CMR Fund
WENDEL ROSEN BLACK AND DEAN
Attn: Elizabeth Berke-Dreyfuss, Esq.
1111 Broadway, 24th Floor
Oakland, CA 94607-4036

United States Trustee
Office of the U.S. Trustee
Attn: Julie M. Glosson
235 Pine Street, Suite 700
San Francisco, CA 94104

Counsel for Official Committee of Equity Holders
McNUTT LAW GROUP LLP
Attn: Dale Bratton
188 The Embarcadero, Suite 800
San Francisco, CA 94105

Counsel for CMR Fund III
MACDONALD & ASSOCIATES
Attn: Reno F.R. Fernandez III, Esq.
221 Sansome Street, Third Floor
San Francisco, CA 94104

Counsel for CMR Fund II
BINDER & MALTER
Attn: Robert G. Harris, Esq.
2775 Park Ave.
Santa Clara, CA 95050

Request for Notice
William C. Lewis, Esq.
Law Offices of William C. Lewis
510 Waverley Street
Palo Alto, CA 94301

Request for Notice
Craig C. Chiang, Esq.
Marilynn Tham, Esq.
BUCHALTER NEMER, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105

Request for Notice
G. Michael Williams
GANZER & WILLIAMS
P.O. Box 7683
Stockton, CA 95267

Request for Notice
Linda Zieff
78917 Falsetto Drive
Palm Desert, CA 92211

Request for Notice
Ronald F. Hyce
P.O. Box 756
Rio Linda, CA 95673

Request for Notice
Mark J. Romeo
LAW OFFICES OF MARK J. ROMEO
235 Montgomery St., Ste. 410
San Francisco, CA 94104

Request for Notice
Matthew J. Shier, Esq.
Jeremy W. Katz, Esq.
PINNACLE LAW GROUP
425 California St., Ste 1800
San Francisco, CA 94104

Request for Notice
Robert Feinbaum
3001 Ashbrook Court
Oakland, CA 94601

Request for Notice
Stephen T. O'Niell, Esq.
Laurent Chen, Esq.
MURRAY & MURRAY
19400 Stevens Creek Blvd., Ste. 200
Cupertino, CA 95014

Request for Notice
The Tiesso Revocable Trust
P.O. Box 319
Sierra City, CA 96125

Request for Notice
Geoffrey Scammell
1400 Geary Blvd., #504
San Francisco, CA 94109

Request for Notice
Donald F. Fishstrom, Trustee
Trust of Donald F. Fishstrom
c/o Janet Fishstrom Dombro
1295 Curtner Ave.
San Jose, CA 95125-3608

Request for Notice
Stephen N. and Karen D. Scheinman, Co-Trustees
The Scheinman Family Trust Dated 9/3/1993
95419 Skyview Ranch Rd.
Gold Beach, OR 97444-9558

Request for Notice
Jeffrey D. Trowbridge, Esq.
Attorney at Law
180 Grand Avenue, Suite 1550
Oakland, CA 94611

Request for Notice
Wm. Thomas Lewis, Esq.
ROBERTSON & LEWIS
10 Almaden Blvd., Ste. 500
San Jose, CA 95113

Request for Notice
Susan Louie
616 Ansel Rd. #1
Burlingame, CA 94010

Request for Notice
Anne Becket
1408 California St. #303
San Francisco, CA 94109

Request for Notice
Herbert M. and Natalie M. Stein
Natalie Stein c/o Porter
660 Logan Lane
Danville, CA 94526

Request for Notice
Clifford R. Horner
Horner & Singer LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596

LA1 1850055v.1