1   Peter J. Benvenutti (Bar No. 60566)
    Tobias S. Keller (Bar No. 151445)
2   Michaeline H. Correa (Bar No. 215215)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA  94104
4   Telephone:      (415) 626-3939
    Facsimile:      (415) 875-5700
5   Email:          pjbenvenutti@jonesday.com
                    tkeller@jonesday.com
6                   mcorrea@jonesday.com

7   Lori Sinanyan (Bar No. 209975)
    JONES DAY
8   555 South Flower Street, 50th Floor
    Los Angeles, CA 90071
9   Telephone:      (213) 489-3939
    Facsimile:      (213) 243-2539
10  Email:          lsinanyan@jonesday.com

11  Attorneys for Debtor and Debtor in Possession
    PLANT INSULATION COMPANY

12

13              UNITED STATES BANKRUPTCY COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16  In re                            | Case No. 09-31347-TC

17  PLANT INSULATION COMPANY, a      | Chapter 11
    California corporation,
18                                   | **JONES DAY'S COVER SHEET
                       Debtor.       | APPLICATION FOR ALLOWANCE AND
19                                   | PAYMENT OF INTERIM COMPENSATION
                                     | AND REIMBURSEMENT OF EXPENSES
20                                   | FOR THE PERIOD FROM JUNE 1, 2010
                                     | THROUGH JUNE 30, 2010**
21
                                     | [NO HEARING REQUIRED]
22
                                     | Judge:     Hon. Thomas E. Carlson
23

24

25          Jones Day (the "Firm") submits its Cover Sheet Application (the "Application") for

26  Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period

27  from June 1, 2010 through June 30, 2010 (the "Application Period").  In support of the

28  Application, the Firm respectfully represents as follows:

COVER SHEET FEE STATEMENT
CASE NO. 09-31347

1. The Firm is general bankruptcy counsel for debtor and debtor in possession Plant Insulation Company (the "Debtor") in the above-referenced Chapter 11 case. The Firm hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. The Firm billed a total of **$269,776.85** in fees and expenses during the Application Period. The total fees represent **431.60** hours expended during the period covered by this Application. These fee and expense breakdowns are as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 6/1/2010 – 6/30/2010 | $262,350.00 | $7,426.85 | $269,776.85 |

3. The Firm seeks allowance of interim compensation and reimbursement in the amount of a total of **$217,306.85** at this time, comprising **$209,880.00** (80% of the fees for services rendered) plus **$7,426.85** (100% of the expenses incurred).

4. The following chart reflects (1) the post-petition compensation and expense reimbursement amounts the Firm has obtained authority to receive from the Debtor's estate pursuant to this Court's *Order Establishing Interim Fee Application and Expense Reimbursement Procedures* entered September 26, 2009 (the "Interim Fee Procedures Order"), and (2) excluding the amounts sought by this Application, the post-petition compensation and expense reimbursement amounts that are currently due and owing to the Firm from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 5/20/09-8/31/09 (1st Interim) | $423,940.00 | $13,287.53 | n/a | n/a | $0.00 | $0.00 |
| 9/1/09 – 1/31/2010 (2nd Interim) | $202,250.00 | $4,361.16 | n/a | n/a | $1,075[1] | $0.00 |
| 2/1/10 – 2/28/10[2] | $59,682.50 | $530.77 | $47,746.00 | $530.77 | $11,936.50 | $0.00 |

[1] These fees were disallowed pursuant to the Court's order entered March 31, 2010.

[2] These fees and expenses are subject of *Jones Day's Third Interim Application For Allowance And Payment Of Fees And Reimbursement Of Expenses For The Period From February 1, 2010 Through May 31, 2010*, scheduled for hearing on July 26, 2010.

COVER SHEET FEE STATEMENT
CASE NO. 09-31347

2

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| 3/1/2010 – 3/31/2010[2] | $92,872.50 | $1,191.07 | $74,298.00 | $1,191.07 | $18,574.50 | $0.00 |
| 4/1/2010 – 4/30/2010[2] | $97,042.50 | $1,830.57 | $77,634.00 | $1,830.57 | $19,408.50 | $0.00 |
| 5/1/2010 – 5/31/2010[2] | $108,115.00 | $1,103.38 | $86,492.00 | $1,103.38 | $21,623.00 | $0.00 |

5.        Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Application Period, his or her hourly rate and the number of hours he or she billed to each matter.  Attached hereto as **Exhibit B** is the detailed billing statement for the Application Period.

6.        On July 23, 2010, the Firm served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel for the Official Committee of Unsecured Creditors (the "Committee"), and counsel for the Futures Representative appointed by the Court in this case.

7.        On July 23, 2010, notice of the filing of this Application was served on the Office of the United States Trustee, the Debtor, counsel to the Committee, counsel to Futures Representative and any party who has requested special notice as of the date of the Notice.

8.        Pursuant to the Interim Fee Procedures Order, the Debtor is authorized to make the payment requested herein, or the Firm is authorized to apply any funds it holds as a retainer in the amounts requested herein, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within ten (10) calendar days after the date of mailing of the Notice of this Application.  If such an objection is filed, the Debtor is authorized to pay the 80% of the uncontested fees and 100% of the uncontested expenses.

9.        The interim compensation and reimbursement of expenses sought in this Application is not final.  Upon the conclusion of this case, the Firm will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in the case.  Any interim fees or reimbursement of expenses approved by this Court and received by the Firm (along with any retainer) will be credited against such final fees and expenses as may be allowed by this Court.

Case: 09-31347    Doc# 746    Filed: 07/23/10    Entered: 07/23/10 15:31:57    Page 3 of 54

1    10.    Based upon the foregoing, the Firm respectfully requests that the Debtor

2    compensate and reimburse the Firm as requested herein, pursuant to and in accordance with the

3    terms of the Interim Fee Procedures Order.

4

5    DATED:  July 23, 2010                    JONES DAY

6

7                                        By:  /s/ Peter J. Benvenutti
                                              Peter J. Benvenutti
8                                        Attorneys for Debtor and Debtor in Possession,
                                         Plant Insulation Company

9

10

11

12

13

14

15

16

17   SFI-646406v1

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| EXHIBIT A | | | |
|---|---|---|---|
| | | | |

| ATTORNEY/PARALEGAL BILLING SUMMARY BY MONTH | | | |
|---|---|---|---|
| (June 1, 2010 - June 30, 2010) | | | |
| **Meetings of and Communications with Creditors (605002)** | | | |
| **Attorneys** | **Rate** | **Hours** | **Fees** |
| Peter Benvenutti | 800 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Case Administration (605004)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | | 0.00 |
| Tobias Keller | 750 | | 0.00 |
| Ryan Routh | 575 | 1.00 | 575.00 |
| Michaeline Correa | 550 | 0.30 | 165.00 |
| **Paralegals** | | | |
| N Breen | 275 | 14.90 | 4,097.50 |
| L P Burns | 275 | 0.50 | 137.50 |
| **Project Assistant** | | | |
| B Mossadegh | 150 | 4.00 | 600.00 |
| **Total** | | **16.70** | **5,575.00** |
| **Relief from Stay/Adequate Protection Proceedings (605005)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 3.10 | 2,480.00 |
| Michaeline Correa | 550 | 2.70 | 1,485.00 |
| **Total** | | **5.80** | **3,965.00** |
| **Fee/Employment Applications (Jones Day) (605006)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 1.80 | 1,440.00 |
| Michaeline Correa | 550 | 10.50 | 5,775.00 |
| **Paralegals** | | | |
| B Stone | 275 | 17.30 | 4,757.50 |
| **Total** | | **29.60** | **11,972.50** |
| **Fee/Employment Applications (Other) (605007)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 0.70 | 560.00 |
| Ryan Routh | 575 | 0.20 | 115.00 |
| Michaeline Correa | 550 | 6.30 | 3,465.00 |
| **Total** | | **7.20** | **4,140.00** |
| **Asset Analysis and Recovery (605009)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 5.60 | 4,480.00 |
| Ryan Routh | 575 | 0.20 | 115.00 |
| **Total** | | **5.80** | **4,595.00** |
| **Financing/Cash Collections (605010)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 1.40 | 1,120.00 |
| **Total** | | **1.40** | **1,120.00** |

| | | | |
|---|---|---|---|
| **Employee Benefits/Pension (605013)** | | | |
| **Attorneys** | | | |
| Michaeline Correa | 550 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Plan and Disclosure Statement (605014)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 22.40 | 17,920.00 |
| Ryan Routh | 575 | 2.70 | 1,552.50 |
| Michaeline Correa | 550 | 0.30 | 165.00 |
| **Total** | | **25.40** | **19,637.50** |
| **Claims Administration and Objections (605016)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Assumption/Rejection of Leases and Contracts (605017)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **Insurance Issues/Litigation (605018)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 9.70 | 7,760.00 |
| **Total** | | **9.70** | **7,760.00** |
| **Operating Reports (605020)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 0.00 | 0.00 |
| Michaeline Correa | 550 | 0.20 | 110.00 |
| **Total** | | **0.20** | **110.00** |
| **Chapter 11 Trustee Issues (605021)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 111.80 | 89,440.00 |
| Timothy Hoxie | 775 | 2.50 | 1,937.50 |
| Tobias Keller | 750 | 0.50 | 375.00 |
| Ryan Routh | 575 | 124.20 | 71,415.00 |
| Michaeline Correa | 550 | 33.50 | 18,425.00 |
| Christopher Healey | 400 | 46.80 | 18,720.00 |
| Benjamin Maclean | 375 | 4.00 | 1,500.00 |
| **Paralegals** | | | |
| L Burns | 275 | 4.00 | 1,100.00 |
| C Lok | 225 | 2.50 | 562.50 |
| **Total** | | **329.80** | **203,475.00** |
| **Employee-Related Issues (610001)** | | | |
| **Attorneys** | | | |
| Peter Benvenutti | 800 | 0.00 | 0.00 |
| **Total** | | **0.00** | **0.00** |
| **GRAND TOTAL** | | **431.60** | **$262,350.00** |

# EXHIBIT B

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                    627967-605004

Invoice: 32255045

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

Case Administration                          USD        5,575.00

**TOTAL**                                    **USD        5,575.00**

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| ASSOCIATE |  |  |  |
| M H CORREA | 0.30 | 550.00 | 165.00 |
| R T ROUTH | 1.00 | 575.00 | 575.00 |
| PARALEGAL |  |  |  |
| N BREEN | 14.90 | 275.00 | 4,097.50 |
| L BURNS | 0.50 | 275.00 | 137.50 |
| PROJECT ASST |  |  |  |
| B MOSSADEGH | 4.00 | 150.00 | 600.00 |
| **TOTAL** | **20.70** | **USD** | **5,575.00** |

**JONES DAY**

627967-605004

Page 3
July 23, 2010
Invoice: 32255045

Case Administration

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/03/10     N BREEN     0.50
Prepare preliminary draft of pro hac vice re R. Routh.

06/03/10     R T ROUTH     0.10
Review various administrative matters relating to Plant Insulation case.

06/04/10     N BREEN     0.50
Draft proposed order re pro hac vice for R. Routh.

06/04/10     M H CORREA     0.30
Review and revise pro hac vice papers.

06/09/10     N BREEN     0.80
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Application for Compensation by Sheppard; Joinder, declaration + exhibits and notice ) and updating attorney pleading index, and notifying client of filings.

06/10/10     N BREEN     0.30
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Application for Compensation by Rabinovitz) and updating attorney pleading index, and notifying client of filings.

06/14/10     N BREEN     0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Application for Compensation by Renfrew, reorganization plan documents) and updating attorney pleading index, and notifying client of filings.

06/15/10     N BREEN     2.80
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (exhibits to Reorganization Plan, update disclosure statement ) and updating attorney pleading index, and notifying client of filings; cite check opposition to US Trustee counter motion.

06/15/10     R T ROUTH     0.70
Draft memo to P. Benvenutti and M. Correa regarding status of various case matters (.30) and telephone conferences with same (.40).

06/16/10     N BREEN     0.50
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Plant's opposition to counter-motion, application for compensation filed by Caplin) and updating attorney pleading index, and notifying client of filings.

06/17/10     R T ROUTH     0.10
Review information regarding pro hac vice motion.

06/21/10     N BREEN     0.30
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Operating Report) and updating attorney pleading index, and notifying client of filings.

06/22/10     N BREEN     0.30
Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Application for Pro Hac Vice - Routh) and updating attorney pleading index, and notifying client of filings.

06/22/10     R T ROUTH     0.10
Review email from T. Keller re Routh pro hac vice motion.

# JONES DAY

627967-605004

Page 4
July 23, 2010

Case Administration

Invoice: 32255045

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/23/10 | N BREEN | 1.30 |

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (multiple documents including compensation filed by Jones Day, Supplemental brief re counter motion, declarations + exhibits) and updating attorney pleading index, and notifying client of filings.

| 06/25/10 | N BREEN | 1.80 |
|---|---|---|

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (multiple documents including reply/response to oppositions to counter motion, declarations + exhibits, joinders, judicial notices ) and updating attorney pleading index, and notifying client of filings.

| 06/28/10 | N BREEN | 3.20 |
|---|---|---|

Hearing preparation - determine multiple relevant documents and exhibits re 1) Kawaichi and 2) proceed to state court motions going back to 4/22/2010; draft index of pleadings; and print and organize same.

| 06/28/10 | L BURNS | 0.50 |
|---|---|---|

Assist A. Larson in finalizing chambers copy, mail service and proof from Friday's filing.

| 06/28/10 | B MOSSADEGH | 4.00 |
|---|---|---|

Print and organize pleadings for and creating pleadings binder and index.

| 06/29/10 | N BREEN | 0.80 |
|---|---|---|

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Objection to 3rd Kawaichi Declaration) and updating attorney pleading index, and notifying client of filings; hearing preparation.

| 06/30/10 | N BREEN | 1.50 |
|---|---|---|

Maintain document and calendar database system on Caselink, including maintaining calendar, uploading daily filings (Interim applications for compensation, filed by Renfrew, Fergus, Rabinowitz, Sheppard Mullin, Lam, Jones Day with multiple exhibits) and updating attorney pleading index, and notifying client of filings.

**TOTAL**      **20.70**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010

627967-605005

Invoice: 32255054

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Relief From Stay/Adequate Protection Proceedings | USD | 3,965.00 |
| **TOTAL** | **USD** | **3,965.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 3.10 | 800.00 | 2,480.00 |
| ASSOCIATE | | | |
| M H CORREA | 2.70 | 550.00 | 1,485.00 |
| **TOTAL** | **5.80** | **USD** | **3,965.00** |

# JONES DAY

627967-605005
Page 3
July 23, 2010
Relief From Stay/Adequate Protection Proceedings
Invoice: 32255054

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/04/10 | P J BENVENUTTI | 0.20 |

E-mails with insurer counsel and M. Correa and confer with M. Correa re decision in Collins appeal, impact re stay relief proceedings.

| 06/04/10 | M H CORREA | 0.20 |

Review correspondence from M. Plevin re Collins appellate ruling (0.1); telephone with G. Amell re same (0.1).

| 06/08/10 | P J BENVENUTTI | 0.60 |

E-mails with M. Correa re developments, possible stipulation re stay relief re Collins appeal (.20); e-mails with client, coverage counsel re same (.20); telephone with OCC counsel re same (.10); review 2009 order re same (.10).

| 06/08/10 | M H CORREA | 0.60 |

Emails with insurers and claimants's counsel re Collins stipulation.

| 06/09/10 | P J BENVENUTTI | 0.30 |

E-mail to M. Correa re OCC position re Collins scheduling stipulation (.10); review e-mails re court of appeal decision, various proposal re re-scheduling (.20).

| 06/09/10 | M H CORREA | 0.70 |

Telephone and correspondence with G. Amell re stay relief stipulation, terms (0.4); correspondence with P. Benvenutti re same (0.1); correspondence with insurers re same (0.2).

| 06/10/10 | P J BENVENUTTI | 0.20 |

E-mails with insurers, claimants' counsel, M. Correa re stipulation to Collins limited stay relief arrangement.

| 06/10/10 | M H CORREA | 0.40 |

Review and revise stay relief stipulation (0.2); correspondence with G. Amell re same (0.1); correspondence with insurers re same (0.1).

| 06/11/10 | P J BENVENUTTI | 0.10 |

Review e-mails re stipulation to modify schedule re Collins stay relief motion.

| 06/11/10 | M H CORREA | 0.20 |

Correspondence with insurers and G. Amell re stipulation.

| 06/17/10 | M H CORREA | 0.30 |

Review and revise fifth Collins stipulation (0.2); correspondence re same (0.1).

| 06/22/10 | P J BENVENUTTI | 0.40 |

Review proposed order from insurers re stay relief re coverage litigation, and e-mails with coverage counsel, client re same (.30); e-mails with M. Correa re schedule re same (.10).

| 06/23/10 | P J BENVENUTTI | 0.20 |

Review e-mails with various counsel re stipulation re Collins stay relief motion.

| 06/23/10 | M H CORREA | 0.20 |

Correspondence with G. Amell re stipulation (0.1); correspondence with M. Ahrens and G. Fergus re same (0.1).

| 06/24/10 | P J BENVENUTTI | 0.30 |

E-mails with coverage counsel, client re insurers' proposed form of order re stay relief re coverage litigation, response to insurers re same.

| 06/24/10 | M H CORREA | 0.10 |

Correspondence with G. Amell re stay stipulation.

| 06/28/10 | P J BENVENUTTI | 0.10 |

E-mail from insurer counsel re stay relief order re coverage litigation.

# JONES DAY

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/29/10 | P J BENVENUTTI | 0.60 |

E-mails with insurer counsel re form of order re relief from stay re coverage litigation (.20); e-mails, telephone with coverage counsel re same (.20); telephone, e-mails with OCC counsel re same (.20).

| 06/30/10 | P J BENVENUTTI | 0.10 |

E-mail from insurer counsel re relief from stay order.

| **TOTAL** | | **5.80** |

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010

627967-605006

Invoice: 32255057

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Fee/Employment Applications - Jones Day | USD | 11,972.50 |
| **TOTAL** | **USD** | **11,972.50** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 1.80 | 800.00 | 1,440.00 |
| ASSOCIATE | | | |
| M H CORREA | 10.50 | 550.00 | 5,775.00 |
| PARALEGAL | | | |
| M B STONE | 17.30 | 275.00 | 4,757.50 |
| **TOTAL** | **29.60** | **USD** | **11,972.50** |

Fee/Employment Applications - Jones Day

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/01/10 | M H CORREA | 0.70 |
| | Initiate third interim fee application. | |
| 06/09/10 | M H CORREA | 0.20 |
| | Telephone with B. Stone re fee application and fee statements. | |
| 06/10/10 | M H CORREA | 0.90 |
| | Review and revise billing statements for fee application. | |
| 06/18/10 | M B STONE | 2.60 |
| | Prepare spreadsheet exhibits to interim fee application. | |
| 06/21/10 | M H CORREA | 1.60 |
| | Review and revise May fee statement (0.2); draft fee application (1.4). | |
| 06/21/10 | M B STONE | 1.20 |
| | Prepare monthly fee statement and supporting exhibits. | |
| 06/22/10 | M H CORREA | 4.20 |
| | Draft fee application. | |
| 06/22/10 | M B STONE | 8.10 |
| | Assist in preparation of Jones Day 3rd interim fee application and supporting documents. | |
| 06/23/10 | P J BENVENUTTI | 0.10 |
| | E-mails with Ms. Correa re re-setting hearing on fee applications. | |
| 06/23/10 | M H CORREA | 1.10 |
| | Draft fee application and supporting documents. | |
| 06/23/10 | M B STONE | 1.20 |
| | Review and edit Jones Day 3rd interim fee application (1.0); communicate with Correa regarding same (.20). | |
| 06/24/10 | M H CORREA | 0.10 |
| | Correspondence with B. Stone re fee application and supporting papers. | |
| 06/29/10 | M H CORREA | 1.20 |
| | Review and revise fee application and supporting documents. | |
| 06/29/10 | M B STONE | 0.50 |
| | Review and edit Jones Day's 3rd interim fee application and supporting documents. | |
| 06/30/10 | P J BENVENUTTI | 1.70 |
| | Review, revise and finalize third interim fee application, supporting declaration, notice and letter to client re same (1.50); e-mails, telephone with Mr. Stone re same, logistics re filing and service (.20). | |
| 06/30/10 | M H CORREA | 0.50 |
| | Finalize fee application. | |
| 06/30/10 | M B STONE | 3.70 |
| | Assist in preparation of, file and serve Plant 3rd interim fee application (3.2); communicate with P. Benvenutti and M. Correa re same (.20); edit omnibus notice of hearing re professionals' fee applications (.30). | |
| **TOTAL** | | 29.60 |

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                                      627967-605007

                                                                                        Invoice: 32255068

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Fee/Employment Applications - Other Professionals | USD | 4,140.00 |
| **TOTAL** | **USD** | **4,140.00** |

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 0.70 | 800.00 | 560.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 6.30 | 550.00 | 3,465.00 |
| R T ROUTH | 0.20 | 575.00 | 115.00 |
| **TOTAL** | **7.20** | **USD** | **4,140.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/02/10 | M H CORREA | 2.50 |
| | Research re 327 cases re supplemental insurer opposition to Kawaichi. | |
| 06/04/10 | P J BENVENUTTI | 0.10 |
| | E-mails with coverage counsel re retrieval of Snyder memo from LAS. | |
| 06/04/10 | M H CORREA | 3.40 |
| | Summarize additional cases for supplemental insurer opposition to Kawaichi. | |
| 06/07/10 | P J BENVENUTTI | 0.10 |
| | E-mails with other professionals re scheduling fee application hearing. | |
| 06/09/10 | M H CORREA | 0.20 |
| | Draft omnibus notice of hearing on fee applications. | |
| 06/23/10 | P J BENVENUTTI | 0.10 |
| | E-mails with M. Correa, e-mails from other counsel re re-setting hearing on fee applications. | |
| 06/24/10 | P J BENVENUTTI | 0.20 |
| | E-mails with M. Correa, review e-mails from other counsel, re re-setting hearing for interim fee applications, and deadline for filing same. | |
| 06/24/10 | M H CORREA | 0.20 |
| | Correspondence with professionals re fee application deadlines and hearing. | |
| 06/30/10 | P J BENVENUTTI | 0.20 |
| | E-mails with client, Mr. Fergus re FCR interim fee request, payment (.10); review notice of fee hearing, and e-mails with paralegal re completing and service of same (.10). | |
| 06/30/10 | R T ROUTH | 0.20 |
| | Review various fee applications filed in case. | |
| **TOTAL** | | **7.20** |

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                                                          627967-605009

Invoice: 32255072

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Asset Analysis and Recovery | USD | 4,595.00 |
| **TOTAL** | **USD** | **4,595.00** |

Remittance of payment can be made by wire transfer to our account as follows:

**BANK DETAILS**
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 5.60 | 800.00 | 4,480.00 |
| ASSOCIATE | | | |
| R T ROUTH | 0.20 | 575.00 | 115.00 |
| **TOTAL** | **5.80** | **USD** | **4,595.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/10/10 | P J BENVENUTTI | 0.40 |

E-mails from D. Gregory and M. Travis re response to claims, and review memorandum re same (.30); e-mails with D. Gordon re response (.10).

| 06/10/10 | P J BENVENUTTI | 0.10 |

E-mails with D. Gordon re response to OCC request to assign claims.

| 06/17/10 | P J BENVENUTTI | 0.10 |

E-mails with OCC counsel re response to request for assignment of claims against former principals.

| 06/18/10 | P J BENVENUTTI | 0.20 |

E-mails with coverage counsel, client re possible transfer of additional assets to OCC (.20).

| 06/18/10 | P J BENVENUTTI | 0.10 |

E-mails from D. Gregory and M. Travis, e-mail to D. Gordon re request for conference call.

| 06/20/10 | P J BENVENUTTI | 1.60 |

Draft letter to OCC counsel responding to demand to assign claims against D. Gregory and M. Travis (1.30); transmittal e-mail to client and co-counsel, and follow-up e-mails re same (.30).

| 06/20/10 | R T ROUTH | 0.20 |

Review P. Benvenutti letter re potential claims against third parties, D. Gordon and M. Travis and memorandum re same.

| 06/21/10 | P J BENVENUTTI | 0.60 |

E-mails with client, coverage counsel re possible transfer to committee of control over Fibreboard claims (.20); review e-mails from client, co-counsel re possible revisions to letter to OCC counsel re assigning authority to prosecute G &T claims (.10); revise draft letter, and e-mail to client, co-counsel re same (.30).

| 06/22/10 | P J BENVENUTTI | 0.60 |

Review and revise letter to OCC counsel re request to transfer claims against D. Gregory and M. Travis (.20); telephone with OCC counsel re same, possible transfer of additional rights -- Fibreboard and CIGA (.20); finalize letter and e-mail to staff re same (.10); e-mails with D. Gordon, coverage counsel re same, communication to D. Gregory and M. Travis (.10).

| 06/23/10 | P J BENVENUTTI | 1.20 |

E-mails with client, coverage counsel re communication with D. Gregory and M. Travis re decision to assign claims to OCC (.20); revise and finalize letter to OCC confirming same (.40); e-mails re logistics re same (.20); transmittal of e-mails with R. Routh re possible assignment of Fibreboard claims (.10); e-mail to client, coverage counsel re same (.10); follow-up e-mails re same (.20).

| 06/24/10 | P J BENVENUTTI | 0.40 |

Review OCC draft stipulation re assignment of authority to pursue claims against D. Gregory and M. Travis, and e-mail to client and co-counsel re same (.20); review e-mail from coverage counsel re same (.10); e-mail to OCC counsel re same, deferral of process pending completion of trustee motion briefing (.10).

| 06/25/10 | P J BENVENUTTI | 0.30 |

Review correspondence from insurer (One Beacon) counsel re Fibreboard Trust claims, and e-mails with coverage counsel, client re response (.20); review J. Raskin's response and follow-up communications (.10).

**TOTAL**                                          **5.80**

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                              627967-605010

Invoice: 32255081

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Financing/Cash Collections | USD | 1,120.00 |
| **TOTAL** | **USD** | **1,120.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

### TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| **PARTNER** |  |  |  |
| P J BENVENUTTI | 1.40 | 800.00 | 1,120.00 |
| **TOTAL** | **1.40** | **USD** | **1,120.00** |

# JONES DAY

627967-605010

Page 3
July 23, 2010
Invoice: 32255081

Financing/Cash Collections

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/15/10 | P J BENVENUTTI | 0.50 |

E-mails with D. Gordon re possible sources of DIP funding (.20); e-mails with coverage counsel re same, alternatives (.30).

| 06/16/10 | P J BENVENUTTI | 0.40 |

Telephone with D. Gordon re financing options (.10); telephone with OCC counsel re same (.30).

| 06/24/10 | P J BENVENUTTI | 0.10 |

Review e-mail from D. Gordon re possible DIP financing.

| 06/29/10 | P J BENVENUTTI | 0.40 |

Confer with client re possible sources of financing (.20); e-mails with coverage counsel, OCC counsel re same (.20).

**TOTAL**                         **1.40**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**
555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                        627967-605014

                                                                   Invoice: 32255086

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

Plan and Disclosure Statement                              USD        19,637.50

**TOTAL**                                                  **USD**    **19,637.50**

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 22.40 | 800.00 | 17,920.00 |
| ASSOCIATE | | | |
| M H CORREA | 0.30 | 550.00 | 165.00 |
| R T ROUTH | 2.70 | 575.00 | 1,552.50 |
| **TOTAL** | **25.40** | **USD** | **19,637.50** |

# JONES DAY

627967-605014

Page 3
July 23, 2010
Invoice: 32255086

Plan and Disclosure Statement

## SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/02/10 | P J BENVENUTTI | 0.40 |

Telephone discussions with OCC counsel re plan revisions re Bayside (.30); e-mails with OCC counsel re plan revisions (.10).

| 06/02/10 | R T ROUTH | 0.30 |
|---|---|---|

Review plan and disclosure statement.

| 06/03/10 | P J BENVENUTTI | 0.30 |
|---|---|---|

E-mail to client, coverage counsel re OCC's revisions to draft plan (.10); e-mails from coverage counsel re same (.10); telephone with D. Gordon re same (.10).

| 06/04/10 | P J BENVENUTTI | 1.30 |
|---|---|---|

Telephone with OCC counsel re Bayside-related revisions, distribution of same to insurers (.10); e-mails from, telephone with OCC counsel re request from insurers to meet re plan with OCC and FCR (.30); telephone discussions with D. Gordon, J. Miller and J. Raskin re same, debtor's response (.40); e-mails with J. Raskin, J. Miller and S. Snyder re same (.40); telephone with counsel for settling insurers (UNIC) re comments on plan (.10).

| 06/05/10 | P J BENVENUTTI | 0.40 |
|---|---|---|

Review latest committee and FCR revisions to plan and transmittal to insurers of same (.40).

| 06/07/10 | P J BENVENUTTI | 0.60 |
|---|---|---|

E-mails with client, coverage counsel re status, timing of possible filing of plan (.20); review draft letter from J. Raskin to insurers re non-responsiveness re draft plan, e-mails with client and co-counsel re same (.40).

| 06/07/10 | R T ROUTH | 0.30 |
|---|---|---|

Review plan and disclosure statement (.30).

| 06/08/10 | P J BENVENUTTI | 0.90 |
|---|---|---|

Review and revise drafts of letter to insurers re plan discussions, absence of insurer response (.40); e-mails with coverage counsel, client re same (.30); telephone with J. Raskin re same (.20).

| 06/08/10 | R T ROUTH | 0.30 |
|---|---|---|

Review UCC draft disclosure statement.

| 06/09/10 | P J BENVENUTTI | 1.30 |
|---|---|---|

E-mails with coverage counsel, client re letter to insurers re comments on plan (.30); e-mails with OCC counsel, insurers' counsel and coverage counsel re scheduling meeting with insurers re plan (.30); review e-mail from insurers' counsel re deferral of plan filing (.10); draft e-mail response and circulate to client, coverage counsel for comment (.30); finalize and transmit e-mail to insurer counsel (.10); e-mail from coverage counsel re revision to plan, and transmit to OCC counsel (.20).

| 06/10/10 | P J BENVENUTTI | 0.70 |
|---|---|---|

E-mails and telephone discussions with OCC counsel re revised plan, timing, transmittal to insurers (.40); e-mails with client and coverage counsel re same (.20); review transmittal to insurers re revised plan (.10).

| 06/10/10 | R T ROUTH | 0.20 |
|---|---|---|

Review revised draft plan and disclosure statement and P. Benvenutti comments regarding same.

| 06/11/10 | P J BENVENUTTI | 0.50 |
|---|---|---|

E-mails with committee counsel, client and coverage counsel re revisions to plan, filing logistics (.30); e-mail from OCC counsel re discussions with Bayside counsel re plan, requested revisions, and telephone to OCC counsel re same (.20).

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/12/10    P J BENVENUTTI                                       1.80
Review and revise draft plan and exhibits per comments from coverage counsel (.80); e-mails to committee counsel re same (.40); e-mails with coverage counsel, client and colleagues re same (.20); telephone with J. Raskin re same (.10); e-mails with FCR counsel re same, attendance at insurers' meeting (.20); e-mail to committee counsel re logistics re circulation of revised plan documents (.10).

06/13/10    P J BENVENUTTI                                       0.40
E-mails with client, committee counsel re revisions to plan and disclosure statement, signing and filing same.

06/13/10    R T ROUTH                                            0.30
Review P. Benvenutti, G. Fergus (FCR) and J. Raskin (co-counsel) memos re plan and disclosure statement, proposed edits to same and plans for filing same.

06/14/10    P J BENVENUTTI                                       2.10
Review e-mail from insurer counsel re conditional delivery of term sheet re plan terms (.10); e-mails, telephone calls with coverage counsel re same, response to insurers' condition (.50); e-mail to client re same (.10); e-mails between coverage counsel and insurers' counsel re same (.40); e-mail to insurers' counsel re non-review and deletion of conditionally delivered term sheet (.10); e-mails with OCC counsel re finalizing, filing of plan and disclosure statement (.20); review and revise draft e-mail to OCC and FCR counsel re unacceptability of voluntary Rule 408 constraints on plan negotiations with insurers (.30); review proposed revision to TDP, and e-mails with coverage counsel, client re same (.30); e-mail to client, co-counsel re filing of plan and disclosure statement (.10); review e-mail exchanges between coverage counsel and insurer counsel re plan filing, possible meeting with insurers to discuss plan terms (.20).

06/14/10    R T ROUTH                                            0.30
Review filed version of plan and provide P. Benvenutti with form plan support language for agreement.

06/15/10    P J BENVENUTTI                                       3.00
Telephone with OCC counsel re possible meeting with insurers re plan (.10); e-mail to clients re same (.10); e-mails with OCC counsel re same (.10); confer with J. Miller re preparation for meeting with insurer counsel re plan (.50); e-mails re scheduling hearing on disclosure statement (.20); review letter from insurer counsel re refusal to agree to confidentiality constraints on plan discussions (.10); e-mails with coverage counsel, client re same, response (.40); review e-mails from coverage counsel, insurers re same (.20); draft and finalize letter to insurers re same (.80); telephone, e-mails with coverage counsel re same (.20); attend to logistics re finalizing and distributing letter (.10); review correspondence from insurer counsel re meeting on plan terms, and e-mail to client, coverage counsel re same (.20).

06/15/10    R T ROUTH                                            0.40
Review filed version of plan (.10); review J. Miller memo re plan support language (.10); review P. Benvenutti, D. Gordon, J. Raskin emails re case status and meeting with insurers re plan (.20).

06/16/10    P J BENVENUTTI                                       7.00
Prepare for meeting with insurer counsel re plan (.40); e-mails with J. Miller and J. Raskin re same, agenda, response to insurer communications (.30); review correspondence, e-mails from insurer counsel re requests for information re plan, meeting logistics (.30); attend meeting with J. Miller and insurer counsel re plan, including phone calls with J. Raskin (2.80); telephone discussions with OCC counsel re meeting with insurers, settlement discussion confidentiality (.20); e-mail to OCC and FCR counsel re break in meeting, scheduled resumption (.10); further meeting with counsel for insurers, with OCC and FCR counsel and coverage counsel (2.30); review e-mails between coverage counsel and insurer counsel (.20); telephone and e-mail with D. Gordon re meeting with insurers (.20); e-mails with OCC counsel re scheduling disclosure statement hearing (.20).

06/17/10    P J BENVENUTTI                                       0.10
E-mail from coverage counsel re insurers' plan settlement term sheet.

06/21/10    P J BENVENUTTI                                       0.20
E-mails with OCC counsel, client, co-counsel re rescheduling hearing on disclosure statement.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/22/10 | P J BENVENUTTI | 0.20 |

E-mails with Bayside counsel re request for meeting re plan.

| 06/23/10 | P J BENVENUTTI | 0.20 |

E-mails with OCC counsel re scheduling of hearing re disclosure statement (.10); e-mails with R. Routh re same (.10).

| 06/23/10 | R T ROUTH | 0.20 |

Review S. Sacks memorandum re disclosure statement hearing and draft memorandum to P. Benvenutti re same.

| 06/24/10 | P J BENVENUTTI | 0.60 |

E-mail from OCC counsel, e-mail to client re notice and scheduling of disclosure statement hearing (.10); review draft disclosure statement notice (.20); e-mails with OCC counsel re revisions to same (.20); e-mail from insurer counsel re notice and hearing re disclosure statement (.10).

| 06/24/10 | M H CORREA | 0.30 |

Review correspondence re disclosure statement hearing, notice.

| 06/29/10 | R T ROUTH | 0.40 |

Review notice of disclosure statement and local rules re disclosure statement (.20); draft memo to Lauter re motion to approve ballots (.10); identify form ballot approval pleadings (.10).

| 06/30/10 | P J BENVENUTTI | 0.40 |

E-mail to Bayside counsel re request for meeting (.20); telephone with insurer counsel re status of response to insurers' proposal re plan, possible ballot motion (.20).

| **TOTAL** | | **25.40** |

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                                 627967-605018

                                                                                    Invoice: 32255087

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Insurance Issues/Litigation | USD | 7,760.00 |
| **TOTAL** | **USD** | **7,760.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

Insurance Issues/Litigation

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER | | | |
| P J BENVENUTTI | 9.70 | 800.00 | 7,760.00 |
| **TOTAL** | **9.70** | **USD** | **7,760.00** |

# JONES DAY

627967-605018

Page 3
July 23, 2010

Insurance Issues/Litigation

Invoice: 32255087

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/01/10 | P J BENVENUTTI | 0.70 |

Telephone with OCC counsel re insurer settlement negotiations (.10); telephone discussions with S. Snyder re same (.30); e-mails with S. Snyder, D. Gordon re same (.20); telephone with J. Raskin re same (.10).

| 06/06/10 | P J BENVENUTTI | 0.30 |

E-mails with coverage counsel, client re insurer settlement negotiations.

| 06/07/10 | P J BENVENUTTI | 0.30 |

E-mails with coverage counsel, client re developments re insurer settlement negotiations, analysis of implications at current levels for other insurers.

| 06/08/10 | P J BENVENUTTI | 0.90 |

Telephone with counsel for settling insurer (UNIC) re status of settlement approval, treatment under plan, issues re plan (.40); e-mail from UNIC counsel, e-mails with counsel for OCC and FCR re same (.20); telephone with coverage counsel re settlement negotiations with insurer, structuring issues re same (.20); e-mail from insurers, telephone with J. Raskin re stay relief re coverage litigation (.10).

| 06/09/10 | P J BENVENUTTI | 0.10 |

E-mails with J. Raskin re FCR position re UNIC settlement approval process.

| 06/10/10 | P J BENVENUTTI | 0.30 |

E-mails with coverage counsel, client re insurer settlement negotiation.

| 06/11/10 | P J BENVENUTTI | 0.20 |

E-mail from coverage counsel re cooperation and support requirement in insurer settlement agreement (.10); e-mails re settlement negotiations (.10).

| 06/12/10 | P J BENVENUTTI | 0.30 |

Telephone with coverage counsel, e-mails re settlement negotiations with insurer.

| 06/13/10 | P J BENVENUTTI | 1.10 |

E-mails with client and coverage counsel re settlement negotiations, and confer with D. Gordon re same (.80); e-mails to and telephone with OCC counsel re same (.30).

| 06/14/10 | P J BENVENUTTI | 0.90 |

E-mails with client, coverage counsel re insurer settlement negotiations and developments, settlement analysis (.40); telephone with J. Miller re same (.10); e-mails from committee co-chair re settlement negotiations (.20); e-mails with OCC counsel re plan support provisions in draft settlement term sheet (.20).

| 06/15/10 | P J BENVENUTTI | 0.40 |

E-mails with coverage counsel, client re settlement negotiations.

| 06/16/10 | P J BENVENUTTI | 0.70 |

Telephone with D. Gordon, OCC counsel re status of insurer settlement negotiations, and confer with coverage counsel re same (.20); follow-up call with D. Gordon re same (.10); e-mail to OCC counsel re terms for settlement (.10); follow-up call with OCC counsel re insurer negotiations (.10); e-mails with OCC counsel re tax treatment of settlement proceeds (.20).

| 06/17/10 | P J BENVENUTTI | 0.50 |

Preliminary review of settlement term sheet with possible settling insurer, and e-mails with coverage counsel, client re same (.40); telephone with OCC counsel re same (.10).

| 06/18/10 | P J BENVENUTTI | 0.50 |

E-mails, telephone with counsel for UNIC re status, approach re court approvals re settlement, plan process (.30); e-mails re settlement negotiations, term sheet re possible insurer settlement (.20).

| 06/20/10 | P J BENVENUTTI | 0.10 |

E-mails with D. Gordon re reaction, response to insurer challenges.

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/21/10 | P J BENVENUTTI | 0.20 |

Review e-mail from J. Raskin re analysis of insurers' outlook re case and settlement prospects.

| 06/22/10 | P J BENVENUTTI | 0.10 |

E-mails from coverage counsel, client re assessment of prospects for insurer settlements.

| 06/26/10 | P J BENVENUTTI | 0.30 |

E-mails with coverage counsel re settlement status, strategy with insurer.

| 06/27/10 | P J BENVENUTTI | 0.40 |

E-mails from coverage counsel re insurer settlement negotiations (.20); responding e-mail re same, follow-up with OCC counsel (.20).

| 06/28/10 | P J BENVENUTTI | 0.80 |

E-mails with coverage counsel, client re insurer settlement developments and analysis (.30); brief review of draft settlement agreement (.20); telephone with OCC counsel re settlement posture, case financing (.10).

| 06/29/10 | P J BENVENUTTI | 0.60 |

Confer with client, coverage counsel re analysis of current insurer settlement posture and strategy (.30); arrange call with coverage counsel, OCC counsel re information re insurer settlements (.10); conference call re same (.20).

**TOTAL**                                           **9.70**

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26ᵗʰ Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                    627967-605020

Invoice: 32255088

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

| | | |
|---|---|---|
| Operating Reports | USD | 110.00 |
| **TOTAL** | **USD** | **110.00** |

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| ASSOCIATE | | | |
| M H CORREA | 0.20 | 550.00 | 110.00 |
| **TOTAL** | **0.20** | **USD** | **110.00** |

# JONES DAY

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|
| 06/17/10 | M H CORREA | 0.20 |
| | Correspondence with professionals re fees for MOR (0.1); correspondence with V. Huan-Lau re same (0.1). | |
| **TOTAL** | | **0.20** |

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                          627967-605021

                                                                         Invoice: 32255093

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

Chapter 11 Trustee Issues                              USD        203,475.00

**TOTAL**                                              **USD        203,475.00**

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |

# JONES DAY

TIMEKEEPER DETAIL SCHEDULE

|  | Hours | Rate | Amount |
|---|---|---|---|
| PARTNER |  |  |  |
| P J BENVENUTTI | 111.80 | 800.00 | 89,440.00 |
| T G HOXIE | 2.50 | 775.00 | 1,937.50 |
| T S KELLER | 0.50 | 750.00 | 375.00 |
| ASSOCIATE |  |  |  |
| M H CORREA | 33.50 | 550.00 | 18,425.00 |
| C M HEALEY | 46.80 | 400.00 | 18,720.00 |
| B J MACLEAN | 4.00 | 375.00 | 1,500.00 |
| R T ROUTH | 124.20 | 575.00 | 71,415.00 |
| PARALEGAL |  |  |  |
| L BURNS | 4.00 | 275.00 | 1,100.00 |
| C W LOK | 2.50 | 225.00 | 562.50 |
| **TOTAL** | **329.80** | **USD** | **203,475.00** |

SERVICES DETAIL SCHEDULE

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

05/10/10    L BURNS                                                                          0.50
Meet with M. Correa re instructions for reviewing 341 hearing for information pertinent to draft pleadings. D. Gordon discusses his role at Flintkote.

05/12/10    L BURNS                                                                          2.00
Review 341 hearing CD and create chart with requested information for M. Correa's review.

06/01/10    P J BENVENUTTI                                                             1.50
E-mail from OCC counsel, e-mail to client re possible modification of conflict executive term sheet (.10); telephone with D. Gordon re same (.10); telephone with OCC counsel re same (.10); prepare for and telephone with Judge Kawaichi re reply re insurers' supplemental objection to conflicts executive motion, Judge Kawaichi retention (.80); e-mail, telephone with M. Correa re research re same (.10); e-mails with D. Gordon re trustee motion, response (.10); telephone with J. Raskin re same (.20).

06/01/10    T S KELLER                                                                     0.30
Brief meeting with T. Kelly re research and preparation on chapter 11 trustee and related papers.

06/01/10    R T ROUTH                                                                     0.10
Review T. Keller memorandum re chapter 11 trustee matter and request file re same.

06/02/10    P J BENVENUTTI                                                             1.10
Prepare for and confer with UST re status of motions and hearings, depositions, additional information requested (.30); e-mails with client re same (.30); telephone with J. Raskin re same, possible additional depositions (.20); e-mails with M. Correa and R. Routh, confer with M. Correa re preparation of response to UST motion (.30).

06/02/10    B J MACLEAN                                                                1.00
Research re public disclosure requirements in the event of director's death.

06/02/10    R T ROUTH                                                                     2.60
Review motion to appoint conflicts executive and motion to appoint chapter 11 trustee, declarations re same and pleadings filed by insurers in respect of same (2.3); draft memorandum to T. Keller and P. Benvenutti re same and review P. Benvenutti and M. Correa responses to same (.30).

06/03/10    P J BENVENUTTI                                                             0.10
E-mails, confer with T. Keller re staffing, telephone with D. Gordon re developments.

06/03/10    P J BENVENUTTI                                                             3.60
E-mails with M. Correa, T. Keller and R. Routh re coordinating opposition to trustee motion (.10); telephone with D. Gordon re same, information requested by UST (.20); confer with T. Keller strategy re same (.10); prepare for and conference call with M. Correa, R. Routh re trustee and conflicts executive motions, approach to responses re same (1.40); revise conflicts executive term sheet (1.20); e-mail to D. Gordon re same (.10); e-mails with OCC counsel re same (.10); telephone with OCC counsel re response to objections re conflicts executive (.10); telephone with UST, e-mails with D. Gordon re arrange conference call re factual background (.20); e-mail to Judge Kawaichi re amended term sheet (.10).

06/03/10    M H CORREA                                                                  2.30
Telephone with R. Routh re opposition (0.4); review correspondence re same (0.2); prepare for and telephone with Messrs. Benvenutti and Routh re strategy, briefing (1.5); follow up correspondence with R. Routh re same (0.2).

06/03/10    T S KELLER                                                                     0.20
Confer with P. Benvenutti re trustee motion theories.

Case: 09-31347    Doc# 746    Filed: 07/23/10    Entered: 07/23/10 15:31:57    Page 43 of 54

**JONES DAY**

627967-605021

Page 4
July 23, 2010

Chapter 11 Trustee Issues

Invoice: 32255093

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/03/10      R T ROUTH                                              3.00
Review and analyze draft response to motion to appoint chapter 11 trustee and comment on same (1.5); review M. Correa and P. Benvenutti memos re case status (.10); telephone conference with M. Correa re matter (.30); telephone conference with M. Correa and P. Benvenutti re plans to respond to same and case background (1.1).

06/03/10      R T ROUTH                                              0.40
Review motion to appoint conflicts executive and insurers' response to same.

06/04/10      P J BENVENUTTI                                         1.00
E-mails with Judge Kawaichi re revised term sheet, amending engagement letter (.10); telephone with D. Gordon, and conference call with D. Gordon and Ms. Loo re UST inquiries re Flintkote agreement (.60); e-mails with client, OCC counsel re deposition arrangements (.10); e-mails with Judge Kawaichi re response to insurer objections to retention (.10); e-mails with M. Correa re research re same (.10).

06/04/10      R T ROUTH                                              2.00
Draft opposition to UST motion to appoint chapter 11 trustee (1.9); review research re appointment of chapter 11 trustees to limited roles (.10).

06/06/10      P J BENVENUTTI                                         0.30
E-mails with D. Gordon, coverage counsel, OCC counsel re deposition and logistics (.20); e-mail from Judge Kawaichi re response to insurers' joinder (.10).

06/07/10      P J BENVENUTTI                                         0.40
E-mail to Judge Kawaichi re arranging call re response re conflicts executive motion (.10); e-mail from R. Routh re status of revise draft opposition (.10); e-mail from UST re request for Flintkote records, and e-mail with M. Correa re same (.10); e-mails with OCC counsel re arrangements for Gordon deposition, coordination with UST re same (.10).

06/07/10      R T ROUTH                                              6.20
Draft opposition to UST motion to appoint a chapter 11 trustee (3.4); research (including Westlaw) re same (2.8).

06/08/10      P J BENVENUTTI                                         1.30
Prepare for and telephone with Judge Kawaichi re approach to, information for reply re conflicts executive motion (.80); review draft opposition (.40); telephone with OCC counsel re opposition to trustee motion (.10).

06/08/10      C M HEALEY                                             0.50
Confer with R. Routh re research re response to motion to appoint chapter 11 trustee (0.2); research re same (0.3).

06/08/10      R T ROUTH                                              3.40
Draft opposition to UST motion to appoint chapter 11 trustee (2.5); research (including Westlaw) re same (.50); draft memorandum to M. Correa and P. Benvenutti re same (.20); draft memorandum to and telephone conference with C. Healey re motion research (.20).

06/09/10      P J BENVENUTTI                                         3.80
E-mails with colleagues re opposition to trustee motion (.20); review and revise draft opposition to trustee motion (.60); conference call with R. Routh and M. Correa re opposition to trustee motion (.40); review record references, prior pleadings re numerous disclosures of Flintkote agreement (.50); confer with M. Correa re compiling records to respond to UST's request, including information from Flintkote (.30); review e-mails re same (.20); e-mails re research re corporate governance issues (.30); review insurers' "joinder" in UST motion for trustee (.40); e-mails with coverage counsel, client re same (.30); e-mails with coverage counsel, client and colleagues re impact of insurers' joinder on scheduling (.20); e-mail from OCC counsel re draft opposition to trustee motion, and transmit to client, coverage counsel (.10); e-mails from coverage counsel re comments, suggested revisions to same (.30).

JONES DAY

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/09/10    M H CORREA    4.70**
Review and revise chapter 11 trustee opposition (0.8); telephone with P. Benvenutti and R. Routh re same (0.4); prepare factual background (2.5).

**06/09/10    C M HEALEY    4.70**
Research re claims against management re response to motion to appoint chapter 11 trustee.

**06/09/10    T G HOXIE    0.70**
Consider governance questions; look at relevant sections of the statute.

**06/09/10    R T ROUTH    1.50**
Draft memorandum to P. Benvenutti re matter (.10); prepare for (.30) and participate in calls with P. Benvenutti and M. Correa re same (.40); review C. Healey research re additional citations and respond to same (.20); review insurers' joinder to motion to appoint chapter 11 trustee and related declaration (.30); review Hoxie and M. Correa memos re conflicts executive appointment (.20).

**06/10/10    P J BENVENUTTI    5.10**
Review OCC draft opposition to trustee motion, comments re same (.50); e-mails with client, coverage counsel re opposition to UST motion, insurers' joinder, procedure and strategy (.40); conference call with client, coverage counsel and colleagues re same (.60); e-mails with R. Routh re debtor's trustee motion opposition, OCC's draft opposition (.40); review internal e-mails re corporate governance issues for opposition to trustee motion (.30); review local rules re timing on insurers' "joinder" and response (.10); telephone with R. Routh re same, insurers' "joinder" and opposition to same (.40); e-mails with coverage counsel, R. Routh re applicable standard of proof on trustee motion, research re same (.40); review and finalize notice of amended term sheet re conflicts executive (.20); e-mails with R. Routh, client re possibility of expanding board (.20); e-mails with D. Gordon re preparation for deposition (.10); e-mail from UST re request for deposition of Messrs. Gregory and M. Travis, and e-mail to M. Correa re response (.10); e-mail from OCC counsel re prior disclosures re Gregory and M. Travis issues and demands, request for response to demand to transfer claims, and e-mail to client re same (.20); e-mails with M. Correa re compiling and delivery of board resolutions to UST, and review transmittal e-mail re same (.20); review prior D. Gordon declarations, pleadings re depo preparation (1.00).

**06/10/10    M H CORREA    2.70**
Review insurers' joinder in UST motion (0.2); telephone with aligned counsel, D. Gordon and P. Benvenutti re strategy (0.5); review minutes and resolutions for production to UST (1.4); prepare background for trustee opposition (0.6).

**06/10/10    C M HEALEY    4.40**
Confer with R. Routh re research tasks (0.2); research and analyze case law re limitations on chapter 11 trustee's powers (1.8); research re alternatives to trustee (0.6); research and draft email memorandum re expansion of examiner's powers (1.8).

**06/10/10    T G HOXIE    1.50**
Review correspondence; consider situation; review statute; prepare response; advise associate on research question.

**06/10/10    R T ROUTH    5.50**
Revise opposition to UST motion to appoint chapter 11 trustee and circulate same internally (1.3); research and review (including Westlaw) cases re appointment of chapter 11 trustee (.50); review joinder of insurers to UST motion for chapter 11 trustee (.40); telephone conference with C. Healey re additional research to be performed in preparing opposition and review results of research and review results of same (.30); communicate via e-mail and telephone conference with P. Benvenutti re strategy in matter (.60) and participate in call with M. Correa, P. Benvenutti, D. Gordon, J. Raskin and J. Miller re strategy (.60); review Imperial Tobacco proof of claim to analyze conflicts issues (.30); review draft response of UCC to motion and J. Raskin comments to same and draft memorandum to P. Benvenutti re same (1.2); begin to plan reply to opposition to motion to appoint conflicts executive (.30).

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/11/10     P J BENVENUTTI                                      8.60
Review and revise opposition to UST motion to appoint trustee (1.50); e-mails, telephone with R. Routh re same (.10); review client and co-counsel comments re committee draft opposition, and telephone with D. Gordon re same (.30); e-mails with coverage counsel, client re same (.20); e-mail debtor's draft opposition to aligned counsel (.20); prepare for and meeting with D. Gordon re opposition to UST motion and depo preparation, including telephone with D. Gregory (4.00); telephone discussions with insurer counsel re briefing and hearing schedule re trustee motion (.30); telephone with UST re request for D. Gregory or M. Travis deposition, providing prior deposition transcripts (.20); e-mails, telephone with coverage counsel re same (.30); consolidate client, co-counsel comments and edits re draft committee opposition, and e-mail to committee counsel re same (1.00); follow-up e-mails with committee counsel re coordinating oppositions (.40); transmittal e-mail re latest version of debtor's opposition brief to OCC and FCR counsel (.10).

06/11/10     M H CORREA                                          0.70
Prepare for D. Gordon deposition.

06/11/10     C M HEALEY                                          2.00
Research re appointment of chapter 11 trustee due to employee conflicts.

06/11/10     T G HOXIE                                           0.30
Consult with associate about research.

06/11/10     B J MACLEAN                                         3.00
Research re conflicts of interest under California Corporations law.

06/11/10     R T ROUTH                                           4.60
Revise opposition to UST motion to appoint chapter 11 trustee (3.4); research (including Westlaw) re same and review B. Maclean and C. Healey research re same (.30); telephone conferences with P. Benvenutti re opposition to UST motion to appoint chapter 11 trustee (.20); review P. Benvenutti and D. Gordon memos re opposition to UST motion and memos to and from counsel to UCC (M. Ahrens) re same (.60); review J. Raskin memorandum re UCC opposition to UST motion (.10).

06/12/10     P J BENVENUTTI                                      7.00
E-mails with R. Routh re opposition to trustee motion (.10); collect prior D. Gordon declarations and transmittal to D. Gordon re same (.40); review documents, D. Gordon Flintkote deposition for preparation of D. Gordon declaration (.80); draft and revise D. Gordon declaration in opposition to trustee motion (5.50); e-mail to D. Gordon, co-counsel re same (.20).

06/13/10     P J BENVENUTTI                                      3.70
Review and revise D. Gordon declaration in opposition to trustee motion, and e-mails with D. Gordon, co-counsel re same (2.10); review and revise draft opposition (1.30); e-mail to insurers' counsel re briefing and hearing schedule re trustee motion (.20); e-mails with OCC counsel re suggested revisions to trustee motion opposition (.10).

06/13/10     R T ROUTH                                           0.70
Review D. Gordon declaration in support of opposition to chapter 11 trustee motion (.40); review multiple P. Benvenutti, M. Ahrens (UCC), J. Raskin (co-counsel) and D. Gordon (Plant) memos re same and respond to same (.30).

06/14/10     P J BENVENUTTI                                      6.10
E-mail to colleagues re OCC draft opposition to trustee motion (.10); e-mail to R. Routh re Plant's opposition (.10); e-mail to colleagues re D. Gordon declaration re opposition to trustee motion (.10); e-mail to OCC and FCR counsel re same (.10); review and revise D. Gordon declaration (1.50); review OCC draft opposition to trustee motion and supporting declarations (.40); e-mails with coverage counsel, to OCC counsel re same, suggested revisions (.30); e-mails with insurer counsel, OCC counsel re scheduling of briefing and hearing (.20); e-mails to M. Correa re preparation of declaration and/or RJN on opposition to trustee motion, completing D. Gordon declaration (.20); review and revise draft debtor's opposition to trustee motion (2.50); e-mails with colleagues re same (.30); e-mail to counsel for OCC and FCR re debtor's draft opposition to trustee countermotion (.10); e-mail to US Trustee re D. Gregory and M. Travis testimony transcripts (.20).

Case: 09-31347     Doc# 746     Filed: 07/23/10     Entered: 07/23/10 15:31:57     Page 46 of 54

**JONES DAY**

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/14/10     M H CORREA       2.50
Draft M. Correa declaration in support of trustee motion.

06/14/10     R T ROUTH       8.30
Provide comments to P. Benvenutti re D. Gordon declaration in support of opposition to UST motion for chapter 11 trustee (.50); review and revise opposition and draft memorandum to P. Benvenutti re same (1.1); review results of C. Healey research re opposition to UST motion (.10); review UCC draft objection to UST motion for chapter 11 trustee and comment on same to P. Benvenutti (.40); various telephone conferences with P. Benvenutti re case status and strategy and review memos from same (.50); review objections of insurers and UST to conflicts executive motion, analyze and consider potential replies to objections and outline same in memorandum to M. Correa and P. Benvenutti (1.7); draft reply to objections to conflicts executive motion and research (including Westlaw) re same (4.0).

06/15/10     P J BENVENUTTI       1.20
E-mails with R. Routh, M. Correa re completing and filing opposition to trustee motion (.30); e-mails with OCC counsel re same (.10); confer with M. Correa re finalizing, filing opposition (.20); review historical e-mails re same, supporting evidence for opposition (.30); e-mails with D. Gordon re same, logistics re signing declaration (.10); telephone with R. Routh re supplemental opposition to insurers' trustee joinder, reply re conflicts executive motion (.20).

06/15/10     M H CORREA       4.10
Finalize D. Gordon declaration (0.4); review and revise opposition, including citations (2.7); prepare all documents for filing (1.0).

06/15/10     C M HEALEY       0.40
Confer with R. Routh re reply to trustee's objection and research re same.

06/15/10     C W LOK       2.50
Review and check citations in opposition brief (2.50).

06/15/10     R T ROUTH       8.20
Review opposition to UST motion (.20); draft reply to oppositions to appointments of conflicts executive and research (including Westlaw) re same (7.5); review M. Correa research re matter (.30); telephone conference with C. Healey re research on matter (.20).

06/16/10     P J BENVENUTTI       2.40
Review e-mails from R. Routh, analyze outline, content of response re conflicts executive motion (.30); telephone with R. Routh re same, response re insurers' joinder in trustee motion (.40); e-mails to R. Routh re Judge Kawaichi deposition (.10); telephone with OCC counsel re coordinating briefs re conflicts executive and trustee motion (.10); e-mail to Judge Kawaichi re opposition to trustee motion, response re conflicts executive motion (.20); e-mails with D. Gordon re deposition preparation and schedule (.10); telephone with D. Gordon re same (.10); telephone with OCC counsel re D. Gordon deposition (.10); prepare for D. Gordon deposition (.50); e-mail to colleagues re factual information for Judge Kawaichi declaration (.50).

06/16/10     C M HEALEY       7.20
Review pleadings re appointment of conflicts executive (2.0); research and draft reply brief (5.2).

06/16/10     R T ROUTH       6.70
Review filed versions of pleadings opposing UST motion for chapter 11 trustee (.20); draft reply to objections to motion to appoint a conflicts executive (3.5); research (including Westlaw) re same (2.0); telephone conferences and exchange memos with P. Benvenutti (.50) and C. Healey (.20) re same; review memos from P. Benvenutti and M. Ahrens (UCC counsel) re same and comment on same (.10); review Judge Kawaichi deposition transcript in preparation of reply (.20).

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/17/10    P J BENVENUTTI                                        9.30**
Confer with D. Gordon re final preparation for deposition (.30); defend D. Gordon deposition, including local travel to/from UST's office and conferences during and after deposition with D. Gordon, counsel for OCC (8.50); e-mail to Judge Kawaichi re developments, schedule (.10); telephone with R. Routh re D. Gordon declaration, coordinating responses re conflicts executive motion and trustee countermotion (.20); e-mails with coverage counsel re D. Gordon deposition (.20).

**06/17/10    M H CORREA                                             0.30**
Review correspondence re reply to Judge Kawaichi motion.

**06/17/10    C M HEALEY                                             2.90**
Review updated reply brief (0.4); research and update reply brief re positional conflicts and Jay Alix protocol (2.5).

**06/17/10    R T ROUTH                                              8.20**
Telephone conference with P. Benvenutti re reply to objections to motion to appoint conflicts executive and response to joinder of insurers to UST motion (.60); draft multiple memos to P. Benvenutti re same and review responses (.50); draft reply (2.5) and research (including Westlaw re same) (.60); draft memorandum to and telephone conference with C. Healey re additional research to be conducted for reply and communicate with same re research (.40); draft opposition to joinder of insurers to motion to appoint chapter 11 trustee and review prior pleadings in connection therewith (2.5); research (including Westlaw) re same (1.1).

**06/18/10    P J BENVENUTTI                                         5.00**
Telephone, e-mails with OCC counsel re schedule re conflicts executive reply, coordination with insurer counsel re same (.30); e-mail to insurer counsel re same (.20); telephone with Judge Kawaichi re reply, declaration re conflicts executive motion, possible service as director (.30); e-mails with coverage counsel, client re strategy re opposition to trustee countermotion (.30); e-mail to R. Routh re status, schedule approach re responsive papers (.20); review and revise conflicts executive reply (3.50); e-mails to R. Routh re same (.20).

**06/18/10    C M HEALEY                                             2.00**
Research re disinterestedness.

**06/18/10    R T ROUTH                                              3.50**
Review memos of M. Ahrens (UCC) and P. Benvenutti re June 29 hearing and various pleadings to be filed and respond to such memos (.50); review P. Benvenutti question re certain case and respond to same (.40); review Judge Kawaichi deposition transcript and draft proposed declaration of Judge Kawaichi in support of conflicts executive motion (2.4); review results of C. Healey research re disinterestedness of professionals (.20).

**06/19/10    P J BENVENUTTI                                         3.40**
Review historical e-mails as background for reply re conflicts executive motion, and e-mails to R. Routh re same (.50); review and revise reply memorandumre conflicts executive motion and supplemental Judge Kawaichi declaration (2.20); e-mails with R. Routh re same (.30); e-mails with insurer counsel re briefing and hearing schedule (.20); e-mails with client, coverage counsel re possible evidentiary hearing (.20).

**06/19/10    R T ROUTH                                              2.60**
Review and analyze P. Benvenutti edits to reply to objections to conflicts executive motion and Judge Kawaichi declaration, respond to same and implement edits in document (2.0); circulate reply and declaration internally and to certain external parties with commentary (.40); draft memorandum to C. Healey re research re cases on disinterestedness (.20).

**06/20/10    P J BENVENUTTI                                         0.30**
E-mails from R. Routh to OCC and FCR counsel, Judge Kawaichi re reply and declaration re conflicts executive motion (.20); e-mails from client, coverage counsel re theme for response to supplemental filings by insurers and UST re trustee countermotion (.10).

# JONES DAY

627967-605021

Page 9

July 23, 2010

Chapter 11 Trustee Issues

Invoice: 32255093

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

**06/20/10      R T ROUTH                                                    0.90**

Review Judge Kawaichi edits to declaration and implement same (.30); draft memorandum to Judge Kawaichi re same and review response from same (.20); circulate Judge Kawaichi declaration to UCC and FCR with commentary (.10); revise and edit reply to objections to conflicts executive motion (.30).

**06/21/10      P J BENVENUTTI                                               1.60**

E-mails with OCC counsel re briefing schedule for trustee and conflicts executive motion, approval by UST and court (.30); e-mails with R. Routh re response to supplemental filings by insurers and UST (.10); e-mail to client, co-counsel and colleagues re D. Gordon deposition transcript (.10); e-mails with R. Routh, M. Correa re revisions to draft reply re conflicts executive motion and Judge Kawaichi declaration, completing same (.30); review draft opposition (.50); e-mails with Judge Kawaichi re revisions to declaration (.10); review e-mail from Mr. C. Healey re research re conflicts (.10): e-mails with R. Routh re participation in scheduling conference call (.10).

**06/21/10      C M HEALEY                                                   0.70**

Research re disinterested standard for chapter 11 trustees.

**06/21/10      R T ROUTH                                                    3.90**

Review various insurer and UST pleadings re conflicts executive motion and motion to appoint chapter 11 trustee (.40); review and analyze C. Healey case summaries re case law to be cited in reply to oppositions to conflicts executive motion (.20); revise reply (.40); review Judge Kawaichi declaration in support of reply (.20); revise and edit opposition to joinder of insurers to chapter 11 trustee motion (1.1); telephone conference with and exchange emails with M. Correa and P. Benvenutti re case status and pleading status and next steps (.60); draft memorandum to and telephone conference with Judge Kawaichi re status of matter (.30); review transcript of D. Gordon deposition (.70).

**06/22/10      P J BENVENUTTI                                               4.00**

Review revised draft of reply re conflicts executive motion, Judge Kawaichi declaration (.40); e-mails with R. Routh re same, coordination of logistics and scheduling (.30); review draft opposition to insurers' motion for trustee and e-mails with R. Routh re same (.40); e-mails from OCC counsel re conflicts executive and trustee motion responses (.40); telephone with R. Routh re same (.30); review e-mail from OCC counsel, e-mail to client and co-counsel re briefing and hearing schedule (.10); e-mails with D. Gordon re same (.10); review suggested revision from coverage counsel and e-mails from coverage counsel, R. Routh re same (.30); telephone calls with OCC and FCR counsel re scheduling, format of hearing re trustee motion (.50); e-mail to client, coverage counsel re same (.20); follow-up e-mails with coverage counsel re same (.10); review e-mail from R. Routh re status of filings, further revisions to briefs and declarations (.10); telephone with D. Gordon re approach, scheduling re trustee motion (.10); telephone with OCC counsel re same (.10); conference call with insurer counsel, UST, OCC and FCR re scheduling (.10); follow-up call with counsel for OCC and FCR re same (.10); e-mails from OCC and FCR counsel re briefs and declarations re trustee and conflicts executive motions (.30); e-mail to R. Routh re coordinating same, hearing (.10).

**06/22/10      C M HEALEY                                                   2.80**

Draft motion to exceed page limit re reply brief.

**06/22/10      R T ROUTH                                                    6.00**

Review Judge Kawaichi and P. Benvenutti comments to Judge Kawaichi declaration and respond to same and telephone conference with Judge Kawaichi re same (.60); revise and edit opposition to insurers' joinder to UST motion to appoint chapter 11 trustee based upon variety of comments (1.4); circulate opposition to co-counsel (J. Raskin, J. Miller) and client (D. Gordon) and then to UCC (M. Ahrens, M. Lauter) and FCR (G. Fergus) with commentary (.30); review and analyze J. Raskin comments to opposition (.20); review and analyze M. Ahrens and G. Fergus memos re comments to reply and opposition (.40); review P. Benvenutti memos re case status and planning and respond to same and next steps (.70); request C. Healey preparation of motion to exceed page limit and review same (.20); review D. Gordon deposition transcript (2.0); participate in call with insurance counsel and debtor re hearing schedule (.20).

**JONES DAY**

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/23/10     P J BENVENUTTI        10.30

E-mail to M. Correa re assisting re supplemental opposition re trustee countermotion (.10); e-mail from R. Routh re same (.10); e-mails re obtaining accessible copy of D. Gordon declaration (.10); draft and revise D. Gordon declaration re supplemental opposition to trustee countermotion (4.20); e-mails with colleagues re application to file over-length brief (re conflicts executive) (.20); e-mail to colleagues re distribution of supplemental briefs by insurers and UST re trustee countermotion (.10); review and analyze supplemental briefs (1.50); e-mails to colleagues, co-counsel re same (.30); e-mail to D. Gordon re same, review and notation of factual errors re same (.10); telephone discussions with D. Gordon re same, information for D. Gordon declaration (.40); e-mails with R. Routh re same, additional background and revisions to D. Gordon declaration (.30); telephone with Flintkote counsel re information for use re D. Gordon declaration, response to insurers' supplemental opposition (.30); e-mails with R. Routh re revised reply re conflicts executive motion and Judge Kawaichi declaration (.20); e-mails from OCC counsel re same (.20); review and revise draft opposition to supplemental filings by insurers and UST re trustee countermotion (.50); e-mails with R. Routh re same (.30); e-mail to colleagues, client re OCC outline of response to supplemental filings by UST and insurers (.10); telephone with OCC counsel re response to supplemental oppositions (.20); e-mail to Ms Correa re billing records for use re declaration in opposition to supplemental filings by insurers and UST (.10); review billing records (.30); review further revisions to D. Gordon declaration, and circulate to client, coverage counsel (.30); review Routh outline for revising response to supplemental filings by insurers and UST re trustee countermotion, and e-mail to R. Routh re same (.20); review Hopkins USDC case cited by insurers (.20).

06/23/10     M H CORREA        3.70

Document review and analysis for reply and opposition briefs (2.3); review and revise application to file a brief in excess of 15 pages (0.5); prepare summary of plan-related communications (0.9).

06/23/10     C M HEALEY        8.50

Review related bankruptcy dockets and pleadings (1.3); draft and edit request for judicial notice (2.0); research and review case law re reply to insurers' motion and draft summaries re same (5.2).

06/23/10     R T ROUTH        8.90

Review and analyze comments to UCC (M. Ahrens) and FCR (G. Fergus) to reply to objections to conflicts executive motion and opposition to "joinder" of insurers to UST motion to appoint chapter 11 trustee (.80); telephone conferences with P. Benvenutti re changes to reply and opposition to joinder and next steps for address case and hearing issues (1.0); draft memos to M. Correa, C. Healey and Judge Kawaichi re status and work to be done prior to Friday's filings and review and analyze responses (.50); revise and edit reply to objections to conflicts executive motion (.90), Judge Kawaichi declaration in support of same (.50) and circulate same internally and to UCC and FCR with commentary and review proposed changes from same (.40); revise and edit supplemental D. Gordon declaration and draft memorandum to P. Benvenutti re additional items to be addressed (2.5); review P. Benvenutti comments to opposition to joinder and other pleadings and draft outline of same in light of new filings (.70); review and analyze pleadings of US trustee and insurers and supplemental briefs of same and direct C. Healey to do research re same (1.2); organize research in preparation for June 29 court hearing and review C. Healey case law summaries (.40).

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

**06/24/10        P J BENVENUTTI                                                          8.90**

Review Routh outline of opposition to insurers' and UST's supplemental response re trustee countermotion (.20); e-mails, telephone with R. Routh re same, preparation of opposition brief, coordination and logistics, OCC supplemental response, D. Gordon declaration (.60); e-mail to client, coverage counsel and colleagues re outline of opposition brief (.30); review e-mail from Flintkote counsel and forward to R. Routh (.10); review e-mail from D. Gordon re deposition testimony, and forward to R. Routh (.10); telephone with D. Gordon re same, Plant's response re trustee countermotion (.40); e-mail to R. Routh re same (.10); review OCC outline of supplemental response to trustee countermotion, and e-mail to OCC counsel re same, suggested approach (.40); review and revise D. Gordon declaration (.40); review numerous e-mails from colleagues, coverage counsel re supplemental response, D. Gordon declaration (.30); e-mail from OCC counsel re D. Gordon declaration (.20); e-mails from coverage counsel re same (.10); e-mail from D. Gordon re same (.10); e-mails with D. Gordon re possible addition to D. Gordon declaration (.30); review and revise reply re conflicts executive motion, and e-mails with R. Routh re same (.50); e-mails with M. Correa, Messrs. Healey and Routh re RJN exhibits re Judge Kawaichi trustee appointments (.20); review and revise draft reply re trustee countermotion (2.50); e-mails from Messrs. Routh and D. Gordon re indemnity issue (.20); review draft OCC reply re conflicts executive motion, and e-mails with colleagues, client re same (.30); review archived e-mails re compile exhibits for P. Benvenutti declaration, and transmit to M. Correa (.80); telephone with M. Correa re same (.10); e-mails with Mr. Raskin re same (.20); review draft FCR joinder in reply re conflicts executive motion, and e-mail to Mr. Fergus re same (.10); telephone with Mr. Fergus re same (.10); review time records re P. Benvenutti declaration (.30).

**06/24/10        M H CORREA                                                            3.40**

Prepare support for P. Benvenutti declaration (0.8); review and revise RJN (0.9); correspondence with Judge Kawaichi and D. Gordon re declarations (1.0); revise reply and declarations (0.7).

**06/24/10        C M HEALEY                                                            6.00**

Review and analyze case law re reply to insurers' brief (3.0); review and update reply brief, request for judicial notice, and declaration and prepare documents for filing re same (3.0).

**06/24/10        R T ROUTH                                                            11.80**

Telephone conferences with P. Benvenutti re planning completion of various pleadings (.70); revise and edit D. Gordon declaration, circulate same and implement D. Gordon comments to same (1.6); draft memorandum to D. Gordon re CA law re indemnification (.20); circulate D. Gordon declaration to UCC (M. Ahrens) and FCR (G. Fergus) and co-counsel (J. Raskin, J. Miller) for comment and review and analyze comments in email exchanges with D. Gordon and J. Raskin (.50); draft memos to D. Gordon, M. Correa and C. Healey re facts needed to complete opposition to joinder and supplemental brief (.20); draft and revise opposition to chapter 11 trustee motion and insurer joinder and supplemental pleadings and research (including Westlaw) re same (6.9); review P. Benvenutti memorandum to counsel to UCC re its opposition and review and analyze UCC opposition (.70); review proposed exhibits to P. Benvenutti declaration (.20); review FCR proposed pleading (.10); edit and finalize reply to oppositions to conflicts executive motion and Judge Kawaichi declaration in support of same (.30) and draft memos to Judge Kawaichi (.10) and M. Correa (.30) re same.

# JONES DAY

627967-605021
Page 12
July 23, 2010

Chapter 11 Trustee Issues
Invoice: 32255093

| Date of Service | Timekeeper Name | Hours |
|---|---|---|

06/25/10    P J BENVENUTTI    7.80

Review background info for and draft and revise P. Benvenutti declaration in opposition to trustee motion (1.80); e-mails with R. Routh, aligned counsel re same (.30); telephone with Mr. Fergus re same (.10); telephone discussions and e-mails with Mr. re finalize Plant's opposition papers, OCC's filings (.50); e-mails and telephone with M. Correa re same, exhibits for P. Benvenutti declaration (.30); e-mails with aligned counsel re same (.30); review and revisions to Plant's opposition to trustee motion (1.70); review OCC's opposition papers (.50); review FCR joinder in opposition to trustee motion (.10); review exhibits to P. Benvenutti declaration, and e-mails with colleagues re same (.40); e-mails, telephone with OCC counsel re suggested revision to P. Benvenutti declaration (.30); e-mails with colleagues, co-counsel re same (.20); revise and finalize P. Benvenutti declaration, and e-mails to colleagues re same (.10); review historical communications re timing of execution of D. Gregory and M. Travis employment agreements, and e-mails with R. Routh re same (.30); e-mail from insurer counsel re proposed supplemental authority (.10); brief review of decision (.10); e-mails with colleagues, aligned counsel re same, response (.30); review e-mails from clients, co-counsel re trustee opposition papers (.20); e-mails with clients re reasons for designation of Messrs. Gregory and M. Travis as assistant secretaries (.20).

06/25/10    M H CORREA    4.50

Prepare and finalize opposition and reply and supporting papers.

06/25/10    C M HEALEY    2.50

Review and finalize reply brief (1.5); research re appointment of chapter 11 trustee over creditors' committee objection (1.0).

06/25/10    R T ROUTH    7.10

Review, analyze and comment on opposition to OCC pleading and review J. Raskin, M. Ahrens and M. Lauter comments re same (1.2); revise and edit reply to objections to conflicts executive motion (.80); revise and edit opposition to chapter 11 trustee motion and insurer joinder and supplemental briefs (2.2); review and comment on proposed P. Benvenutti declaration and review exhibits thereto (.50); telephone conferences with P. Benvenutti re status and strategy (.40); draft memorandum to C. Healey re research project re chapter 11 trustee appointments (.20); draft memorandum to C. Healey and M. Correa re finalization and filing of pleadings and telephone conferences re same (.30); review supplemental pleading filed by insurers re new SDNY case and review case and M. Ahrens and G. Fergus correspondence re same (.70); review D. Gregory, M. Travis and D. Gordon memos re case (.10); review and organize case law and pleading files for June 29 hearing (.70).

06/26/10    P J BENVENUTTI    0.10

E-mails with staff re service of pleadings on trustee motion, delivery of chambers copies.

06/27/10    P J BENVENUTTI    0.90

Review and respond to e-mails from clients, coverage counsel re opposition papers re trustee and conflicts executive motions (.40); review e-mails from OCC counsel re insurers' supplemental authority, strategy re response to same (.10); e-mail to Judge Kawaichi re pleadings, attendance at hearing on various motion (.20); e-mails with Mr. Snyder re opposition to trustee motion (.20).

06/27/10    C M HEALEY    2.20

Research re appointment of chapter 11 trustee over objection of creditors' committee.

06/27/10    R T ROUTH    0.30

Review C. Healey research re support of creditors' committee in appointment of trustee (.20); review and respond to P. Benvenutti memos re briefing (.10).

**JONES DAY**

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|

06/28/10    P J BENVENUTTI    7.10
E-mails with R. Routh re hearing preparation (.10); telephone with R. Routh re same (.60); e-mails to Judge Kawaichi re additional filings for trustee and conflicts executive motions (.30); telephone with Judge Kawaichi re hearing, possible service as director (.20); telephone discussions with OCC counsel re prepare for hearing, coordination (.50); prepare for hearing, including review of motion papers and declarations, outline points for oral argument, e-mails with colleagues re assembling additional document for hearing and analysis of relevant cases (5.00); review last-minute insurer objections to declarations, and e-mails with colleagues, OCC counsel re same (.40).

06/28/10    M H CORREA    1.80
Prepare for hearing.

06/28/10    R T ROUTH    9.30
Review and analyze all briefing filed in case to prepare for hearing (2.8); review case law that is the subject of the briefs (including Westlaw) and prior M. Correa and C. Healey case summaries (2.7); draft analysis of case law for P. Benvenutti (2.4); organize files and communicate with Breen and M. Correa re organization of files for hearing (.40); telephone conference with P. Benvenutti and draft memos to same re June 29 hearing preparation (.70); review and analyze insurers' objection to D. Gordon declaration (.30).

06/29/10    P J BENVENUTTI    5.50
Prepare for and attend hearing re trustee and conflicts executive motions, including confer with R. Routh and M. Correa and D. Gordon pre-hearing (4.20); post-hearing conference at court with counsel for OCC and FCR, client, coverage counsel re implications of ruling, next steps (.50); follow-up conference with D. Gordon, colleagues (.50); confer with colleagues re forms of orders (.30).

06/29/10    L BURNS    0.50
Respond to M. Correa's request to obtain expedited transcripts from today's hearing (.2); confer with bankruptcy court re same and process request (.3).

06/29/10    M H CORREA    2.80
Prepare for and attend hearings on conflicts executive motion, chapter 11 trustee motion and stay relief motion, including follow up conference (1.5); draft orders re conflicts executive motion and chapter 11 trustee motion (1.3).

06/29/10    R T ROUTH    8.00
Review and analyze objections to D. Gordon and Judge Kawaichi declarations and D. Gordon deposition transcript draft short memorandum to P. Benvenutti re thoughts on same (1.1); revise potentially troublesome case law summary (.30); identify Snyder Miller declaration re Hopkins litigation and review and analyze conflicts waivers (.40); prepare materials for hearing (.50); conferences with P. Benvenutti and D. Gordon re hearing planning and strategy (.70); travel to and attend June 29 hearing and post-hearing conference with OCC and FCR representatives and with P. Benvenutti and M. Correa (2.3); conferences with M. Correa and P. Benvenutti and prepare orders granting conflicts executive motion and denying chapter 11 trustee motion and draft memos to P. Benvenutti re same (2.7).

06/30/10    P J BENVENUTTI    0.40
E-mail from Judge Kawaichi re ruling on insurers' objections to declarations, and e-mail to colleagues re same, response (.20); review responding e-mail from R. Routh re same (.20).

06/30/10    L BURNS    1.00
Fill out transcript request form and deliver to Bankruptcy court for expedited transcript from yesterday's hearings per M. Correa's request.

06/30/10    R T ROUTH    0.50
Review Judge Kawaichi and P. Benvenutti memos re Judge Kawaichi and D. Gordon declarations (.20); respond to Judge Kawaichi and P. Benvenutti memos and research federal rule deeming provision (.30).

**TOTAL**    329.80

Case: 09-31347    Doc# 746    Filed: 07/23/10    Entered: 07/23/10 15:31:57    Page 53 of 54

IN ACCOUNT WITH

# JONES DAY

**San Francisco Office**

555 California Street, 26th Floor
San Francisco, California 94104
**(415) 626-3939**

Federal Identification Number: 34-0319085

July 23, 2010                                                                                        627967-605001

Invoice: 32255091

Plant Insulation Company
Mr. David J. Gordon
The Flintkote Company
Two Embarcadero Center, Suite 410
San Francisco, CA 94111

For legal services rendered for the period through June 30, 2010:

Chapter 11 Reorganization Petition and Advice                        USD            0.00

## DISBURSEMENTS & CHARGES

| | |
|---|---:|
| Conference Charges | 120.85 |
| Courier Services | 503.00 |
| Court Costs | 210.00 |
| Court Reporter Fees | 180.50 |
| Document Reproduction Charges | 290.40 |
| Lexis Search Fees | 777.29 |
| Postage Charges | 88.60 |
| United Parcel Service Charges | 9.02 |
| Westlaw Search Fees | 5,247.19 |

7,426.85

**TOTAL**                                                                        **USD        7,426.85**

Remittance of payment can be made by wire transfer to our account as follows:

BANK DETAILS
Bank of America
San Francisco, California

| Bank ABA No. | Swift Code | Account No. | Account Name |
|---|---|---|---|
| 121000358 | BOFAUS6S | 00334-30671 | Jones Day |