Entered on Docket
December 15, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 14, 2009

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam P. Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>               Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY WONDIE RUSSELL AS SPECIAL COUNSEL IN THE AMERICAN COUNCIL MATTER, NUNC PRO TUNC TO NOVEMBER 20, 2009** |

      The Court has considered the *Application To Employ Wondie Russell as Special Counsel in the American Council Matter, nunc pro tunc to November 20, 2009* (the "Application") filed by the Debtor and Debtor-in-Possession, Heller Ehrman LLP ("Debtor") and the declaration of Wondie Russell in support thereof, both filed on or about December 7, 2009. It appears that Wondie Russell does not hold or represent any interest adverse to the estate with respect to the matters upon which she will be engaged, and that her employment is in the best interests of the estate. It further appears that due and sufficient notice of the Application has been given under the circumstances. Based on the record before the Court, and after due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Debtor is authorized to retain and employ Ms. Wondie Russell as its special counsel in connection with the preparation and submission of the fee petition in the *American Council of the Blind vs. Astrue and Social Security Administration* matter and to provide all related services in connection therewith, nunc pro tunc, to November 20, 2009, pursuant to section 327(e) and 328 of title 11 of the United States Code (the "Bankruptcy Code") on an hourly fee basis on the terms and conditions set forth in the Application and engagement letter.

3. The Debtor is authorized to compensate Ms. Russell and any paralegals assisting her with this engagement in accordance with sections 330 and 331 of the Bankruptcy Code, pursuant to the notice and objection procedures set forth in the Debtor's *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* which was approved by the Court on April 24, 2009, as an expense of administration pursuant to sections 507(a) and 503(b) of the Bankruptcy Code, in such amounts and at such times as the Court may hereafter determine and allow.

4. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustee shall apply to this order.

**END OF ORDER**

# COURT SERVICE LIST

United States Trustee
Donna S. Tamanaha, Assistant U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Pachulski Stang Ziehl & Jones LLP
Attn: John Fiero
Attn: Miriam Khatiblou
150 California Street
15th Floor
San Francisco, CA 94111

Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814

Wondie Russell
465 Roosevelt Way
San Francisco, CA 94114-1435

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA