CAMPAGNOLI, ABELSON & CAMPAGNOLI
Mark B. Abelson, Cal. Bar No. 69947
400 Montgomery Street, 2nd Floor
San Francisco, CA 94104
Telephone: 415-421-1515
Facsimile: 415-421-2510
Email: mark@caclaw.com

Special Litigation Counsel for the
Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PLANT INSULATION COMPANY, a California corporation,<br><br>     Debtor.<br><br>Tax ID: 94-0292481 | Case No. 09-31347<br><br>Chapter 11<br><br>**CAMPAGNOLI, ABELSON & CAMPAGNOLI'S FIRST COVER SHEET APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 20, 2009 THROUGH AUGUST 31, 2010**<br><br>[No Hearing Required]<br><br>Judge: Hon. Thomas E. Carlson |

Campagnoli, Abelson & Campagnoli ("CAC") submits its Cover Sheet Application (the "Application") for Allowance and Payment of Interim Compensation and Reimbursement of Expenses for the Period from May 20, 2009 through August 31, 2010 (the "Application Period"). In support of the Application, CAC respectfully represents as follows:

1. CAC is special litigation counsel to the Official Committee of Unsecured Creditors (the "Committee") of Plant Insulation Company (the "Debtor"), the debtor and debtor-in-possession in the above-referenced Chapter 11 case. CAC's employment was approved by this Court in an Order entered on September 20, 2010 [Dckt. #829] (the "Employment Order"). CAC hereby applies to the Court for allowance and payment of interim compensation for services rendered and reimbursement of expenses incurred during the Application Period.

2. CAC billed a total of $23,578.50 in fees and expenses during the Application Period. These fees represent 47.5 hours expended during the period covered by this Application. These fees and expenses are broken down as follows:

| Period | Fees | Expenses | Total |
|---|---|---|---|
| 5/20/09 – 8/31/10 | $23,500.00 | $78.50 | $23,578.50 |

3. CAC seeks allowance of interim compensation and reimbursement in the amount of a total of $18,878.50 at this time, comprising $18,800.00 (80% of the fees for services rendered) plus $78.50 (100% of the expenses incurred).

4. The following chart reflects (1) the post-petition compensation and expense reimbursement amounts CAC has obtained authority to receive from the Debtor's estate, and (2) excluding the amounts sought by this Application, the post-petition compensation and expense reimbursement amounts that are currently due and owing to CAC from the Debtor's estate:

| Fee Statement Period | Fees Sought (100%) | Expenses Sought (100%) | Fees Authorized (80%) | Expenses Authorized (100%) | Unpaid Fees | Unpaid Expenses |
|---|---|---|---|---|---|---|
| No prior requests have been submitted | NONE | NONE | NONE | NONE | NONE | NONE |

-1-

5. Attached hereto as **Exhibit A** is the name of each professional who performed services in connection with this case during the Application Period, his or her hourly rate and the number of hours he or she billed to the case. Attached hereto as **Exhibit B** is the detailed billing statement for the Application Period, which includes a breakdown of the expenses incurred during the Application Period.

6. The Committee's counsel, Sheppard Mullin, has served a copy of this Application on the Office of the United States Trustee, the Debtor, counsel for the Debtor, the Committee members, and counsel for the Futures Representative appointed by the Court in this case. The Application was mailed by first class mail, postage prepaid, on September 22, 2010.

7. Notice of the filing of this Application has been served on the Office of the United States Trustee, the Debtor, counsel for the Debtor, the Committee members, counsel for the Futures Representative and any party who has requested special notice as of the date of the Notice. The Notice was mailed by first class mail, postage prepaid, on September 22, 2010.

8. Pursuant to this Court's *Order Granting Debtor's Motion to Establish Interim Fee Application and Expense Reimbursement Procedures* [Dckt #344] (the "Interim Fee Procedures Order"), which was entered on September 26, 2009, the Debtor is authorized to make the payment requested herein, without a further hearing or order of this Court unless an objection to this Application is filed with the Court and served within ten (10) calendar days after the date of mailing of the Notice of this Application. If such an objection is filed, the Debtor is authorized to pay 80% of the uncontested fees and 100% of the uncontested expenses.

9. The interim compensation and reimbursement of expenses sought in this Application is not final. During the case CAC will file interim fee applications with the Court and upon the conclusion of its involvement in this case, CAC will seek fees and reimbursement of the expenses incurred for the totality of the services rendered in the case. Any interim fees or reimbursement of expenses approved by this Court and received by CAC will be credited against such final fees and expenses as may be allowed by this Court.

-2-

W02-WEST:5MML1\402940167.1     FIRST COVER SHEET APPLICATION BY CAMPAGNOLI, ABELSON & CAMPAGNOLI

Case: 09-31347    Doc# 837    Filed: 09/22/10    Entered: 09/22/10 16:52:46    Page 3 of 10

10. Based upon the foregoing, CAC respectfully requests that the Debtor pay compensation to CAC as requested herein pursuant to and in accordance with the terms of the Interim Fee Procedures Order.

Dated: September 22, 2010

CAMPAGNOLI, ABELSON & CAMPAGNOLI

By _____
MARK B. ABELSON

Special Litigation Counsel for the
Official Committee of Unsecured Creditors

## EXHIBIT A

## CAC Billings by Professional

| Name of Proessional | Hourly Rate | Hours Billed |
|---|---|---|
| Mark B. Abelson | $500.00 | 47.5 |

Exhibit A

W02-WEST:5MML1\402940167.1 FIRST COVER SHEET APPLICATION BY CAMPAGNOLI, ABELSON & CAMPAGNOLI

Case: 09-31347    Doc# 837    Filed: 09/22/10    Entered: 09/22/10 16:52:46    Page 5 of 10

# EXHIBIT B
## Detailed Billing Statement

[See Attached]

Exhibit B

Case: 09-31347 Doc# 837 Filed: 09/22/10 Entered: 09/22/10 16:52:46 Page 6 of 10

FIRST COVER SHEET APPLICATION BY CAMPAGNOLI, ABELSON & CAMPAGNOLI

FREDERIC CAMPAGNOLI
(1917-2001)
MARK B. ABELSON
FREDERIC A. CAMPAGNOLI

LAW OFFICES OF
**CAMPAGNOLI, ABELSON & CAMPAGNOLI**
400 MONTGOMERY STREET, SECOND FLOOR
SAN FRANCISCO, CA 94104

TELEPHONE
(415) 421-1515
FAX (415) 421-2510
EMAIL: Attorneys@caclaw.com

July 10, 2009

abrayton@braytonlaw.com
Alan R. Brayton, Esq.
Gilbert Purcell
**BRAYTON PURCELL**
222 Rush Landing Road
Novato, CA 94945

dmmcclain@kazanlaw.com
David M. McClain
Kazan, McClain
171 12th St Ste 300
Oakland, CA 94607

Re: **PLANT INSULATION CO.**

**STATEMENT FOR SERVICES THROUGH JUNE 30, 2009**

**COSTS:**

| Date | Description | Amount |
|---|---|---|
| 6/15/09 | Parking | $22.50 |
| 6/16/09 | Cab | $18.00 |
| 6/16/09 | MUNI | $4.50 |
| 6/18/09 | Parking | $22.50 |
| 6/18/09 | Cab | $8.00 |
| 6/22/09 | MUNI | $3.00 |
| 6/14/09 | Receive and review Brayton's deposition, motion and exhibits | 4.00 Hrs. |
| 6/15/09 | Review of additional materials | 1.00 Hrs. |
| 6/15/09 | Meet with client and counsel; call with McClain and counsel, review 6/12 court transcripts | 8.50 Hrs. |
| 6/16/09 | Finish court transcript review; attend court in morning and afternoon; start McClain deposition review; review other documents, e-mails | 7.50 Hrs. |

| | | |
|---|---|---|
| 6/17/09 | Research, travel to and attend court all day; e-mails and calls with Sacks | 10.50 Hrs. |
| 6/18/09 | Start review of McClain's deposition and attend court | 7.50 Hrs. |
| 6/22/09 | Continue review of McClain's deposition, court attendance, e-mail to Sacks, Brayton and McClain | 5.50 Hrs. |

**TOTAL CURRENT TIME:** $78.50

**TOTAL CURRENT TIME:** 43.50 Hrs.

**TOTAL CURRENT FEES: (43.50 Hrs. @ $500.00)** $21,500.00

**TOTAL CURRENTLY DUE AND OWING:** $21,578.50

FREDERIC CAMPAGNOLI
(1917-2001)
MARK B. ABELSON
FREDERIC A. CAMPAGNOLI

LAW OFFICES OF
## CAMPAGNOLI, ABELSON & CAMPAGNOLI
400 MONTGOMERY STREET, SECOND FLOOR
SAN FRANCISCO, CA 94104

TELEPHONE
(415) 421-1515
FAX (415) 421-2510
EMAIL: Attorneys@caclaw.com

August 10, 2009

abrayton@braytonlaw.com
Alan R. Brayton, Esq.
Gilbert Purcell
**BRAYTON PURCELL**
222 Rush Landing Road
Novato, CA 94945

dmmcclain@kazanlaw.com
David M. McClain
Kazan, McClain
171 12th St Ste 300
Oakland, CA 94607

Re:   **PLANT INSULATION CO.**

### STATEMENT FOR SERVICES THROUGH JULY 31, 2009

**PREVIOUSLY DUE AND OWING:**                      $21,578.50

**CURRENT TIME:**

| Date | Description | Hours |
|---|---|---|
| 7/1/09 | E-mails and calls re: petition-complete pleadings for filing | .50 Hrs. |
| 7/2/09 | Finalize petition and my declaration, prepare filing, e-mails | .50 Hrs. |
| 7/6/09 | File Exhibit A with court; e-mails with counsel | .25 Hrs. |
| 7/8/09 | E-mails re: fees and petition; call re: fees and petition with Ferges, clients and Benevenuti; e-mail bill | 1.50 Hrs. |
| 7/9/09 | Call with Benevenuti, letter to Carlson, transmit letter to Plant service list | .50 Hrs? |
| 7/22/09 | Call from US Trustee's office and e-mail to Sachs and clients | .25 Hrs. |

**TOTAL CURRENT TIME:**                            3.50 Hrs.

**TOTAL CURRENT FEES: (3.50 Hrs. @ $500.00)**      $1,750.00

**TOTAL CURRENTLY DUE AND OWING:**                 $23,328.50

FREDERIC CAMPAGNOLI
(1917-2001)
MARK B. ABELSON
FREDERIC A. CAMPAGNOLI

**LAW OFFICES OF**
**CAMPAGNOLI, ABELSON & CAMPAGNOLI**
400 MONTGOMERY STREET, SECOND FLOOR
SAN FRANCISCO, CA 94104

TELEPHONE
(415) 421-1515
FAX (415) 421-2510
EMAIL: Attorneys@caclaw.com

September 10, 2009

abrayton@braytonlaw.com
Alan R. Brayton, Esq.
Gilbert Purcell
**BRAYTON PURCELL**
222 Rush Landing Road
Novato, CA 94945

dmmcclain@kazanlaw.com
**David M. McClain**
Kazan, McClain
171 12th St Ste 300
Oakland, CA 94607

Re: **PLANT INSULATION CO.**

**STATEMENT FOR SERVICES THROUGH AUGUST 31, 2009**

**PREVIOUSLY DUE AND OWING:** $23,328.50

**CURRENT TIME:**

| | | |
|---|---|---|
| 8/5/09 | Draft supplemental declaration pursuant to Ms. Loo's request, confer with Sheppard, Mullin; finalize supplemental declaration | .50 Hrs. |

**TOTAL CURRENT TIME:** .50 Hrs.

**TOTAL CURRENT FEES: (0.50 Hrs. @ $500.00)** $250.00

**TOTAL CURRENTLY DUE AND OWING:** $23,578.50