John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
        kbrown@pszjlaw.com
        vnewmark@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

HELLER EHRMAN LLP,

          Debtor.

Case No.: 08-32514

Chapter 11

DECLARATION OF SHELLEY SALINERO IN SUPPORT OF DEBTOR'S OBJECTION TO UNSECURED CLAIM OF JEFFREY FRANK RECTOR (CLAIM NO. 647)

[No hearing requested]

I, Shelley Salinero, declare:

    1. At all relevant times, I was the director of Human Resources Operations for Heller Ehrman LLP ("Heller" or the "Debtor"). I have reviewed the proof of claim of Jeffrey Frank Rector ("Rector") filed in the referenced Chapter 11 case on or about April 22, 2009 and assigned claim number 647.

    2. In a letter dated May 27, 2008, Heller extended Rector an offer of employment as an associate in the firm's Palo Alto office (the "Employment Letter"). Rector formally accepted Heller's offer on or about June 4, 2008. A true copy of the Employment Letter, countersigned by Rector, is attached hereto as <u>Exhibit A</u>.

3. The firm adopted a Plan of Dissolution (the "Dissolution Plan") on September 26, 2008. Rector never performed any work for the firm – either before or after its adoption of the Dissolution Plan.

4. Rector has not submitted to the Debtor any receipts, cancelled checks, or other evidence of having actually paid any premiums for COBRA coverage or health care expenses of any kind.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 12th day of January, 2010 at San Francisco, California.

*Shelley Salinero*
Shelley Salinero