DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
Minnie Loo, Trial Attorney (106613)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3484
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 08-32514 |
| **HELLER EHRMAN LLP,** | Chapter 11 |
| Debtor. | |

## SECOND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

### (Reflects Additional Members and Resignation of Members)

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following unsecured creditors of the above-named debtor, each being among those holding unsecured claims against the debtor and being willing to serve, are appointed as additional members to the Official Committee of Unsecured Creditors. All parties set forth below consist of the Official Committee of Unsecured Creditors in its entirety:

///

///

///

///

2ND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS: 08-32514 - 1 -

| ADDITIONAL MEMBERS | MEMBER'S REPRESENTATIVE | AMOUNT OF UNSECURED CLAIM[1] |
|---|---|---|
| BREF 333, LLC<br>c/o Brookfield Real Estate Financial Partners, LLC<br>3 World Financial Ctr, 11th Fl<br>200 Vesey St<br>New York, NY 10281 | Theresa Hoyt, Sr V P<br>Brookfield Real Estate Financial Partners, LLP<br>3 World Financial Ctr, 11th Fl<br>200 Vesey St<br>New York, NY 10281<br>Phone: 212-417-7286<br>Fax: 212-417-7196<br>thoyt@brookfield.com | $47,230,705 |
| Monika Lee<br>3021 Hacienda St<br>San Mateo, CA 94403<br>Phone: 650-572-0821<br>monikalee@LeeLaw LLP.com | N/A | $89,450 |
| **CURRENT MEMBERS** | **MEMBER'S REPRESENTATIVE** | **AMOUNT OF UNSECURED CLAIM[1]** |
| Williams Lea, Inc.<br>223 S. Wacker Drive<br>Chicago, IL 60606 | Deena Williamson<br>1400 K Street NW, Suite 800<br>Washington, DC 20005<br>Phone: 202-729-2250<br>Fax: 202-729-2240<br>deena.williamson@williamslea.com | $3,026,545 |
| William R. Mackey<br>21 Stanton Way<br>Mill Valley, CA 94941<br>Phone: 415-381-7152<br>wmackey732@aol.com | Michael St. James<br>St. James Law, P.C.<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA 94104<br>Phone: 415-391-7566<br>Fax: 415-391-7568<br>michael@stjames-laws.com | $629,588 |

---

[1]The amount of unsecured claim reported herein is based upon either the amount of the claim as scheduled by Debtor or the amount as reported to the U.S. Trustee by the creditor during the solicitation process. The amount reported herein is not a determination of the creditor's claim.

2ND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS: 08-32514 - 2 -

| | | |
|---|---|---|
| Wondie Russell<br>465 Roosevelt Way<br>San Francisco, CA 94114<br>Phone: 415-626-3906<br>wondie.russell@yahoo.com | N/A | $91,666 |

Dated: 27 January 2010

Sara L. Kistler,
Acting United States Trustee

By:   <u>Minnie Loo</u>
      Minnie Loo
      Attorney for U.S. Trustee

2ND AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS: 08-32514 - 3 -