Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
Ph. 619-220-8900

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| | ) |
| | ) Case No. 08-32514 |
| HELLER EHRMAN LLP | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtor | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| _____ | ) Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the filed claim of **PAYNE CONSULTING GROUP, INC** ("Transferor") against the Debtor in the amount of **$6,912.50 (Claim No. 43)**, as listed within the Claims Register, and all other claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I authorize DACA to take the steps required to transfer the above claim or claims into their name. I represent and warrant that the claim is not less than $6,912.50 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or in part by the Debtor. Such reimbursement would be calculated as follows: dollar amount of claim reduction multiplied by the purchase rate. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement and authorize DACA to take the steps necessary to transfer this claim and all claims we hold against the above debtor. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**PAYNE CONSULTING GROUP, INC**
**500 UNION ST SUITE 901 SEATTLE WA 98101**

Print Name _Shirley Gorman_ Title _VP_

Signature _Shirley Gorman_ Date _1-26-2010_

Updated Address (if needed) _719 2nd Ave, Ste 850, Seattle WA 98104_

Phone _206-344-8966_ Fax _206-344-8268_ E-Mail _sg@payneconsulting.com_

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _Andrew Whatnall_

Andrew Whatnall

Mail Ref# 2-691
2665505