John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Celine M. Guillou (CA Bar No. 198471)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
          kbrown@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>   Debtor | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(A) FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH LAWYERS' COMMITTEE FOR CIVIL RIGHTS**<br><br>[No Hearing Date Set] |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE; THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; THE OFFICE OF THE UNITED STATES TRUSTEE; LAWYERS' COMMITTEE FOR CIVIL RIGHTS; AND ANY PARTIES ENTITLED TO SPECIAL NOTICE:**

**NOTICE IS HEREBY GIVEN** that Heller Ehrman LLP, formerly known as Heller Ehrman White & McAuliffe LLP, a California limited liability partnership, the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby moves the Court (the "Motion") for an order approving the settlement and compromise with Lawyers' Committee for Civil Rights.

**PROCEDURE TO BE FOLLOWED**

Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed by anyone who requests a hearing on the relief requested in the Objection. Bankr. N.D. Cal. 9014-1. Rule 9014-1(b)(3) requires the following:

1

NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(A) FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH LAWYERS' COMMITTEE FOR CIVIL RIGHTS

Case: 08-32514    Doc# 904    Filed: 02/04/10    Entered: 02/04/10 15:11:20    Page 1 of 2

(i) That any objection to the requested relief, or a request for a hearing on the matter, must be filed and served upon the initiating party within twenty (20) days of the mailing of this Notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for a hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least ten (10) days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for a hearing is timely made.

**NOTICE IS HEREBY FURTHER GIVEN** that the Motion is based on the supporting Memorandum of Points & Authorities, any exhibits attached thereto, and the Declaration of Kyle Everett, and any exhibits attached thereto.

Dated: February 4, 2010       PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
      John D. Fiero
      Celine M. Guillou

      Attorneys for Heller Ehrman LLP,
      Debtor and Debtor in Possession

2
NOTICE OF MOTION PURSUANT TO BANKRUPTCY RULE 9019(A) FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH LAWYERS' COMMITTEE FOR CIVIL RIGHTS

Case: 08-32514   Doc# 904   Filed: 02/04/10   Entered: 02/04/10 15:11:20   Page 2 of 2