# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: mwalker | Date Created: 2/12/2010 |
| Case: 08−32514 | Form ID: pdfeoc | Total: 3 |

**Recipients of Notice of Electronic Filing:**

ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
aty      John D. Fiero      jfiero@pszjlaw.com
aty      Thomas A. Willoughby      TWilloughby@ffwplaw.com

TOTAL: 3