John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Miriam Khatiblou (CA Bar No. 178584)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>               Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF REDUCED FEE REQUEST RE: THIRD INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 31, 2009 THROUGH DECEMBER 31, 2009**<br><br>Date: February 25, 2010<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>       235 Pine Street,<br>       San Francisco, CA<br>Judge: Honorable Dennis Montali |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP ("PSZJ") hereby reduces the amount of fees requested in the *Third Interim Application of Pachulski Stang Ziehl & Jones LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 31, 2009 Through December 31, 2009* (the "Application") by $11,471.50. This reduces the amount of compensation for which interim approval is sought in the Application to

$799,119.50. The requested expenses remain the same, at $38,433.29 for a total requested of $837,552.79.

**PLEASE TAKE FURTHER NOTICE** that such reduced amount is based upon the following PSZJ adjustments:

- $4,343.50 relating to travel time between Los Angeles and San Francisco for attorney Victoria Newmark, listed on page 33 of the invoice originally attached to the Application as Exhibit C;

- $7,128.00 representing 14.4 hours of time billed by Miriam Khatiblou in connection with the Debtor's motion to retain Bonhams and, more particularly, the motion for reconsideration regarding Bonhams' buyer's premium requirement.

Dated: February 23, 2010        PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ John D. Fiero*
John D. Fiero
Kenneth H. Brown
Miriam Khatiblou
Teddy M. Kapur
Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession