Ivan L. Kallick [CA Bar No. 097649]
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-4000
Facsimile: 310-312-4224

Debtor's Special Employment Litigation Counsel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>Heller Ehrman LLP,<br>            Debtor. | Case No. 08-32514-DM<br>Chapter 11<br>**NOTICE OF HEARING ON FINAL FEE APPLICATION**<br>Date: March 25, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>       235 Pine Street, 22nd Floor<br>       San Francisco, CA<br>Judge: Honorable Dennis Montali |

**TO THE DEBTOR, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that, on March 25, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, located at 235 Pine Street, 22nd Floor, San Francisco, California, a hearing will be held with respect to the final fee application (the "Final Fee Application") of Manatt, Phelps & Phillips, LLP ("MPP") filed with the Court by MPP and listed as follows:

1

Fees and Expenses for Which Final Approval is Requested:

- A. First Interim Period (December 28, 2008 through April 30, 2009
  Fees: $133,783.87
  Expenses: $2,248.62
- B. Second Interim Period (May 1, 2009 through August 31, 2009)
  Fees: $200,558.11
  Expenses: $1,302.25
- C. Final Period (September 1, 2009 through December 31, 2009)
  Fees: $288,354.05
  Expenses: $6,422.57
- D. Total Fees and Expenses:
  Total Fees: $622,696.03
  Total Expenses: $9,973.44

Amounts Presently Unpaid:

- A. First Interim Application:
  None
- B. Second Interim Application:
  None
- C. Final Period:
  Fees: $107,972.67
  Expenses: $0

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(c), any opposition or other response to any of the Final Fee Application must be filed with the Court and served upon the undersigned not later than seven (7) days prior to the scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Final Fee Application can be obtained by contacting the undersigned, and if no timely

response or opposition to the Final Fee Application is received, the Court may enter an order granting the relief requested therein without further notice.

Dated: March 3, 2010        MANATT, PHELPS & PHILLIPS, LLP

By: _____
Ivan L. Kallick
Special Employment Litigation Counsel to
Debtor and Debtor in Possession

Ivan L. Kallick [CA Bar No. 097649]
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: 310-312-4000
Facsimile: 310-312-4224

Debtor's Special Employment Litigation Counsel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. 08-32514-DM |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

CERTIFICATE OF SERVICE

Case: 08-32514   Doc# 964   Filed: 03/03/10   Entered: 03/03/10 09:27:56   Page 4 of 9

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I, Rea Luster, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11355 West Olympic Boulevard, Los Angeles, California 90064.

On March 2, 2010, I caused to be served the

**NOTICE OF HEARING ON FINAL FEE APPLICATION**

in this action by email or by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows, as indicated on the attached service list:

*Please see attached Service List*

☑ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY EMAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 2, 2010, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Rea Luster
　　　　　　　　　　　　　　　　　　　　　　　Rea Luster

# SERVICE LIST

| **United States Trustee**<br>Donna S. Tamanaha<br>Assistant U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104<br><br>Donna.S.Tamanaha@usdoj.gov | **Counsel to BofA**<br>David Minnick, Esq.<br>Leo Crowley, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tdminnick@pillsburylaw.com<br>Leo.crowley@pillsburylaw.com | **Counsel to Citibank, N.A.**<br>Larry Peitzman, Esq.<br>Louis E. Kempinksy, Esq.<br>PEITZMAN, WEG & KEMPINSKY LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>lpeitzman@pwkllp.com<br>lkempinsky@pwkllp.com |
|---|---|---|
| **Counsel to Committee of Unsecured Creditors**<br>Steven H. Edelstein, Esq.<br>Thomas A. Willoughby, Esq.<br>EDELSTEIN FITZGERALD WILLOUGHBY & JACUZZI, LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>sfelderstein@ffwplaw.com<br>twilloughby@ffwplaw.com | **Counsel to the Debtor**<br>John D. Fiero, Esq.<br>Pachulski, Stang, Ziehl & Jones, LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111-4500<br>jfiero@pszjlaw.com | **Chambers of Judge Montali**<br>Honorable Dennis Montali<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104<br><br>**Via Federal Express** |

## PARTIES REQUESTING SPECIAL NOTICE

| **Counsel for Schiff Hardin LLP**<br>Jeffrey V. Comnisso, Esq.<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower<br>32"d Floor<br>San Francisco, CA 94105<br>jcommisson@schiffhardin.com | **Counsel for Schiff Hardin LLP**<br>Jason M. Torf, Esq.<br>SCHIFF HARDIN LLP<br>6600 Sears Tower<br>Chicago, IL 60606-6473<br>jtorf@schiffhardin.com | **Counsel for A2D, LP**<br>Michael S. Kogan, Esq.<br>ERVIN, COHEN & JESSUP LLP<br>9401 Wilshire Boulevard, 9'h Floor<br>Beverly Hills, CA 90212<br>mkogan@ecjlaw.com |
|---|---|---|
| **Counsel to State of Washington,**<br>**Dept. of Revenue**<br>Zachary Mosner, Esq.<br>Assistant Attorney General<br>BANKRUPTCY & | **Counsel to 1620 K Street Associates Limited Partnership,**<br>**A District of Columbia limited partnership**<br>Edward J. Tredinnick, Esq.<br>GREENE RADOVSKY | **Counsel to Pension Benefit Guaranty Corporation**<br>Marc S. Pfeuffer, Esq.<br>Office of the Chief Counsel<br>PENSION BENEFIT GUARANTY CORPORATION |

3

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

Case: 08-32514   Doc# 964   Filed: 03/03/10   Entered: 03/03/10 09:27:56   Page 6 of 9

| | | |
|---|---|---|
| COLLECTIONS UNIT<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 | MALONEY SHARE & HENNIGH LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>etredinnick@greeneradovsky.com | 1200 K Street, N.W.<br>Washington, DC 20005-4026<br>pfeuffer.marc@pbgc.gov<br>efile@pbgc.gov |
| **Counsel to 4350 La Jolla Village LLC**<br>Dean P. Sperling, Esq.<br>LAW OFFICES OF DEAN P. SPERLING<br>201 East Sandpointe, Suite 220<br>Santa Ana, CA 92707-57425<br>Dean@sperlinglaw.com | **Counsel for Adworks, Inc.**<br>Howard Ross, Esq.<br>SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.<br>11921 Rockville Pike, Suite 300<br>Rockville, MD 20852<br><br>hross@srgpe.com | **In-House Counsel to CB Richard Ellis, Inc.**<br>Laurie Gomez, Esq.<br>Senior Counsel - Litigation<br>CB RICHARD ELLIS, INC.<br>200 Park Avenue<br>New York, NY 10166<br>laurie.gomez@cbre.com |
| **Counsel to Creditors Darryl L. Snider and John S. Skilton**<br>Maria K. Pum, Esq.<br>HENDERSON, CAVERLY, PUM & CHARNEY LLP<br>P.O. Box 9144<br>16236 San Dieguito Rd.. Suite 4-13<br>Rancho Santa Fe, CA 92067-9144<br>mpum@hcesq.com | **Counsel for Robert G. Badal and Nancy Sher Cohen**<br>David A. Gill, Esq.<br>Richard K. Diamond. Esq.<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067<br>dgill@dgdk.com<br>rdiamond@dgdk.com | Nancy Sher Cohen, Esq.<br>PROSKAUER ROSE, LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>ncohen@proskauer.com |
| Robert G. Badal, Esq.<br>WILMERHALE, LLP<br>350 S. Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>robert.badal@wilmerhale.com | **Counsel to Constellation NewEnergy, Inc.**<br>Heather M. Forrest, Esq.<br>JACKSON WALKER L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202<br>hforrest@jw.com | Vicky Namken<br>IBM CORPORATION<br>13800 Diplomat Dr.<br>Dallas, TX 75234<br>vnamken@us.ibm.com |
| **Counsel to Constellation NewEnergy, Inc.**<br>Bruce J. Ruzinsky, Esq.<br>D. Elaine Conway, Esq.<br>JACKSON WALKER L.L.P.<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br>bruzinsky@jw.com | **Counsel for Iron Mountain Information Management, Inc.**<br>Frank F. McGinn, Esq.<br>BARTLET HACKETT FEINBERG P.C.<br>155 Federal Street, 9$^{d}$ Floor<br>Boston, MA 02110<br>ffm@bostonbusinesslaw.com | Paul Sugarman<br>1200 Sunnyhillls Road<br>Oakland, CA 94610<br>sugars5@pacbell.net |

| | | |
|---|---|---|
| econway@jw.com | | |
| Christine R. Etheridge<br>IKON FINANCIAL SERVICES<br>Bankruptcy Administration<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708<br>christine.etheridge@ikonfin.com | **Counsel for Creditor Paravue, Inc.**<br>Scott H. McNutt<br>McNUTT LAW GROUP LLP<br>188 The Embarcadero, Suite 800<br>San Francisco, CA 94105<br>smcnutt@ml-sf.com | Mr. Ken Higman<br>Sr. Default & Recovery Analyst<br>HEWLETT-PACKARD COMPANY<br>2125 E. Katella Ave., Suite 400<br>Anaheim, CA 92806<br>ken.higman@hp.com |
| Aseem S. Gupta<br>334023 $^{d}$ Street<br>San Francisco, CA 94110<br>aseemgupta@gmail.com | Monte M. Leman<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 West Olympic Boulevard<br>Los Angeles, California 90064<br>mlemann@manatt.com | Alan D. Smith<br>PERKINS COIE LLP<br>1201 Third Avenue, 48$^{`x`}$ Floor<br>Seattle, WA 98101-3099<br>ADSmith@perkinscoie.com |
| **Counsel for Oracle USA, Inc, and Oracle Credit Corporation**<br>Shawn M. Christianson, Esq.<br>BUCHALTER, NEMER, A PROFESSIONAL CORPORATION<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126<br>schristianson@buchalter.com | **Counsel for Wham-O, Creditor**<br>Chris D. Kuhner, Esq.<br>KORNFIELD, NYBERG, BENDES<br>& KUHNER PC<br>1999 Harrison Street, Ste. 2675<br>Oakland, California 94612<br>c.kuhner@Kornfieldlaw.com | **Counsel for Creditor Paravue, Inc.**<br>William Gwire<br>Ujvala Singh<br>GWIRE LAW OFFICES<br>455 Market Street, Suite 2220<br>San Francisco, CA 94105<br>gwire@gwirelaw.com<br>singh@gwirelaw.com |
| **Special Counsel to Debtor**<br>John Fox, Esq.<br>Fox, Wang & Morgan<br>160 West Santa Clara St.<br>Suite 700<br>San Jose, CA 95113<br>jfox@foxwangmorgan.com | **Attorney for Jones Day**<br>Brian O'Neill<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>boneill@jonesday.com | G. James Landon<br>Streusand & Landon, LLP<br>515 Congress Ave., Ste. 2523<br>Austin, TX 78701<br>landon@streusandlandon.com |
| **Counsel for Guckenheimer Enterprises, Inc.**<br>Jeffrey A. Snyder<br>Thoits, Love, Hershberger & McLean<br>285 Hamilton Avenue, Suite 300<br>Palo Alto, CA 94301<br>jsnyder@thoits.com | **Attorney for Jones Day**<br>Tobias S. Keller<br>JONES DAY<br>555 California Street, 26$^{`h}$ Floor<br>San Francisco, CA 94104<br>tkeller@jonesday.com | **Attorneys for Parties In Interest Douglas Schwab, Paul Sugarman & Kevin Kelly**<br>Michael D. Cooper<br>Jeffrey C. Wurms<br>WENDEL, ROSEN, BLACK & DEAN LLP<br>1111 Broadway, 24$^{'''}$ Floor |

5

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATE OF SERVICE

Case: 08-32514   Doc# 964   Filed: 03/03/10   Entered: 03/03/10 09:27:56   Page 8 of 9

| | | |
|---|---|---|
| | | Oakland, CA 94607<br>mcooper@wendel.com<br>jwurms@wendel.com |
| **Attorneys for Orrick Herrington & Sutcliffe LLP**<br><br>PAMELA PHILLIPS<br>JONATHAN W. HUGHES<br>HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br>pphillips@howardrice.com<br>jhughes@howardrice.com | | |

300064223.1