# EXHIBIT A

# EXHIBIT A

# ASSUMED CONTRACTS

(to be submitted later)