# EXHIBIT C

Case: 08-32514    Doc# 1031-3    Filed: 03/31/10    Entered: 03/31/10 18:58:45    Page 1 of 2

## In re: Heller Ehrman, LLP, Debtor
## Subordinated Former Shareholder Notes

Exhibit C

| Payee | | |
|---|---|---|
| **LastName** | **FirstName** | **Date of Note** |
| Benner | Scott | 6/20/2006 |
| Benudiz | Peter | 3/7/2008 |
| Booth | Paul | 3/13/2006 |
| Burke | Kevin | 3/7/2008 |
| Cypers | Michael | 11/3/2006 |
| Czaban | James | 10/31/2006 |
| Davis | Paul | 4/1/2008 |
| Donnelly | Thomas | 4/18/2008 |
| Dreger | Ginger | 3/25/2008 |
| Ferruolo | Stephen | 4/12/2007 |
| Gartrell | Philip | 7/30/2007 |
| Gillette | Patricia | 11/20/2007 |
| Goldberg | Stephen | 4/4/2008 |
| Granados | Patricia | 4/23/2007 |
| Guse | Kyle | 11/15/2007 |
| Isacson | John | 3/10/2006 |
| Jenett | Bruce | 3/21/2008 |
| Laub | David | 3/13/2006 |
| Livingston | Andrew | 11/20/2007 |
| Luna | Felix | 3/28/2007 |
| Mann | Margaret | 2/8/2008 |
| Marks | Jerry | 11/16/2007 |
| Rubin | Harry | 4/20/2007 |
| Sandercock | Colin | 3/13/2006 |
| Saxe | Deborah | 12/31/2005 |
| Schai | Randall | 2/6/2008 |
| Schildkraut | Marc | 5/1/2008 |
| Shulman | Carren | 4/18/2008 |
| Stoler | Jonathan | 2/4/2008 |
| Thau | Stephen | 4/4/2008 |
| Wen | Carson | 3/21/2006 |