# Exhibit G - 1

Heller Ehrman (California), a Professional Corporation;
Heller Ehrman White & McAuliffe (Washington), P.S., a Washington professional service corporation,
Heller Ehrman White & McAuliffe (Oregon), P.C., an Oregon professional corporation,
Heller Ehrman (Alaska), P.C., a professional corporation, Heller Ehrman (New York), a Professional Corporation, and
Heller Ehrman (China), P.C., a District of Columbia professional corporation.

Greenberg Traurig, LLP and the chief partner contact, Leslie D. Corwin.

Ernst & Young.

Covington & Burling LLP

Ronald A. Katz

Technology Licensing LP; and

A2D Licensing Technology LP

Bank of America NA

Citibank NA

List of Heller Ehrman, LLP shareholders ("Heller Shareholders") attached hereto.

Additional law firms who may be adverse in potential future claims, attached hereto.

| PC | Shareholder |
|---|---|
| WA | Alaily, Rima |
| CA | Alexander, Paul |
| CA | Andrews, Craig |
| NY | Angland, Joseph |
| CA | Appelman, Daniel |
| CA | Armao, Joseph |
| CA | Armstrong, Aaron |
| NY | Arnold, Joy |
| CA | Aronow, Geoffrey |
| London | Asher, Robert |
| CA | Azcuenaga, Mary |
| CA | Badal, Robert |
| NY | Bailey, Ed |
| WA | Barash, Louisa |
| CA | Barringer, William |
| WA | Batalov, Leo |
|  | Bautista, John |
| CA | Bell, Bernard |
| NY | Ben-Ami, Andrew |
| CA | Benassi, John |
|  | Benner, Scott |
| CA | Benudiz, Peter |
| CA | Benvenutti, Peter |
| WA | Berman, Stan |
| WA | Bjerke, Bruce |
| CA | Blankenheimer, Alan |
| CA | Blawie, Elias |
| CA | Blears, Norman |
| CA | Blum, Lora |
| CA | Bomse, Stephen |
|  | Booth, Paul |
| WA | Brandt-Erichsen, Svend |
| CA | Brody, Sara |
| CA | Brosnahan, Brian |
| CA | Brown, George |
| CA | Browne, Maureen |
| CA | Brownstein, David |
| CA | Bruner, Becky |
| NY | Buehler, Robert |
| NY | Burke, Kevin |
| CA | Burningham, Ross |
| CA | Burns, Timothy |
| CA | Burnstein, Michael |
| CA | Byrnes, Andrew |
| CA | Caro, Howard |
| CA | Carothers, Jo |
| China | Cha, Joseph |
| WA | Charles, Pamela |
| CA | Charlson, Michael |
| CA | Chernof, Kenneth |
| CA | Chiu, Johnny |
| CA | Cohen, Brent |
| WA | Cohen, Matthew |
| CA | Cohen, Michael |
| CA | Cohen, Nancy |
| CA | Cohen, Russell |
| CA | Cole, Adam |
| NY | Collins, Kevin |
| NY | Crupi, Karen M. |
| NY | Culligan, Kevin J. |
| CA | Curtis, Jr., Charles |
| WA | Danelo, Peter |
| CA | Davis, Paul |
| NY | Davis, Stephen |
| CA | Deming, Renee |
| CA | Dempsey, Karen |
| CA | DeNatale, Richard |
| CA | Dick, Brett |
| CA | Dixon, Megan |

Heller Hrman LLP Shareholder Listing                              ATTORNEY WORK PRODUCT

| PC | Shareholder |
|---|---|
| CA | Donnelly, Thomas |
| WA | Dotten, Michael |
| China | Downey, Martin |
| NY | Downs, Paul |
| CA | Dreger, Ginger |
| CA | Dunn, Christopher |
| WA | Dunne, Daniel |
| CA | Durling, James |
| London | Eaton, Richard |
| NY | Edelman, Daniel |
| WA | Erickson, Sonya |
| CA | Faber, Mike |
| CA | Fagan, Joseph |
| WA | Feldman, Leonard |
| CA | Feldstein, Steven |
| CA | Ferruolo, Stephen |
| CA | Fiala, Marie |
| CA | Fram, Robert |
| NY | Fredericks, Jr., Wesley |
| WA | Freeman-Gleason, Alison |
| CA | Freiberg, Charles |
| CA | Fuller, Chad |
| WA | Gamsky, Michael |
| CA | Gartrell, Garth |
| CA | Gavenman, Jon |
| CA | Gibney, Jr., Robert |
| CA | Gibson, Nora |
| CA | Gillette, Patricia |
| WA | Glass, Todd |
| NY | Glusky, Shon |
| CA | Goldberg, Stephen |
| CA | Goldman, Beth |
| CA | Goldstein, David |
| NY | Goldstein, Richard |
| CA | Goodwin, David |
| CA | Granados, Patricia |
| WA | Greer, George |
| CA | Gregoratos, Barbara |
| London | Grew, Chris |
| CA | Grimm, Richard |
| CA | Guse, Kyle |
| CA | Gussis, Chrysanthe |
| CA | Gutierrez, Heidi |
| CA | Halbe, Shai |
| China | Hall-Jones, David |
| NY | Hanish, John |
| WA | Hanley, Jr., John |
| CA | Harth, David |
| CA | Haskett, Christine |
| CA | Haslam, Robert |
| CA | Hatch, Marcia |
| CA | Hawk, Robert |
| CA | Hayden, Jonathan |
| NY | Hays, James |
| CA | Hecker, Peter |
| CA | Hendricks, Sharon |
| CA | Henneberry, Ted |
| CA | Hixson Jr., Ray |
| CA | Hobel, Lawrence |
| CA | Hoxie, Timothy |
| CA | Hubbell, Robert |
| WA | Hulse, Brian |
| CA | Hurst, Annette |
|  | Isacson, John |
| CA | Jacobs, Alan |
| CA | Jaeger, Chuck |
| CA | Jargiello, David |
| CA | Jenett, Bruce |
| CA | Johnson, Carl |

| PC | Shareholder |
|---|---|
| CA | Jones, David |
| NY | Joyce, Ed |
| CA | Jurata, Jahn |
| CA | Kagnoff, Michael |
| CA | Kaufman, Rick |
| CA | Keeshan, Lawrence |
|  | Keller, Donald |
| WA | Kelly, Kevin |
| CA | Kim, Ted |
| NY | Kirschner, Kenneth |
| CA | Kjelland, Kurt |
| CA | Klein, David |
| CA | Kleinfeld, David |
| NY | Koppel, Steven |
| NY | Kulka, Holly |
| CA | Kumar, Johnny |
| CA | Landry, John |
| CA | Larrabee, Matt |
|  | Laub, David |
| CA | Leal, Heather |
|  | Lee, David |
| CA | Leskovsek, Natasha |
| CA | Levin, Barry |
| China | Li, Ying |
| CA | Livingston, Andrew |
| NY | Loacker, Lynn |
| China | Luk, Simon |
| WA | Luna, Felix |
| WA | MacCormack, Scott |
| CA | Maeder, Gary |
| CA | Mahaley, Peri |
| CA | Maloney, Teresa |
| WA | Mangan, Brendan |
| CA | Mann, Margaret |
| NY | Marcus, Jeffrey |
| CA | Markman, Michael |
| CA | Marks, Jerry |
| NY | Martin, Richard |
| CA | Martiniak, Chris |
| NY | McLaughlin, Joseph |
| CA | McLean, Anna |
| CA | Medearis, Mark |
| CA | Miles, Judy |
| CA | Miller, Keith |
| CA | Miller, Sheryl |
| CA | Milstein, Hal |
| CA | Mohler, Paul |
| CA | Moore, Alfred |
|  | Morrissey, Michael |
| CA | Murr, Ryan |
| CA | Myers, Marty |
| CA | Nadler, Carl |
| WA | Nellermoe, Leslie |
| CA | Neuman, Bill |
| CA | Newton, Steve |
| CA | Nichols, Martin |
| WA | Niemann, Angela |
| CA | O'Dowd, Sarah |
| CA | Olson, James |
| WA | Palmer, Jonathan |
| CA | Parker III, Warrington |
| CA | Parker, Richard |
| WA | Parris, Mark |
| CA | Paulson, David |
| CA | Paye, Amy |
| WA | Payson, Kenneth |
| London | Penfold, Richard |
| London | Penwarden, Struan |
| WA | Percival, Donald |

Heller Hrman LLP Shareholder Listing                                                                                    ATTORNEY WORK PRODUCT

| PC | Shareholder |
|---|---|
| CA | Pers, Jessica |
| WA | Phillips, Lori |
| China | Phillips, Michael |
| CA | Pierson, Kit |
| CA | Plimack, Michael |
| CA | Plumer, Mark |
| CA | Popovic, Neil |
| CA | Porter, Daniel |
| London | Prout, Christopher |
| WA | Pym, Bruce |
| NY | Reid, Russell |
| CA | Rennert, Stuart |
| CA | Rewinski, Jon |
| WA | Rheaume, Warren |
| CA | Rice, Dale |
| WA | Robertson, John |
| NY | Rocco, Victor |
| CA | Rosenfeld, Bob |
| NY | Rosenkranz, Josh |
| CA | Rubin, Harry |
|  | Ruffin, Edmund |
| CA | Rugen, Michael |
| WA | Russell, Bernard |
| CA | Ryan, Nicole |
| NY | Saber, Bruce |
|  | Sandercock, Colin |
| CA | Schai, Randall |
| CA | Schildkraut, Marc |
| CA | Schwab, Douglas |
| China | Seddon, Nicholas |
| CA | Sellers, John |
| CA | Shapland, David |
| CA | Sheen, Raymond |
| CA | Shepard, Michael |
| CA | Shuldberg, Kirt |
| NY | Shulman, Carren |
| CA | Siemens, Rene |
| CA | Silverman, Dan |
| CA | Skilton, John |
| CA | Smith, Brian |
| CA | Smutny, David |
| CA | Snider, Darryl |
| CA | Sobin, Sturgis |
| CA | Speyer, James |
| NY | Stoler, Jonathan |
| CA | Stoll, Christopher |
| CA | Stuart, Cole |
| CA | Subhedar, Nitin |
| CA | Sugarman, Paul |
| NY | Templeman, Blaine |
| CA | Thacker, Jeff |
| CA | Thau, Stephen |
| CA | Thayer, Patricia |
| CA | Thompson, Carol Lynn |
| WA | Thorp, Michael |
| CA | Titelbaum, Dan |
|  | Tobiason, Thomas |
| NY | Toner, Kevin |
| CA | Tonsfeldt, Steven |
| AK | Torgerson, James |
| CA | Trodella, Robert |
| CA | Trubitt, Hayden |
| CA | Tucker, Barry |
| CA | Ulin, John |
| CA | Umberger, Michelle |
| CA | Underwood-Muschamp, Laur |
|  | Van Ligten, Glen |
| CA | Van Zant, Amy |
| NY | Vitiello, Salvatore |

Heller Hrman LLP Shareholder Listing    ATTORNEY WORK PRODUCT

| PC | Shareholder |
|---|---|
| CA | Waldow, Roburt |
| WA | Watkins, Samuel |
| CA | Weeks, Mark |
| CA | Weise, Steven |
| CA | Weiss, Laurence |
| CA | Wells, Vanessa |
| China | Wen, Carson |
| CA | Westrich, Scott |
| CA | Windfeld-Hansen, Mark |
| CA | Wolff, Jessica |
| WA | Wrenn, Michael |
| NY | Yakren, Aviva |
| China | Yang, Ing Long |
| CA | Yee, Mavis |
| CA | Young, Stanley |
| CA | Zhu, Jonathan |
|  | Zuklie, Mithcell |
| NY | Zweifach, Lawrence |

Heller Ehrman, LLP Attorney Work Product
Potential Jewel v Boxer defendants

Arnold & Porter
Baker & McKenzie
Blank Rome
Brown Rudnick
Brownstein Hyatt Farber Schreck
Cooley Godward
Covington & Burling
Davis Wright Tremaine
Day Pitney
Deckert
Dewey & LeBoeuf
Foley & Lardner
Foster Pepper
Gibson Dunn
Goodwin Procter
Gunderson Dettmer
Hellman & Friedman
Hogan & Hartson
Howrey LLP
Jones Day
Kasowitz Benson
Kim Law Advisors
Law Offices of Ray Hixson
Locke, Lord Bissel & Liddell
Luce Forward
Marten Law Group
Milbank
Montgomery & Hansen
Orrick, Herrington & Sutcliffe
Patton Boggs
Paul Hastings
Perkins Coie
Pillsbury Winthrop Shaw
Proskauer Rose
Schiff Harden
Sheppard Mullin
Sidley Austin LLP
Sonnenschein Nath & Rosenthal
Stoel Rives
Stradling Yocca Carlson & Rauth
Summit Law Group
Tarter Krinsky & Drogin
The Law Office of John W. Wolfe
The Law Offices of Paul B. Mohler PLC
Virtual Law Partners
White & Case
White & Lee
Wilmer Hale

Wilson Sonsini
Winston & Strawn

**Attorney Work Product**