Entered on Docket
April 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: April 02, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| John D. Fiero (CA Bar No. 136557) | |
| Kenneth H. Brown (CA Bar No. 100396) | |
| Miriam P. Khatiblou (CA Bar No. 178584) | |
| Teddy M. Kapur (CA Bar No. 242486) | |

PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
mkhatiblou@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>                Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY BZRESOURCES AS SPECIAL DOCUMENT REVIEW COUNSEL** |

The Court has considered the *Application to Employ BZresources as Its Special Electronic Document Review Counsel* (the "Application") filed by the Debtor and Debtor-in-Possession, Heller Ehrman LLP ("Debtor") and the declaration of John Barkto in support thereof, both filed on or about March 25, 2010. It appears that BZ Resources (the "Firm"), the litigation support division of Bartko Zankel Tarrant & Miller, does not hold or represent any interest adverse to the estate with respect to the matters upon which it will be engaged, and that its employment is in the best interests of the estate. It further appears that due and sufficient notice of the Application has been given under the circumstances. Based on the record before the Court, and after due deliberation and sufficient cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

2. The Debtor is authorized to retain and employ the Firm as its special electronic document review counsel. The Firm's retention is authorized pursuant to section 327(e) of title 11 of the United States Code (the "Bankruptcy Code") on an hourly fee basis on the terms and conditions set forth in the Application and engagement letter.

3. The Debtor is authorized to compensate the Firm in accordance with sections 330 and 331 of the Bankruptcy Code and pursuant to the notice and objection procedures set forth in the Debtor's *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* which was approved by the Court on April 24, 2009, as an expense of administration, in such amounts and at such times as the Court may hereafter determine and allow.

4. The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustee shall apply to this order.

**END OF ORDER**

| | **COURT SERVICE LIST** |
|---|---|
| 1 | |
| 2 | |
| 3 | John Bartko, Esq.<br>BZ Resources<br>900 Front Street, Suite 300<br>San Francisco, CA 94111 |