| | |
|---|---|
| 1 | STEVEN H. FELDERSTEIN, State Bar No. 056978 |
| | THOMAS A. WILLOUGHBY, State Bar No. 137597 |
| 2 | FELDERSTEIN FITZGERALD |
| | WILLOUGHBY & PASCUZZI LLP |
| 3 | 400 Capitol Mall, Suite 1450 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 329-7400 |
| | Facsimile: (916) 329-7435 |

Attorneys for The Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 08-32514 |
| HELLER EHRMAN LLP, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION (1) FOR AUTHORITY TO EMPLOY MCGRANE GREENFIELD LLP AS SPECIAL LITIGATION COUNSEL; AND (2) TO APPROVE A COMBINATION FLAT FEE AND CONTINGENT FEE AGREEMENT UNDER SECTION 328 OF THE BANKRUPTCY CODE** |
| | [Order Shortening Time (OST) Granted on April 5, 2010] |
| | Date: April 13, 2010 |
| | Time: 1:30 p.m. |
| | Place: 235 Pine Street |
| | San Francisco, CA |
| | Judge: Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee") has filed a Motion (1) for Authority to Employ McGrane Greenfield LLP ("McGrane") as Special Litigation Counsel; and (2) to Approve a Combination Flat Fee and Contingent Fee Agreement (the "Fee Agreement") under Section 328 of the Bankruptcy Code.

The Motion requests authority to employ McGrane as its special litigation counsel on a

combination flat fee and contingency fee basis, to represent the Committee on behalf of the estate of Heller Ehrman LLP (the "Bankruptcy Estate") in the prosecution of claims for money damages against Bank of America, N.A. and Citibank, N.A. (together, the "Banks") in connection with Adversary Proceeding No. 09-03071 (the "Bank Case") now pending in connection with the above-captioned main bankruptcy case

The Motion further requests the Court approve the payment of McGrane under a combination flat and contingent fee as set forth below:

**FLAT FEE.**

The Committee shall pay McGrane a flat fee of one million dollars within 14 days of the effective date of the Fee Agreement for all legal services rendered, subject to the further payment of a Contingent Fee as described below.

**CONTINGENT FEE.**

Subject to section 328(a) of the Bankruptcy Code, the Committee shall pay McGrane contingent compensation (the "Contingent Fee") equal to five percent (5%) of the amount of any consideration, however described, received by the Committee on account of the Bank Case less any monies previously reimbursed to McGrane by the Committee for costs and expenses. The consideration for purposes of calculating the Contingent Fee in the form of reduced exposure by the Committee on account of claims made against the Bankruptcy Estate in the Bank Case shall be limited to the *pro rata* benefit to the Bankruptcy Estate of any reduction of unsecured claims to reflect the net benefit to the Bankruptcy Estate. The Contingent Fee shall be paid at the conclusion of the prosecution and defense of the Bank Case and certain other claims pursuant to the proposed Plan of Reorganization.

**PLEASE TAKE FURTHER NOTICE** that on April 13, 2010, at 1:30 p.m., or as soon thereafter as the matter may be heard, a hearing on the Motion will be held in the Courtroom of the Honorable Dennis Montali, United States Bankruptcy Court, 235 Pine Street, 22nd Floor, San Francisco, California.

**PLEASE TAKE FURTHER NOTICE** that any objection to the relief requested in the Motion shall be filed and served for receipt by Monday, April 12, 2010, at 1:00 p.m., provided,

1 however, that the Banks may file any objection or request for a continuance (for cause shown) by
2 9:00 a.m. on April 13, 2010, with chambers copies delivered by the same deadline.
3     **PLEASE TAKE FURTHER NOTICE** that if no timely response or opposition to the
4 Motion is presented at the time of the hearing on the Motion, the Court may enter an order
5 granting the relief requested in the Motion without further notice and without a hearing.
6 Dated: April 5, 2010

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By _____*/s/ Thomas A. Willoughby*_____
    Thomas A. Willoughby
    Attorneys for the Official Committee
    of Unsecured Creditors

Notice of Hearing on Motion for Authority
to Employ Special Litigation Counsel
-3-
Case: 08-32514    Doc# 1050    Filed: 04/05/10    Entered: 04/05/10 16:09:33    Page 3 of 3