1  WILLIAM MCGRANE [057761]
   CHRISTOPHER D. SULLIVAN [148083]
2  MCGRANE GREENFIELD LLP
   1 Ferry Building Suite 220
3  San Francisco, CA 94111
   Telephone:   (415) 283-1776
4  Fax:         (415) 283-1777
   Email:       wmcgrane@mcgranegreenfield.com
5
   Proposed Special Litigation Counsel for the Official Committee of
6  Unsecured Creditors

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
                                    | Case No. 08-32514 DM
12  In re:
                                    | Chapter 11
13  HELLER EHRMAN LLP,
                                    | **NOTICE OF APPEARANCE,**
14         Debtors.                 | **REQUEST FOR SPECIAL NOTICE**
                                    | **AND INCLUSION ON MAILING LIST**
15

16

17

18

19

20

21

22

23

24

25

26

1    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy

2    Procedure 2002(g) and (i), and Federal Rule of Bankruptcy Procedure 3017(a),

3    Proposed Special Litigation Counsel for the Official Committee of Unsecured

4    Creditors in the above-captioned bankruptcy case, hereby requests all matters

5    which must be notice to creditors, any creditors' committee or other parties in

6    interest [Rules 2002(a), (b) and (c)], whether sent by the Court, the Debtors, or any

7    other party in this matter, and requests that copies of any plan or disclosure

8    statement [Rule 3017], be sent to the persons at the addresses set forth below:

9
                            **William McGrane**
10                         **Christopher D. Sullivan**
                           **Maureen A. Harrington**
11                        **MCGRANE GREENFIELD LLP**
                          **1 Ferry Building, Suite 220**
12                         **San Francisco, CA 94111**
                            **Tel: (415) 283-1776**
13                          **Fax: (415) 283-1777**
                     **E-mail: csullivan@mcgranegreenfield.com**
14                       **wmcgrane@mcgranegreenfield.com**
                         **mharrington@mcgranegreenfield.com**
15

16

17    PLEASE TAKE FURTHER NOTICE that the foregoing request includes

18    notices of any plan, disclosure statement, application, motion, petition, pleading,

19    request, complaint, or demand, whether formal or informal, whether written or

20    oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph,

21    telex, or otherwise, which affects, or seek to affect, in any way the interest of the

22    interested parties, creditors, the Debtors' interest, the rights or interests of the

23    Official Committee of Unsecured Creditors, or any other person's or entity's right

24    of interest to the estate.

25

26

Notice of Appearance, Request for Special Notice and for Inclusion on Mailing List

| | | |
|---|---|---|
| 1 | Dated: April 6, 2010 | MCGRANE GREENFIELD LLP |
| 2 | | |
| 3 | | By:   /s/ Christopher D. Sullivan |
| | |       Christopher D. Sullivan |
| 4 | | |
| 5 | | Proposed Special Litigation Counsel for the Official Committee of Unsecured |
| 6 | | Creditors |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

3

Notice of Appearance, Request for Special Notice and for Inclusion on Mailing List