

1  John D. Fiero (CA Bar No. 136557)
   Kenneth H. Brown (CA Bar No. 100396)
2  Teddy M. Kapur (CA Bar No. 242486)          **Signed and Filed: April 26, 2010**
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA  94111-4500
4  Telephone: 415/263-7000
   Facsimile:  415/263-7010                     _____
5                                               **DENNIS MONTALI**
   E-mail: jfiero@pszjlaw.com                   **U.S. Bankruptcy Judge**
6          kbrown@pszjlaw.com               _____
          tkapur@pszjlaw.com
7

8  Attorneys for Heller Ehrman LLP,
   Debtor and Debtor in Possession

9              **UNITED STATES BANKRUPTCY COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12  In re:                                      Case No.: 08-32514

13  Heller Ehrman LLP,                          Chapter 11

14                        Debtor.               **ORDER APPROVING SALE OF**
                                                **FURNITURE, FIXTURES,**
15                                              **EQUIPMENT AND ARTWORK TO**
                                                **FORMER WASHINGTON, D.C.**
16                                              **LANDLORD FREE AND CLEAR OF**
                                                **LIENS, CLAIMS, ENCUMBRANCES**
17                                              **AND OTHER INTERESTS**

18                                              Date:   April 23, 2010
                                                Time:   10:30 a.m.
19                                              Place:  U. S. Bankruptcy Court
                                                        235 Pine Street, 22nd Floor
20                                                      San Francisco, CA
                                                Judge:  Honorable Dennis Montali
21

22         THIS MATTER came before the Court upon consideration of the *Motion to Sell Furniture,*

23  *Fixtures, Equipment and Artwork Free and Clear of Liens, Claims, Encumbrances and Other*

24  *Interests* (the "Motion") [Docket No. 1068], filed on April 14, 2010 by Heller Ehrman LLP (the

25  "Debtor") for entry of an order pursuant to Bankruptcy Code sections 363(b) and 363(f)(4)

26  approving the Debtor's transfer of furniture, fixtures, equipment and artwork (the "Personal

27  Property") located at 1717 Rhode Island Avenue, N.W., Washington, D.C. free and clear of liens,

28  claims and interests as more specifically set forth below.  Appearances were made as reflected in

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

the record.  Based upon the Court's review and consideration of the Motion, the other records and pleadings filed in the Debtor's Chapter 11 case, and the statements of counsel at the hearing on the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1.     The Motion is GRANTED;

2.     The Debtor is authorized to execute the Bill of Sale (the "Bill of Sale"), which is attached as **Exhibit 1** to the *Supplemental Declaration of Teddy M. Kapur in Support of Motion to Sell Furniture, Fixtures, Equipment and Artwork Free and Clear of Liens, Claims Encumbrances and other Interests* [Docket No. 1083], filed on April 21, 2010;

3.     Pursuant to 363(f) of the Bankruptcy Code, the Debtor's delivery of the Bill of Sale to MEPT St. Matthews LLC (the "Former Landlord") shall vest in the Former Landlord all right, title, and interest of the Debtor and the bankruptcy estate to the Personal Property, free and clear of the liens, claims, encumbrances, and other interests, if any, of the following parties:  Bank of America, NT&SA, for itself or as agent for CitiBank, N.A.; Williams Lea, Inc.; 333 Bush Associates NF L.P, and its successor, Brookfield Real Estate Financial Partners LLC; Columbia Center Property LLC; and Silicon Valley Bank, and/or parties who have filed Requests for Special Notice in the bankruptcy case (collectively, the "Affected Interests");

4.     This Order is and shall be effective as a determination that, upon and subject to the delivery of the Bill of Sale by the Debtor, all Affected Interests have been and hereby are adjudged and declared to be unconditionally released as to the Personal Property;

5.     The Former Landlord has not agreed to assume any liabilities of the Debtor by virtue of its acquisition of the Personal Property;

6.     The Debtor is authorized to execute any such releases, termination statements, assignments, consents or instruments on behalf of any third party, including holders of any liens that are necessary or appropriate to effectuate or consummate the transactions contemplated by the Agreement to Acquire Title to Personal Property Located at 1717 Rhode Island Avenue, N.W., Washington, D.C. and Settlement Agreement (the "Settlement Agreement"), which is attached as **Exhibit A** to the *Declaration of Peter J. Benvenutti in Support of Motion to Sell Furniture,*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

ORDER APPROVING SALE OF FF&E AND ARTWORK TO
FORMER WASHINGTON, D.C. LANDLORD
DOCS_LA:219021.1
2

Case: 08-32514    Doc# 1094    Filed: 04/26/10    Entered: 04/27/10 09:52:02    Page 2 of 4

*Fixtures, Equipment and Artwork Free and Clear Of Liens, Claims, Encumbrances and Other Interests*; and

       7.      The Settlement Agreement and any related documents or other instruments may be modified, amended or supplemented by the parties thereto, in a writing signed by both parties without further order of the Court, provided that such modification, amendment or supplement does not have a material adverse effect on the Debtor's bankruptcy estate.

* * * END OF ORDER * * *

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

1 **COURT SERVICE LIST**

2 **Counsel for 333 Bush Associates**
Michael P. Brody, Esq.

3 Darlene Haun, Esq.
Ellman Burke Hoffman & Johnson

4 601 California Street, 19th Floor
San Francisco, CA 94108

5

**Counsel for 333 Bush Associates**

6 Paul E. Paradis
101 California Street, Suite 1000

7 San Francisco, CA 94111

8 **Counsel for Citibank**
Jonathan Landers

9 Gibson Dunn & Crutcher LLP
200 Park Avenue

10 New York, NY 10166-0193

11 **Counsel for Columbia Center Property LLC**
Vincent M. Coscino, Esq.

12 Michael S. Greger, Esq.
Allen Matkins Leck Gamble Mallory & Natsis LLP

13 1900 Main Street, Fifth Floor
Irvine, California 92614-7321

14

**Silicon Valley Bank**

15 Diligenz, Inc.
Attn: Bank Manager

16 3003 Tasman Drive
Santa Clara, CA 95054

17

**Counsel for Williams Lea, Inc.**

18 Charles A. Malloy
Arnold & Porter LLP

19 555 Twelfth Street, NW
Washington, DC 20004-1206

20

**Counsel for Williams Lea, Inc.**

21 Deena Williamson
1400 K Street NW, Suite 800

22 Washington, DC 20005

23

24

25

26

27

28