# Exhibit F

To Joint Plan of Liquidation

HELLER EHRMAN LLP
TOP THIRTY FORMER SHAREHOLDERS                                  Exhibit F

# HELLER EHRMAN LLP
# TOP THIRTY FORMER SHAREHOLDERS

Exhibit F

Alexander, Paul
Blawie, Elias
Blears, Norman
Bomse, Stephen
Culligan, Kevin J.
DeNatale, Richard
Eaton, Richard
Fram, Robert
Gillette, Patricia
Goodwin, David
Grew, Chris
Haslam, Robert
Henneberry, Ted
Hobel, Lawrence
Hubbell, Robert
Jacobs, Alan
Keeshan, Lawrence
Kirschner, Kenneth
Larrabee, Matt
Levin, Barry
Luk, Simon
McLaughlin, Joseph
Medearis, Mark
Palmer, Jonathan
Penwarden, Struan
Prout, Christopher
Pym, Bruce
Rosenfeld, Bob
Smith, Brian
Weeks, Mark