# Exhibit I

To Joint Plan of Liquidation

LIST OF MALPRACTICE INSURANCE CARRIERS

| Carrier | Address | City | State | Zip Code | Date | Policy # |
|---|---|---|---|---|---|---|
| ACE/(BERMUDA) | c/o Bowring Marsh, 8 Wesley St., Craig Appin House, Hamilton HM JX, Bermuda | | | | 4/15/06-4/15/07 | MPC-11519DB |
| ACE/(BERMUDA) | | | | | 4/15/07-4/15/08 | MPC-11724DB |
| ACE/BERMUDA | | | | | 4/15/06-4/15/07 | MPC-11518DB |
| ACE/BERMUDA | | | | | 4/15/07-4/15/08 | MPC-11723DB |
| ACE/BERMUDA | | | | | 4/15/08-4/15/09 | MPC 11906DB |
| AIG XS LIAB INS ONTL LTD | | | | | 4/15/08-4/15/09 | 7536312 |
| AWAC/BERMUDA | | | | | 4/15/06-4/15/07 | C003408 / 003 |
| AWAC/BERMUDA | | | | | 4/15/07-4/15/08 | C003408 / 004 |
| AWAC/BERMUDA | | | | | 4/15/08-4/15/09 | C003408 / 005 |
| CAIL/(BERMUDA) | | | | | 4/15/06-4/15/07 | 3310-14-40 |
| Chicago Insurance Co. | | | | | 4/15/06-4/15/07 | MPC-2000024 |
| Columbia Casualty Co. | c/o C N A Pro, 40 Wall Street - 8th Floor | New York | NY | 10005 | 4/15/06-4/15/07 | ES-198277472 |
| Columbia Casualty Co. | | | | | 4/15/07-4/15/08 | ES-198277472 |
| Executive Risk Indemnity | 82 Hopmeadow Street | Simsbury | CT | 06070-7683 | 4/15/07-4/15/08 | 8208-2562 |
| Executive Risk Indemnity/Chubb | | | | | 4/15/06-4/15/07 | 6502-5845 |
| Executive Risk Indemnity/Chubb | | | | | 4/15/07-4/15/08 | 6804-7822 |
| Executive Risk Indemnity/Chubb | | | | | 4/15/08-4/15/09 | 6804-7822 |
| Gen. Security Ind of AZ | One Seaport Plaza, 199 Water Street, Suite 2100 | New York | NY | 10038-3256 | 4/15/08-4/15/09 | 2008 10F130088 (1D) |
| Gen. Security Indemnity Co. of AZ (GSINDA/SCOR) | | | | | 4/15/06-4/15/07 | 25-L42000069-06 B |
| Gen. Security Indemnity Co. of AZ (GSINDA/SCOR) | | | | | 4/15/07-4/15/08 | F130088 C |
| Illinois Union/ACE USA | c/o ACE USA, 140 Broadway, 40th Floor | New York | NY | 10005 | 4/15/06-4/15/07 | XEO G21643877 003 |
| Illinois Union/ACE USA | | | | | 4/15/07-4/15/08 | XEO G21643877 004 |
| Illinois Union/ACE USA | | | | | 4/15/08-4/15/09 | XEO G21643877 005 |
| Interstate Fire & Casualty | c/o Marsh Risk & Ins. Services, 345 California Street, Ste. 1300 | San Francisco | CA | 94104-2679 | 4/15/07-4/15/08 | MPC-2000024 |
| Interstate Fire & Casualty | | | | | 4/15/08-4/15/09 | MPC-1000005 |
| Lexington/MPC | 100 Summer Street, 19th Floor | Boston | MA | 02110-2103 | 4/15/06-4/15/07 | 359-8662 |
| Lexington/MPC | | | | | 4/15/06-4/15/07 | 359-8663 |
| Lexington/MPC | | | | | 4/15/07-4/15/08 | 390-5751 |
| Lexington/MPC | | | | | 4/15/07-4/15/08 | 390-5752 |
| Lexington/MPC | | | | | 4/15/08-4/15/09 | 087-2474 |
| Lexington/MPC | | | | | 4/15/08-4/15/09 | 087-2475 |
| Lexington/Western Risk | | | | | 4/15/06-4/15/07 | 650-1725 |
| Lexington/Western Risk | | | | | 4/15/07-4/15/08 | 650-1957 |
| Lexington/Western Risk | | | | | 4/15/08-4/15/09 | 650-2204 |
| Liberty Mutual Ins. Europe Ltd. | c/o Marsh USA Inc., 1166 Avenue of the Americas, 37th Floor | New York | NY | 10036-2774 | 4/15/06-4/15/07 | QF015506 |
| Liberty Mutual Ins. Europe Ltd. | | | | | 4/15/06-4/15/07 | QF015606 |
| Liberty Mutual Ins. Europe Ltd. | | | | | 4/15/07-4/15/08 | QF010407 |
| Lloyds/Syndicate BRT 2987 | One Lime Street, London EC3M 7HA, United Kingdom | | | | 4/15/06-4/15/07 | QF015606 |
| Lloyds/Syndicate BRT 2987 | | | | | 4/15/07-4/15/08 | QF010407 |
| Lloyd's ACE | | | | | 4/15/08-4/15/09 | QF010307 |
| Lloyd's/ACE | | | | | 4/15/08-4/15/09 | QF016808 (5) |
| Lloyd's/BAR1955 | | | | | 4/15/08-4/15/09 | QF016708 (6) |
| Lloyd's/Syndicate 2000 | | | | | 4/15/06-4/15/07 | QF015406 |
| Lloyd's/Syndicate 2000 | | | | | 4/15/07-4/15/08 | QF010207 |
| Lloyd's/Syndicate 2488 | | | | | 4/15/06-4/15/07 | QF015506 |
| Nautilus Insurance Company | c/o Marsh USA Inc., 1166 Avenue of the Americas, 37th Floor | New York | NY | 10036-2774 | 4/15/08-4/15/09 | PLX-1000204 |
| Nutmeg Insurance Co. | c/o The Hartford, 2 Park Avenue 5th Floor (at 32nd Street) | New York | NY | 10016 | 4/15/06-4/15/07 | PF 0224433 |
| Nutmeg Insurance Co. | | | | | 4/15/07-4/15/08 | PF 0224433 |
| Nutmeg Insurance Co. | | | | | 4/15/08-4/15/09 | PF 0224433 |
| SR Intl Business/Swiss Re | Mythenquai 50/60, CH-8022 Zurich, Switzerland | | | | 4/15/06-4/15/07 | 39391.1.5 |

LIST OF MALPRACTICE INSURANCE CARRIERS

| Carrier | Address | City | State | Zip | Period | Policy # |
|---|---|---|---|---|---|---|
| SR Intl Business/Swiss Re | | | | | 4/15/06-4/15/07 | 35935.1.9 |
| SR Intl Business/Swiss Re | | | | | 4/15/07-4/15/08 | 39391.1.8 |
| SR Intl Business/Swiss Re | | | | | 4/15/07-4/15/08 | 35935.1.12 |
| St. Paul Surplus Lines Ins. Co. | 385 Washington Street | St. Paul | MN | 55102 | 4/15/06-4/15/07 | LX00600355 |
| STARR XS/BERMUDA | | | | | 4/15/06-4/15/07 | 6212-082 |
| STARR XS/BERMUDA | | | | | 4/15/07-4/15/08 | 629-8366 |
| Swiss Re International SE | 2A, rue Albert Borschette, L-1246 Luxembourg, R.C.S. Luxembourg B 134-553 | | | | 4/15/08-4/15/09 | 39391.1 |