# Exhibit J

To Joint Plan of Liquidation

# MICHAEL F. BURKART

5150 Fair Oaks Blvd., #101-185
Carmichael, CA  95608
Telephone (916) 485-0412
Mobile (916) 952-7241
E-mail: burkart@cwo.com

**PROFESSIONAL HISTORY**

July, 1995
to
Present

**CONSULTANT, FIDUCIARY & TRUSTEE IN BANKRUPTCY,** Sacramento, CA.

*Free-lance consultant.* Specializing in management, financial and banking services; liquidation analysis; general business advisory; project management; litigation support and expert witness in debt renegotiation, credit understanding and commercial bank management. Serving as a *private trustee* for trusts and estates. Serving as a court-appointed *fiduciary, special administrator, referee* and *receiver* for property liquidations and distributions. Presently serving as a *Chapter 7 Panel Trustee* and *Chapter 11 Trustee* in the Eastern District of California.

October, 1996
to
June, 1997

**MERCANTILE BANK**, Sacramento, California. (Acquired by Sierra West Bank)

*President & Chief Executive Officer.*
Responsible for overall management of this $50 million Bank; facilitated planning process for the Board of Directors to implement a strategic alliance or merger. Successfully negotiated the sale of this Bank to SierraWest Bancorp and the subsequent merger into SierraWest Bank at a multiple of 1.4 times equity. This transaction closed at the end of June, 1997. Significantly increased earnings in 1996 while maintaining compliance under an outstanding MOU and reduced non-performing assets to enhance selling price.

October, 1993
to
July, 1995

**BUSINESS & PROFESSIONAL BANK**, (Formerly the Bank of Woodland) Woodland, California.   (Acquired by U. S. Bank of California)

*President & Chief Executive Officer, Member of the Board of Directors.*
Responsible for overall management of this $225 million Bank; established objectives, reviewed policies and formulated the business plan for the Bank. Orchestrated the change of the Bank's name, entry into the Sacramento Market, successful acquisition of Sacramento First National Bank in January of 1995, and the successful completion of a coincident capital offering for $1.8 million that was over subscribed by nearly $1 million in three weeks. Doubled earnings in 1994 and posted record earnings in the year of 1995. Bank was recognized as a Premier Performing Bank for fiscal year of 1994.

June, 1992
to
October, 1993

*Executive Vice President, Member of the Board of Directors.*
Responsible planning and special projects assigned by the Board of Directors. Planned and personally orchestrated the application for regulatory approval, organization, construction and staffing of the Sacramento Office, as well as the marketing plan, name change, design logo and the legal filings associated therewith.

December, 1991
to
March, 1992

**PLACER BANK OF COMMERCE**, Roseville, CA.
(Acquired by American River Bank)

*Interim President & Chief Executive Officer.*
Responsible for overall management of this $45 million Bank that was under an FDIC/ Section 8A Proceeding (Termination of insured status) having been under Regulatory Supervision since 1997. reduced classified assets by 52% and personally negotiated and closed ORE sales totaling $2.4 million in four months. Maintained integrity of the Bank until a regulatory-assisted sale to American River Bank was consummated.

Case: 08-32514   Doc# 1152-11   Filed: 05/25/10   Entered: 05/25/10 13:55:20   Page 2 of 4

**CAPITOL BANK SACRAMENTO**, (Formerly Capitol Bank of Commerce) Sacramento, California. (Acquired by WestAmerica Bank)

March, 1988 to November, 1991

*President & Chief Executive, Member of the Board of Directors.*
Responsible for the overall management of the Bank; established objectives, policies and strategic plans. Expanded asset growth from $100 million in early 1988 to $150 million in 1990 while increasing net earnings from $0.4 million loss in 1987 to record earnings of $1.7 million in 1990. Successfully negotiated the purchase of another trust business unit to bolster existing trust department. Orchestrated the marketing plan, name change and logo design. Negotiated the tentative sale of the Bank in 1991 to U. S. Bancorp as a means to settle shareholder proxy contests brought about by a dissident director and shareholder.

1984 to 1988

*Executive Vice President & Chief Administrative Officer.*
Responsible for strategic planning, the management of non-performing assets, disposition of ORE, pending litigation, adequacy of the loan loss reserve and the Trust Department. Active member of Senior Management Committee, Senior Loan Committee, Asset/Liability Management Committee and Board Committee Liaison.

1981 to 1984

*Vice President & Senior Commercial Officer.*
Responsible for managing commercial loan portfolio and supervision of all commercial lending officers, collections and loan documentation.

**BANK OF NEWPORT**, Newport Beach, California (Acquired by Union Bank)

1981 to 1982

*Vice President, Business Banking Group.*
Responsible for commercial lending to middle market companies including loan packaging and credit underwriting, credit analysis, investigations, documentation, collections and business development.

1980 to 1981

*Vice President, Real Estate Finance Division.*
Responsible for credit underwriting, documentation, disbursements and collections in interim construction and project development financing.

**FARMERS & MERCHANTS BANK OF CENTRAL CALIFORNIA**, Lodi, Calif.

1973 to 1980

*Vice President, Headquarters Office.*
Commercial and real estate lending officer responsible for loan packaging and credit underwriting, credit analysis, Administrative Liaison for commercial and real estate lending staff, including training for branch lending officers. Agricultural production financing for vineyard and orchard crops. SBA and FmHA Guaranty financing. Real estate construction and development financing. Co-manager for Bank's IRA Program.

**FIRST INTERSTATE BANK**, (Formerly United California Bank) Los Angeles, California. (Acquired by Wells Fargo Bank)

1972 to 1973

*Commercial Lending Officer*, Beverly Hills Main Office, for first year.
*Customer Service Officer*, Branch Management. Responsible for management of Woodland Hills Branch Office. Credit analysis, investigations, documentation, disbursements and loan collections.

|  |  |
|---|---|
| 1968 to 1971 | **BANCOHIO / OHIO NATIONAL BANK**, Columbus, Ohio. *Management Trainee*. Completed formal training program that included basic training in operations and branch banking systems. Primary training in commercial lending including credit analysis, loan underwriting, investigation and documentation. SBA guaranty financing. |
| 1983 to 1985 | **NATIONAL UNIVERSITY**, Sacramento, California. *Adjunct Faculty Member*. Part-time instructor in the subject areas of finance, financial institutions & markets, and money & banking. |
| *EDUCATION* | **PACIFIC COAST BANKING SCHOOL / UNIVERSITY OF WASHINGTON**, Seattle, Washington. Certificate of Graduation, Commercial Division, 1981. |
|  | **CALIFORNIA STATE UNIVERSITY / STANISLAUS**, Turlock, California. Masters in Business Administration with specialization in management, 1979. |
|  | **OHIO STATE UNIVERSITY**, Columbus, Ohio. Bachelor of Science. Agricultural Economics. Completed business curriculum in College of Agriculture, 1971. |
|  | **CALIFORNIA CHANCELLOR OF COMMUNITY COLLEGES**, Instructor Credential in areas of Real Estate, Banking, Finance, Business & Industrial Management. Instructor Credential is valid for life, 1981. |
| *MILITARY SERVICE* | **UNITED STATES ARMY**, Active duty from 1966 to 1968. Adjutant General Corps. Honorable Discharge at rank of Sergeant E-5. |
| *PROFESSIONAL AFFILIATIONS* | American Cancer Society (Sacramento Chapter) – Former Board Member  <br>Bankruptcy Panel Trustee (Chapter 7 & 11) – Eastern District of California – Active  <br>California Bankruptcy Forum – Active Member  <br>Community Bankers of Northern California – Former Board Member  <br>Granite Bay Golf Club – Active Member  <br>National Association of Bankruptcy Trustees. Active Member  <br>Rhone Rangers - Active Member  <br>Rotary Club of West Sacramento – Inactive Member & Past President  <br>Sacramento Chapter 7 Trustees Association – Active Member  <br>Sacramento Housing & Redevelopment Agency Loan Committee – Former Member  <br>Sacramento Valley Bankruptcy Forum – Active Member  <br>Toastmasters International – Former Member  <br>United Way of Sacramento – Former Board Member  <br>Zinfandel Advocates & Producers - Active Member |
| *BACKGROUND* | Brought up in Cincinnati, Ohio, area. Traveled extensively throughout the United States and Caribbean. Active guest speaker concerning business and banking subjects at various schools, professional and trade associations such as Pacific Coast Banking School, UCD Graduate School of Management and Sacramento Valley Forum. Completed Toastmasters International curriculum to enhance public speaking skills. Published articles concerning banking and financial services industry in various magazine and trade periodicals. Accomplished personal computer skills. |

January, 2008

Case: 08-32514   Doc# 1152-11   Filed: 05/25/10   Entered: 05/25/10 13:55:20   Page 4 of 4