# Exhibit D

# EXHIBIT D

## BIOGRAPHICAL SKETCHES OF ATTORNEYS OF PACHULSKI STANG ZIEHL & JONES LLP

### JOHN D. FIERO

Mr. Fiero's practice focuses on the representation of debtors and committees in complex chapter 11 cases. In twenty years of practice, he has litigated insolvency cases in courtrooms across the nation and has lectured on topics ranging from loan fraud to bankruptcy ethics to chapter 11 sale procedures. Mr. Fiero is a graduate of the University of Massachusetts at Amherst and received his J.D. from Hastings College of the Law, where he was associate note editor for the Hastings Journal of Communications and Entertainment Law. In each of the last four years, he has been named as a Super Lawyer by San Francisco Magazine. He is admitted to practice in California and is resident in our San Francisco office.

Professional Affiliations

* Member, United States Bankruptcy Court for the Northern District of California Bench-Bar Liaison Committee (2006 - 2009).

* Chair, American Bar Association Real Property Section Litigation and Dispute Resolution Committee (1998-2000).

Representations

* Chapter 11 debtors: ManagedStorage International (Delaware); Heller Ehrman LLP (San Francisco); Tri Valley Growers (Oakland); Webvan (Delaware).

* Creditors' committees in Humboldt Creamery (Santa Rosa); Pacific Lumber Company (Corpus Christi); The Billing Resource (San Jose); Prediwave Corporation (Oakland); Crescent Jewelers (Oakland); Northpoint Communications (San Francisco); Adesta Communications (Omaha); WinFirst (Denver).

* Trade creditors' committee in Metricom (San Jose).

### KENNETH H. BROWN

Mr. Brown has extensive experience in bankruptcy and commercial litigation. He has represented debtors, unsecured creditors, secured creditors, insurers, creditors' committees, and trustees in complex Chapter 11 and Chapter 15 cases and in related litigation in both state and federal court, including defending employers in WARN class action litigation. Mr. Brown also has extensive experience representing professional firms and their principals in dissolutions and bankruptcies. He is a graduate of U.C. Santa Barbara and received his J.D. at Hastings College of the Law, where he was articles editor for the Hastings Law Journal. Mr. Brown is a former member of the State Bar of California Business Law Section Subcommittee on Debtor/Creditor Relations and Bankruptcy and frequently serves as a mediator for the Bankruptcy Dispute Resolution Program for the Northern District of California and the San Francisco Bar Association. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Brown is admitted to practice in California and is a resident in our San Francisco office.

Professional Affiliations

* Director, Bay Area Bankruptcy Forum (2001-).

* Mediator, San Francisco Bar Association, Early Settlement Program (1997-2003).

* Bankruptcy Dispute Resolution Program, United States Bankruptcy Court for the Northern District of California (1994-).

* Member, State Bar of California Business Law Section Debtor/Creditor Committee (1999-2002).

Publications

* "Discovery in Debt Collection Actions," in *Debt Collection Practice in California* (2d ed. 2000).

* "Tenants in Distress: Pitfalls and Opportunities for the Retail Landlord," *Shopping Center Business* (1998).

* "Law Firm Break-Ups and Bankruptcies," 3 *Legal Malpractice Report* (No. 2 1992).

* Co-author, "Stranger in Paradise? The Role of a Foreign Bankruptcy Trustee in Chapter 15," 27 *ABI Journal No. 3* at 26 (April 2008).

* Co-author, "Dissolutions of Professional Firms Under State Law," in program materials for the Third Annual Northwest Bankruptcy Institute (1989).

Programs and Lectures

* Lecturer, Association of Insolvency & Restructuring Advisors; Bar Association of San Francisco; Santa Clara County Bar Association.

Representations

* Law firm bankruptcies: Brobeck, Phleger & Harrison; Heller Ehrman LLP.

**MIRIAM KHATIBLOU**

Ms. Khatiblou has 10 years of experience representing debtors, creditors, and trustees in various aspects of insolvency proceedings including acquisitions, divestitures, and litigation. She is a graduate of University of California at Berkeley and received her J.D. from the University of San Francisco School of Law. She has held leadership positions with the San Francisco Bar Association and is a dedicated community volunteer. Ms. Khatiblou is admitted to practice in California and a resident of our San Francisco office.

Professional Affiliations

* Board Member, Bay Area Network, International Women's Insolvency & Restructuring Confederation (2006-).

* Chair and Vice-Chair, Bar Association of San Francisco, Bankruptcy and Commercial Law Section (2005-2006).

**TEDDY M. KAPUR**

Mr. Kapur focuses his practice on the representation of debtors and creditor constituencies in chapter 11 bankruptcy cases and out-of-court restructurings. He also has experience in nonbankruptcy transactional matters and financial analysis. Mr. Kapur is a graduate of Rice University. He received his J.D. from New York University School of Law and his Master in Public Administration from Harvard University. He is admitted to practice in Texas (inactive) and California, and is a resident of our Los Angeles office.

Publications

* "Land Use Regulation in Houston Contradicts the City's Free Market Reputation," 34 *Environmental Law Reporter* 10045 (2004).

**CELINE GUILLOU**

Ms. Guillou has represented domestic and foreign institutions and individuals in business and commercial litigation matters, including contract claims, business-tort actions, partnership disputes, and unfair-competition actions. She is a graduate of the University of Paris School of Law and received her J.D. from Columbia University School of Law, where she served as an editor for the Columbia-VLA Journal of Law and the Arts. Ms. Guillou is admitted to practice in California and is a resident in our San Francisco office.

Publications

* "The Reverse Engineering of Computer Software in Europe and the United States: A Comparative Approach," 22 *Columbia - VLA Journal of Law & the Arts* 533 (1998).

**GAIL S. GREENWOOD**

Ms. Greenwood specializes in bankruptcy-related litigation. She has over fifteen years of civil litigation and bankruptcy experience, including representation of chapter 11 trustees, debtors, creditors, and creditors' committees in significant business bankruptcies. Ms. Greenwood has won summary judgments in defense of multi-million dollar preference and fraudulent transfer claims. She has also successfully prosecuted state-court fraud and alter-ego claims against a series of ever changing private entities and state-court claims for commercial lender liability and breach of fiduciary duty against a large national bank. Ms. Greenwood is a magna cum laude graduate of Amherst College and received her J.D. from UCLA School of Law, where she was editor of the *Environmental Law Journal*. She is admitted to practice in California and is a resident of our San Francisco office.

Professional Affiliations

* Member, International Women's Insolvency & Restructuring Confederation (IWIRC).

**VICTORIA A. NEWMARK**

Ms. Newmark has extensive experience as a bankruptcy lawyer, including representation of debtors, creditors, and equity holders in chapter 11 reorganization cases. She has also represented buyers and sellers in successful acquisitions and sales of distressed assets, and borrowers and lenders in loan originations and out-of-court work-outs. Ms. Newmark is a graduate of UC

Berkeley and received her J.D. from Yale Law School, where she was an editor of the Yale Law Journal and managing editor of the Yale Journal of International Law. She co-authored an article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. She has also been recognized annually from 2004 to 2008 as a Southern California Rising Star in the Law & Politics Media Inc. survey published in Los Angeles Magazine and the Southern California edition of Super Lawyers. Ms. Newmark is admitted to practice in California and is a resident of our Los Angeles office.

Publications

* Co-author, "Tradeoffs," *The Deal* (May 23, 2005).

Representations

* Represented a subprime mortgage loan originator and servicer, the nation's second-largest at the time of its chapter 11 filing, as debtor's counsel.

* Represented the purchaser of a mid-size nutritional supplements distributorship in contested bankruptcy auction proceedings.

* Represented a publicly held ISP and global online media content company and its affiliates as debtors' counsel in their chapter 11 cases.

* Represented the seed investor and acquirer of a California specialty retail business pursuant to section 363 of the Bankruptcy Code.

**DAVID J. BARTON**

Mr. Barton practices business law, representing both public and private clients in a variety of transactions and specializing in middle-market company M&A, reorganizations, and work-outs. Mr. Barton has extensive experience in both domestic and international transactions, including Australia, Canada, and Mexico. From 1992 to 1997, Mr. Barton was vice president, general counsel, and secretary of Sizzler and remained in charge of the company's legal affairs throughout its chapter 11 reorganization. Mr. Barton holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. He holds a bachelor's degree in from UCLA and received his J.D. from Harvard Law School in 1981. He is a resident of our Los Angeles office.

Professional Affiliations

* Member, American Corporate Counsel Association Corporate and Securities Committee (1995-1997).

* Co-Chair, Corporate and Securities Law Committee Insider Trading Procedures Practice Area Group (1997).

* Representative of Sizzler International, Inc., California Business Roundtable (1992-1993).

* Member, State Bar of California Business Law Section Corporations Committee (1989-1992).

* Member, State Bar of California Business Law Section Partnership Committee (1986-1989).

Publications

* "SEC Disclosure, Filing Requirements for Public Companies in Chapter 11," *Journal of Corporate Renewal* (Jan. 2009).

* "Tougher SEC Standards Are Clogging the PIPEline," *Journal of Corporate Renewal* (May 2007).

* "Rule 144A: Why Foreign Companies Are 'Taking the Plunge' into the U.S. Private Placement Market," *Int'l Executive* 9 (Nov./Dec.1990).

* "California's Real Estate License Requirement: Obstacles and Risks for Real Estate Syndicators," 5 *California Business Law Practitioner* 145 (Fall 1990).

* "Recent Development, Taxation of Foreign Income —Decree of the Supreme Soviet of U.S.S.R. of May 12, 1978," 20 *Harvard International Law Journal* 213 (1979).

* Consultant, Advising California Partnerships ch. 2 (CEB 2d ed.).

Programs and Lectures

* Speaker, "Assessing, Building and Preserving and Transferring Value in California LLCs," Lorman Education Services (November 2007).

* Lecturer, Export Marketing Seminars, Los Angeles District Office of U.S. Department of Commerce (June-July 1990).

* Moderator, "Organizing and Advising California Partnerships," Continuing Education of the Bar and California State Bar Business Law Section (May 1989).

## ERIN GRAY

Erin Gray has been practicing bankruptcy law since 1991. She received a B.A. in Humanities from the University of Texas at Austin in 1987 and a J.D. from the University of Texas School of Law in 1991. While at the University of Texas, she was a member of Phi Beta Kappa, Order of the Coif, and the Chancellor's Honor Society and was also an associate editor on the Texas Law Review. Ms. Gray is also a magazine and newspaper columnist and a singer-songwriter whose original music is part of the Teaching Tolerance Library at the Southern Poverty Law Center.

Representations

* Freedom Communications; S&B Surgery Center; MGA Entertainment.

## HENRY C. KEVANE

Mr. Kevane is the managing partner of the firm's San Francisco office. He has worked on transactional and bankruptcy matters with clients from a variety of industries, and is listed among the "Best Lawyers in America" and "San Francisco's Best Lawyers" for his work in bankruptcy and creditor-debtor rights law, as well as to have been named a "Northern California Super Lawyer" every year since 2004 in a peer survey conducted by Law & Politics and the publishers of San Francisco magazine, an honor bestowed on only 5% of Northern California attorneys. He is a graduate of Brown University and received his J.D. from Southwestern University School of Law, where he was editor in chief of the Southwestern University Law Review. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Kevane is admitted to practice in California.

Professional Affiliations

* Chair, State Bar of California Business Law Section Insolvency Law Committee (1995-1999).

* Chair, State Bar of California Committee on Federal Courts (1996-2001).

Publications

* "Fee Shifting by (1) Oversecured Creditors in Bankruptcy Cases & (2) Prevailing Parties in Civil Litigation," published in course handbook Getting *Paid What You Are Worth* (1996).

* "Legislative Solutions in the Orange County Chapter 9 Case," published in course handbook, *The Aftermath of Bankruptcy: Legislative Reform -- State and Federal* (1996).

* "The Treatment of Financing Leases in a Chapter 9 Bankruptcy Case," in *AGL & F Tax-Exempt Leasing Letter* (1996).

* "The Legislative Side of the Orange County Chapter 9 Case" for Sacramento County Bar Association (1996).

* "Now What? Three Questions Facing the Municipal Bondholder Upon Commencement of a Chapter 9 Case," published in course handbook, *Municipal Bond Law for the Bankruptcy Practitioner* (1996).

* "The Newsgatherer's Shield: Why Waste Space in the California Constitution?" 15 *Southwestern University Law Review* 527 (1985).

* Co-Author, "Principles of Equitable Subordination Under Section 510 of the Bankruptcy Code," in *Selected Issues in Bankruptcy Practice* (1991).

* Contributing Author, *Bankruptcy Law Practice: Recent Developments* (Calif. Contin. Ed. Bar 1992-1998).

Representations

* Creditors' committees in SeraCare Life Sciences; Guy F. Atkinson Company; America West Airlines

* Chapter 11 debtors in Deltagen; Yipes Communications; E/O Networks; Worlds of Wonder.

* Participated in the municipal restructurings of the County of Organge, Heffernan Memorial Hospital District (chapter 9 debtor located in Calexico, California), Palm Drive Healthcare District, West Contra Costa Healthcare District and Vaelly Health System.

**IAIN NASATIR**

Iain Nasatir specializes in insurance and reinsurance disputes, including in particular insolvency and coverage matters for primary, reinsurance, and excess carriers. He has had substantial experience in representing clients in coverage disputes with state guaranty associations, including, for example, those arising out of the Executive Life Insurance Company insolvency.

On the litigation front, in 2005 Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation

deposits. He also obtained dismissals for the same client in litigations brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away." In the course of his firm's representation of Sizzler Restaurants International in bankruptcy, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company of Pittsburgh, Pa. and other similar carriers.

He attended Stowe School in Bucks, England, Williams College, Columbia College, and Cardozo School of Law. In 2006, he was named a Southern California Super Lawyer. Mr. Nasatir is admitted to practice in New York and California, and is a resident in our Los Angeles office.

### Professional Affiliations

* Conference of Insurance Counsel

* Inter-Pacific Bar Association

* Vice-chair, ABA Torts & Insurance Practice Section (2006-2007).

### Publications

* Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39 *ABA Tort Trial & Insurance Practice Law Journal* 376 (2004).

* "Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995).

* "For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994).

* "Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994).

* Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992).

* Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991).

### Programs and Lectures

* Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association.

### Representations

* Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America.

* Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; ELIC; Executive Life

## JOHN W. LUCAS

Mr. Lucas has represented debtors and creditors in chapter 11 cases and companies in out-of-court restructurings with an emphasis on transportation, financial products, automotive and technology. Mr. Lucas is a graduate of the University of California at Los Angeles and received his J.D. from the University of Oregon School of Law and was a member of the Oregon Law Review. Mr. Lucas is admitted to practice in New York and is a resident in our San Francisco office.

Publications

* Co-Author, "The Role and Retention of the Chief Restructuring Officer," in The Americas Restructuring and Insolvency Guide (2008/2009).

* "The Article 9 Buyer's Seller Rule & The Justification For Its Harsh Effects," 83 Oregon Law Review 289 (2004).

Representations

* Chapter 11 debtors: Mesa Air Group; Lehman Brothers Holdings; Champion Enterprises; Heller Ehrman LLP; Lexington Precision Corporation; Silicon Graphics, Inc.

* Indenture trustee in Calpine Corporation.

* Bondholders in Portrait Corporations of America.

* Out-of-court restructurings of Security Capital Assurance Ltd. and a professional sports franchise.

# PARAPROFESSIONALS

### PATRICIA J. JEFFRIES

Born Hayward California, January 20, 1968. Education: B.S. in Criminal Justice Administration, University of Phoenix 2007; Certified Paralegal Training Program, California Polytechnic State University (Paralegal Certificate 1992); Employed by Pachulski Stang Ziehl & Jones LLP 1999; Working as a paralegal since 1989, with over ten years experience in Corporate Bankruptcy.

### LESLIE ANN FORRESTER

Director of Legal Research: 20+ years legal and business research experience

Born Fullerton, California, December 12, 1958. Education: University of California, Berkeley (A.B., with honors, 1982). Author: "Service in the Law Firm Library," in *The Spirit of Law Librarianship $2^d$*, Roy M. Mersky & Richard A. Leiter, eds. (Alert Publications 2005); "Push Technology," 15 *Legal Ass't Today* 36 (May/June 1998); "Creating an MCLE-Tracking Database With InMagic," 1 *Law Office Computing* 53 (June/July 1992); "Bankruptcy Ethics and Law Firm Dissolutions: The Literature in a Nutshell," 3 *Legal Malpractice Report* 22 (No. 2 1992); "CD-ROM: Is It for You?", 1 *Law Office Computing* 84 (Fall 1991); "Collier Bankruptcy Library on CD-ROM," *Legal Information Alert* (June 1991); reviewer of bankruptcy and commercial law publications and electronic products, *Legal Information Alert* (1987-present). Co-Author: "Bankruptcy Research," 11 *Legal Assistant Today* 128 (Jan/Feb 1994). Lecturer: Boalt Hall School of Law, University of California at Berkeley; Bar Association of San Francisco; Practicing Law Institute; Glazer Legal Works. Member: American Bar Association; American Bankruptcy Institute; Northern California Association of Law Libraries (chair, Web Committee (1999-present); member, Public Access Committee (1994-present); Education Committee (1996-1997); Public Relations Committee (1997-present)); American Association of Law Libraries; Who's Who in American Law.

### FELICE HARRISON

Felice Harrison has a background in bankruptcy and creditor rights and has specialized as a bankruptcy paralegal for the past twenty-five years. Felice earned her BA in Sociology and her California Teaching Credential, Grades K-9, from the University of California, Los Angeles. After teaching in both the public and private sector, Felice continued with her education and received her Paralegal Certificate from the California College of Paralegal Studies (Dean's List). Felice is a member of the Los Angeles Bankruptcy Forum.

### KATI L. SUK

Born Newark, California, February 14, 1983. Education: B.A. in Sociology, San Francisco State University 2005; Certificate in Paralegal Studies, University of California, Berkeley 2009; Employed by Pachulski Stang Ziehl & Jones LLP 2006