John D. Fiero (CA Bar No. 136557)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com
     tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

Thomas A. Willoughby (CA Bar No. 137597)
Jason Rios (CA Bar No. 190086)
Christopher Crowell (CA Bar No. 253103)
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, California 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for The Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**HELLER EHRMAN LLP**,<br><br>Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING REGARDING CONFIRMATION OF JOINT PLAN OF LIQUIDATION OF HELLER EHRMAN LLP (MAY 14, 2010)**<br><br>**Original Confirmation Hearing**<br>Date:   July 6, 2010<br>Time:   1:30 p.m.<br><br>**Continued Confirmation Hearing**<br>Date:   July 19, 2010<br>Time:   1:30 p.m.<br>Place:   United States Bankruptcy Court<br>        235 Pine Street, 22nd Floor<br>        San Francisco, CA<br>Judge:   Honorable Dennis Montali |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to the *Order: (1) Approving Form of Disclosure Statement In Support of Joint Plan of Liquidation of Heller Ehrman LLP (May 14, 2010) and (2) Setting Various Dates Related to the Confirmation of the Joint Plan of Liquidation* (the "Order") entered on May 18, 2010 [Docket No. 1141], the Bankruptcy Court scheduled a hearing to consider confirmation of the Joint Plan of Liquidation (May 14, 2010) proposed by Heller Ehrman LLP and the Official Committee of Unsecured Creditors (the "Plan") for July 6, 2010 at 1:30 p.m. (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that **the Confirmation Hearing has been continued and will be held instead on July 19, 2010 at 1:30 p.m.** before the Honorable Dennis Montali, United States Bankruptcy Judge, whose courtroom is located at 235 Pine Street, 22nd Floor, San Francisco, California. Please be advised that the Confirmation Hearing may be continued without further notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order the deadline for any objections to confirmation of the Plan and any briefs in support thereof has passed. **No extension of the objection deadline is being granted due to the continuance**.

**PLEASE TAKE FURTHER NOTICE** that the Plan provides for injunctive relief as follows:

> **On the Effective Date, and except as otherwise provided by the Plan, all entities who have held, hold or may hold Claims against or Interests in the Debtor or the Debtor's estate that arose prior to the Effective Date are permanently enjoined from taking legal action against the Debtor or the Liquidating Debtor for the purpose of directly or indirectly collecting, recovering, or receiving payment or recovery with respect to any Claim or demand against the Debtor or the Liquidating Debtor. In addition to the foregoing, on the Effective Date, and except as otherwise provided by the Plan, Bank of America and Citibank and their successors and assigns shall be temporarily enjoined pursuant to Bankruptcy Code section 105 from taking legal action against any Settling Former Shareholder for the purpose of directly or indirectly collecting, recovering, or receiving payment or recovery with respect to any claim or demand against Settling Former Shareholder predicated in whole or in part on Settling Former Shareholder's former employment or shareholder status with the Debtor or any of the Heller Ehrman PCs, with such injunction to remain in**

**effect until the final resolution of the Bank of America Preference Action, whether by settlement or judgment no longer subject to any pending or possible appeal.**

Plan, Article 8.3.

Dated: July 2, 2010　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　By　/s/ *John D. Fiero*
　　　　　　　　　　　　　　　　　　　　　John D. Fiero (CA Bar No. 136557)
　　　　　　　　　　　　　　　　　　　　　Teddy M. Kapur (CA Bar No. 242486)
　　　　　　　　　　　　　　　　　　　　　Attorneys for Heller Ehrman LLP,
　　　　　　　　　　　　　　　　　　　　　Debtor and Debtor in Possession