STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>HELLER EHRMAN LLP,<br><br>            Debtor. | CASE NO.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF FURTHER CONTINUED HEARING ON MOTION FOR AN ORDER APPROVING SETTLEMENTS WITH FORMER HELLER SHAREHOLDERS AND DETERMINING THAT SUCH SETTLEMENTS WILL CONSTITUTE "GOOD FAITH" SETTLEMENTS UNDER CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 877**<br><br>Date:    August 9, 2010<br>Time:   9:30 a.m.<br>Place:   235 Pine Street<br>           San Francisco, CA<br>Judge:  Hon. Dennis Montali |

**PLEASE TAKE NOTICE** that the hearing on the Official Committee of Unsecured Creditors (the "Committee") *Motion for an Order Approving Settlements with Former Heller Shareholders and Determining that Such Settlements Will Constitute "Good Faith Settlements" Under California Code of Civil Procedure Section 877* (the "Motion"), has been continued from July 19, 2010, to **August 9, 2010, at 9:30 a.m**. before the Honorable Dennis Montali, United States Bankruptcy Judge.

1. Any order entered by the Court granting the relief requested by this Motion may affect rights to equitable or implied contractual indemnity or contribution of any person who (a) may be a joint tortfeasor or co-obligor with a Former Heller Shareholder (as that term is defined in the Motion), (b) who may be derivatively or vicariously liable for the acts of a Former Heller Shareholder, or (c) who may in any way claim that a Former Heller Shareholder is liable to make good a loss or damage incurred by such person, in connection with the facts and circumstances giving rise to the settlements described in the Motion.

2. The rights of persons receiving this Notice may be affected if they do not appear and contest the granting of relief sought by this Motion.

3. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

4. The Motion requests that the Court grant the following relief:

   a. Approving as fair, equitable and in the best interests of the creditors, and authorizing the Committee in its discretion under Bankruptcy Rule 9019(a) to enter into and approve, the terms of previously agreed upon settlements with Former Heller Shareholders, using the "Settlement Model" approved by the Court in its Order Authorizing The Official Committee Of Unsecured Creditors To Settle Certain Claims Without Further Hearing Or Notice Pursuant To Federal Rule Of Bankruptcy Procedure 9019(B)**,** entered on May 18, 2010, Dkt. 1142, and consistent with the terms of the "Proposed Settlement Agreements" as described in the Motion, including the form of Releases contained in the Proposed Settlement Agreements;

   b. Approving as fair, equitable and in the best interests of the creditors, and authorizing the Committee in its discretion without further court hearing under Bankruptcy Rule 9019(a) to enter into and approve, the terms of settlements with any or all of the remaining Former Heller Shareholders who have not previously settled, using the "Settlement Model" approved by the Court in its Order Authorizing The Official Committee Of Unsecured Creditors To Settle Certain Claims Without Further Hearing Or Notice Pursuant To Federal Rule Of Bankruptcy Procedure 9019(B)**,** entered on May 18, 2010, Dkt. 1142, and consistent with the terms of the "Proposed Settlement Agreements" as described in the Motion , including the form

of the Releases contained in such Proposed Settlement Agreements;

c. Determining that any settlements entered into with Former Heller Shareholders as described in paragraph 1 above, and any settlements entered into in the future with Former Heller Shareholders as described in paragraph 2 above, were and will be entered into in "good faith" under California Code of Civil Procedure section 877 et seq.; and

d. Such other relief as is just and appropriate in the circumstances of this case.

5. The Committee bases the Motion on this Notice, and on the Amended Motion, the Second Amended Memorandum of Points and Authorities and the Amended and Supplemental Declaration of Theresa A. Hoyt In Support of the Motion for an Order Approving Proposed Settlements with Former Heller Shareholders and Determining that Such Settlements will Constitute "Good Faith" Settlements Under California Code of Civil Procedure Section 877, filed herewith, on the Declaration of Henry I. Bornstein filed on June 15, 2010 [Dkt. 1219], and on the other documents and records on file in this case.

6. Additional support for this Motion may be filed by the Committee on or prior to twenty-one (21) days prior to the hearing and/or in reply to any objections.

7. This Notice does not contain all of the information relevant to the Motion. Any party receiving this Notice desiring to receive a copy of all of the documents filed with the Court in connection with the Motion or that are later filed should contact Karen Widder by telephone at Felderstein Fitzgerald Willoughby & Pascuzzi LLP, attorneys for The Official Committee of Unsecured Creditors at (916) 329-7400, extension 224.

8. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the PACER information system (see http://www.canb.uscourts.gov/ -- subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, 235 Pine Street, 19th Floor, San Francisco, CA 94104.

9. If you do not want the court to approve the motion, or if you want the court to consider your views on the motion, then on or before 7 days prior to the scheduled hearing, you or your attorney must:

a. File with the Court a written response, explaining your position, either electronically[1] or if allowed by the Local Rules by mail at P.O. Box 7341, San Francisco, CA 94120-7341 or in person 235 Pine Street, 19th Floor, San Francisco, CA 94104. If you do not file a written response, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

b. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

c. You must also mail a copy to:

Attorneys for the Committee, at the following address:
Thomas A. Willoughby,
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Office of the United States Trustee, at the following address:
United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Counsel for the Debtor, at the following address:
John Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

And any other party who has filed a request for special notice in this case.

d. Attend the hearing scheduled on August 9, 2010 at 9:30 a.m. at the United States Bankruptcy Court, 235 Pine Street, Courtroom 22, San Francisco, California, before the Honorable Dennis Montali, United States Bankruptcy Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: July 7, 2010      FELDERSTEIN FITZGERALD
                         WILLOUGHBY & PASCUZZI LLP

                         By     */s/ Thomas A. Willoughby*
                            THOMAS A. WILLOUGHBY
                            Attorneys for the Official Committee of Unsecured Creditors

---

[1] "All attorneys practicing in the U.S. Bankruptcy Court for the Northern District of California, including attorneys admitted *pro hac vice*, are required to file all documents (including new bankruptcy case petitions but excluding documents to be placed under seal in accordance with § 7 of the Amended Operating Order) electronically via the CM/ECF system." *See* Administrative Procedures For Electronic Case Filing on the Court's website at www.canb.uscourts.gov.