John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
vnewmark@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**HELLER EHRMAN LLP**,<br>              Debtor. | Case No.: 08-32514<br>Chapter 11<br>**DECLARATION OF PAUL SOULIER IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM OF HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION) (CLAIM NO. 624)**<br><br>Date:    August 27, 2010<br>Time:    1:30 p.m.<br>Place:   U.S. Bankruptcy Court<br>           235 Pine Street, 22nd Floor<br>           San Francisco, CA<br>Judge:  Honorable Dennis Montali |

I, Paul Soulier, declare:

1.      I am the Assistant Controller for the above-captioned debtor in possession, Heller Ehrman LLP ("Heller" or the "Debtor"). I have worked for the Debtor since approximately April 2001. As Assistant Controller, one of my responsibilities was to oversee maintenance of the Debtor's general ledger and to monitor cash transfers and other payment activities to and from the Debtor's bank accounts. Except as otherwise indicated, the statements made herein are based on my personal knowledge based on my work for the Debtor.

2. I make this declaration in support of the *Debtor's Objection to Claim of Heller Ehrman (Europe) LLP (In Administration) (Claim No. 624); Memorandum of Points and Authorities* (the "Objection"). Each capitalized term not otherwise defined herein shall have the meaning ascribed in the Objection.

3. I have reviewed the proof of claim of Heller Ehrman (Europe) LLP (In Administration) ("Heller Europe") filed in the referenced Chapter 11 case on or about April 22, 2009 and assigned claim number 624 (the "Claim"), a copy of which is attached to the Objection as Exhibit A.

4. Since its inception, Heller Europe's start-up costs and operating expenses were partially funded by cash advances from the Debtor. The Debtor made prepetition cash advances to Heller Europe to fund European operations in the aggregate amount of $14,237,170.86. To the best of my knowledge, no written support contract or other written agreement obligating the Debtor to fund Heller Europe exists.

5. Attached hereto as <u>Exhibit A</u> is a summary listing each cash advance made by the Debtor to Heller Europe from the period March 20, 2007 through September 22, 2008 (the "Cash Advance Summary"). I prepared the Cash Advance Summary based upon (i) the Debtor's general ledger in which cash advances to Heller Europe were recorded by me or other employees of the Debtor contemporaneously with the cash advances in the ordinary course of business, and (ii) bank statements of the Debtor's accounts generated on-line by the financial institution where the Debtor maintained its bank accounts during the relevant period, Barclay's.

6. To the best of my knowledge, the Debtor's cash advances to Heller Europe have not been repaid through the receipt of profits from Heller Europe's operations, or otherwise.

7. On December 22, 2008, the Debtor's UK counsel, Olswang LLP, submitted, on behalf of the Debtor, a Proof of Debt form (the "Proof of Debt") completed by the Debtor stating the Debtor's claim against Heller Europe for repayment of the cash advances in the amount of £8,859,791.43 and enclosing the Cash Advance Summary. It is my understanding based upon advice of counsel that, as of the date hereof, the Joint Liquidators of Heller Europe have not rejected

the Debtor's Proof of Debt.  A true copy of the Debtor's Proof of Debt against Heller Europe is attached hereto as <u>Exhibit B</u>.

[*Balance of page intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15 day of July, 2010 at San Francisco, California.

/s/ *Paul Soulier*
Paul Soulier

Case: 08-32514   Doc# 1341-1   Filed: 07/19/10   Entered: 07/19/10 17:00:59   Page 4 of 13

35685-001\DOCS_LA:221539.2

DECLARATION OF PAUL SOULIER IN SUPPORT OF DEBTOR'S OBJECTIONS TO CLAIMS OF HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION)

# EXHIBIT A

Heller Ehrman LLP - UK Funding          March 2007 through September 2008

| PERIOD | AMOUNT | DESCRIPTION |
|---|---:|---|
| 200703 | $200,000.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 529771; DATE: 3/20/2007. Funding for March 2007. |
| 200703 | 200,000.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 531096; DATE: 3/21/2007. To fund HE (Europe) LLP |
| 200703 | 148,306.52 | PAYEE: Heller Ehrman LLP; REQUEST#: 531097; DATE: 3/28/2007. To Fund HE (Europe) LLP |
| 200703 | 50,000.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 531095; DATE: 3/12/2007. Initial Funding for HE (Europe) LLP |
| 200704 | 298,970.59 | PAYEE: Heller Ehrman LLP; REQUEST#: 532855; DATE: 4/12/2007. Funding for April 2007 Expenses. |
| 200704 | 303,126.53 | PAYEE: Heller Ehrman LLP; REQUEST#: 533208; DATE: 4/18/2007. Funding for April 2007 Payroll and some expenses. |
| 200704 | 201,469.78 | PAYEE: Heller Ehrman LLP; REQUEST#: 534322; DATE: 4/24/2007. Fund UK for Draws, Payroll and Rent |
| 200705 | 160,000.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 535380; DATE: 5/1/2007. Funding for May 2007 Expenses |
| 200705 | 201,439.55 | PAYEE: Heller Ehrman LLP; REQUEST#: 535379; DATE: 5/1/2007. UK Funding for May 2007 Expenses |
| 200705 | 50,226.39 | PAYEE: Heller Ehrman LLP; REQUEST#: 535515; DATE: 5/7/2007. Fund UK for May 2007 Expenses |
| 200705 | 200,482.43 | PAYEE: Heller Ehrman LLP; REQUEST#: 535531; DATE: 5/8/2007. Fund UK for May 2007 Expenses |
| 200705 | 798,826.60 | PAYEE: Heller Ehrman LLP; REQUEST#: 535957; DATE: 5/11/2007. Fund UK for Payroll and Placement Fees. |
| 200705 | 6,778.46 | PAYEE: Heller Ehrman LLP; REQUEST#: 539214; DATE: 5/24/2007. HE (Europe) LLP Euro Account Initial Funding |
| 200706 | 99,878.51 | PAYEE: Heller Ehrman LLP; REQUEST#: 539465; DATE: 6/1/2007. UK Funding for June 07 Expenses |
| 200706 | 100,422.56 | PAYEE: Heller Ehrman LLP; REQUEST#: 539506; DATE: 6/5/2007. Fund UK for June 2007 expenses |
| 200706 | 399,655.10 | PAYEE: Heller Ehrman LLP; REQUEST#: 541348; DATE: 6/18/2007. UK Funding for Payroll and other expenses |
| 200707 | 207,051.33 | PAYEE: Heller Ehrman LLP; REQUEST#: 546582; DATE: 7/20/2007. Fund UK for Payroll, Draws and Rent expenses. |
| 200708 | 644,413.12 | PAYEE: Heller Ehrman LLP; REQUEST#: 548830; DATE: 8/14/2007. Fund UK for Payroll and Man Check. |
| 200709 | 814,583.90 | PAYEE: Heller Ehrman LLP; REQUEST#: 551919; DATE: 9/5/2007. Fund UK for September Expenses |
| 200709 | 759,214.22 | PAYEE: Heller Ehrman LLP; REQUEST#: 553440; DATE: 9/20/2007. Fund UK for Sept 2007 Expenses |
| 200710 | 1,540,417.13 | PAYEE: Heller Ehrman LLP; REQUEST#: 556199; DATE: 10/4/2007. Fund UK For Building construction. |
| 200710 | 512,616.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 556952; DATE: 10/17/2007. Fund UK for October Expenses. |
| 200712 | 818,936.30 | PAYEE: Heller Ehrman LLP; REQUEST#: 563571; DATE: 12/7/2007. Fund UK for December 2007 Expenses. |
| 200712 | 1,017,474.25 | PAYEE: Heller Ehrman LLP; REQUEST#: 564368; DATE: 12/17/2007. UK Funding for Dec 2007 expenses |
| 200712 | 10,486.28 | PAYEE: Heller Ehrman LLP; REQUEST#: 564368; DATE: 12/17/2007. UK Exch rate diff on 12/17/07 Funding |
| 200712 | 1,606,438.61 | PAYEE: Heller Ehrman LLP; REQUEST#: 565569; DATE: 12/28/2007.Fund UK for 2007 Year End Estimated Final Dist. |
| 200712 | 38,298.23 | PAYEE: Heller Ehrman LLP; REQUEST#: 565569; DATE: 12/28/2007. UK Exch rate diff on 12/28/07 Wire GBP 800,000.00 |
| 200802 | 348,181.93 | PAYEE: Heller Ehrman, LLP; REQUEST#. 571371; DATE: 2/4/2008. Fund UK for Feb 2008 |
| 200803 | 405,015.00 | PAYEE: Heller Ehrman LLP; REQUEST#. 576265; DATE: 3/10/2008. Fund UK for March 2008 |
| 200803 | 604,832.48 | PAYEE: Heller Ehrman LLP; REQUEST#. 577339; DATE: 3/17/2008. Fund UK for March 2008 |
| 200804 | 199,595.83 | PAYEE: Heller Ehrman LLP; REQUEST#. 581268; DATE: 4/23/2008. Fund UK |
| 200805 | 688,852.94 | PAYEE: Heller Ehrman LLP; REQUEST#. 583392; DATE: 5/3/2008. Fund UK for May 08 |
| 200808 | 281,349.41 | PAYEE: Heller Ehrman LLP; REQUEST#. 594905; DATE: 8/20/2008. Fund UK Account for August 2008 |
| 200809 | 319,830.88 | PAYEE: Heller Ehrman LLP; REQUEST#. 597552; DATE: 9/22/2008. Wire to UK. |
| | **$14,237,170.86** | **Total Transferred** |

# EXHIBIT B

# OLSWANG

Smith & Williamson  
Prospect House  
2 Athenaeum Road  
London  
N20 9YU  

22 December 2008  
**Email** graeme.levy@olswang.com  
**Direct line** +44 (0) 20 7067 3431  

For the attention of: Joanne Milner & Stephen Cork (the "**Joint Administrators**") together with Rachael Wilson & Kate Miers  

**Our ref.** GDL\NRM\7215-671  
**Your ref.** SRC/RYW/KM8/HELLER  

Dear Sir/Madam  

**HELLER EHRMAN (EUROPE) LLP (In Administration) ("the LLP")**

We are writing to you on behalf our client, Heller Ehrman LLP ("**our client**").

Please find enclosed our client's Form 4.25 (Proof of Debt) and Form 8.2 (Proxy), the latter appointing us as our client's proxy holder to attend the meeting of creditors on 24 December 2008. Our client reserves the right to alter the amount stated on Form 4.25 if a further proof is requested by you for dividend purposes.

We would be grateful if you would include us on your email, postal and other distribution lists going forward.

Yours faithfully

**Olswang**

Enc.  
Form 4.25  
Form 8.2

Rule 4.73                                                    Form 4.25

## PROOF OF DEBT - GENERAL FORM

In the matter of Heller Ehrman (Europe) LLP (in Administration)

and in the matter of The Insolvency Act 1986

Date of Administration: 3 November 2008

| 1. | Name of Creditor | Heller Ehrman LLP in dissolution |
|----|---|---|
| 2. | Address of Creditor | 333 Bush Street<br>San Francisco,<br>CA 94104<br>USA |
| 3. | Total amount of claim, including any Value Added Tax and outstanding uncapitalised interest as at the date the company went into administration (see note) | £8,859,791.43 ($14,237,170.86 at an exchange rate of 0.62230) |
| 4. | Details of any document by reference to which the debt can be substantiated. [Note: an administrator may call for any document or evidence to substantiate the claim at his discretion] | Attached schedule of advances from Heller Ehrman LLP to Heller Ehrman (Europe) LLP ("the LLP") from 20/03/2007 until 22/09/2008 ("the Schedule"). These figures should be verifiable against the LLP's own banking and accounting records. |
| 5. | If the total amount shown above includes Value Added Tax, please show:-<br><br>(a) amount of Value Added Tax<br>(b) amount of claim NET of Value Added Tax | <br><br>£<br>£ |
| 6. | If total amount above includes outstanding uncapitalised interest please state amount | £ |
| 7. | If you have filled in both box 3 and box 5, please state whether you are claiming the amount shown in box 3 or the amount shown in box 5(b) | |
| 8. | Give details of whether the whole or any part of the debt falls within any (and if so which) of the categories of preferential debts under section 386 of, and schedule 6 to, the Insolvency Act 1986 (as read with schedule 3 to the Social Security Pensions Act 1975) | Category<br><br><br><br>Amount(s) claimed as preferential £ |
| 9. | Particulars of how and when debt incurred. | Initial sums advanced to fund the LLP together with continuing payments of various expenses as further detailed in the Schedule. |
| 10. | Particulars of any security held, the value of the security, and the date it was given | £ |
| 11. | Signature of creditor or person authorised to act on his behalf | *(signed) Lynn J. Loacker* |
| | Name in BLOCK LETTERS | LYNN J. LOACKER |
| | Position with or relation to creditor | AUTHORISED SIGNATORY |

Case: 08-32514   Doc# 1341-1   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 9 of 13

## Schedule of Advances

| Date | Debit | Narrative | JE Num |
|---|---|---|---|
| 02/04/2008 | $348,181.93 | PAYEE: Heller Ehrman LLP; REQUEST#: 571371; Fund UK for Feb 2008 | 3021344 |
| 03/10/2008 | $405,015.00 | PAYEE: Heller Ehrman LLP; REQUEST#: 576265; Fund UK for Mar 2008 | 3031030 |
| 03/17/2008 | $604,832.48 | PAYEE: Heller Ehrman LLP; REQUEST#: 577339; Fund UK for Mar 2008 | 3033125 |
| 04/23/2008 | $199,595.83 | PAYEE: Heller Ehrman LLP; REQUEST#: 581268; Fund UK to cover S | 3041405 |
| 05/08/2008 | $688,852.94 | PAYEE: Heller Ehrman LLP; REQUEST#: 583392; Fund UK for May 2008 | 3045725 |
| 08/20/2008 | $281,349.41 | PAYEE: Heller Ehrman LLP; REQUEST#: 594905; Fund UK Account | 3070517 |
| 09/22/2008 | $319,830.88 | PAYEE: Heller Ehrman LLP; REQUEST#: 597552; Wire to UK $175k | 3076993 |

Total UK Funding 2008  $2,847,658.47

Case: 08-32514    Doc# 1341-1    Filed: 07/19/10    Entered: 07/19/10 17:09:59    Page 10 of 13

# Heller Ehrman LLP - UK Funding
## March - December 2007
### GL CODE 1066

| Date | Amount | Check Number | Narrative | Period |
|---|---|---|---|---|
| 03/20/2007 | $200,000.00 | Type - CH Number - 1011-(529771) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 529771; Funding for March 2007. | 200703 |
| 03/21/2007 | $200,000.00 | Type - CH Number - 1011-(531096) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 531096; To fund HE (Europe) LLP | 200703 |
| 03/28/2007 | $148,306.52 | Type - CH Number - 1011-(531097) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 531097; To Fund HE (Europe) LLP | 200703 |
| 03/12/2007 | $50,000.00 | Type - CH Number - 1011-(531095) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 531095; Initial Funding for HE (Europe) LLP | 200703 |
| 04/12/2007 | $298,970.59 | Type - CH Number - 1011-(532855) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 532855; Funding for April 2007 Expenses. | 200704 |
| 04/18/2007 | $303,126.53 | Type - CH Number - 1011-(533208) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 533208; Funding for April 2007 Payroll and some expenses. | 200704 |
| 04/24/2007 | $201,469.78 | Type - CH Number - 1011-(534322) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 534322; Fund UK for Draws, Payroll and Rent | 200704 |
| 05/01/2007 | $160,000.00 | Type - CH Number - 1011-(535380) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 535380; Funding for May 2007 Expenses | 200705 |
| 05/01/2007 | $201,439.55 | Type - CH Number - 1011-(535379) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 535379; UK Funding for May 2007 Expenses | 200705 |
| 05/07/2007 | $50,226.39 | Type - CH Number - 1011-(535515) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 535515; Fund UK for May 2007 Expenses | 200705 |
| 05/08/2007 | $200,482.43 | Type - CH Number - 1011-(535531) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 535531; Fund UK for May 2007 Expenses | 200705 |
| 05/11/2007 | $798,826.60 | Type - CH Number - 1011-(535957) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 535957; Fund UK for Payroll and Placement Fees. | 200705 |
| 05/24/2007 | $6,778.46 | Type - CH Number - 1011-(539214) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 539214; HE (Europe) LLP Euro Account Initial Funding | 200705 |
| 06/01/2007 | $99,878.51 | Type - CH Number - 1011-(539465) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 539465; UK Funding for June 07 Expenses | 200706 |
| 06/05/2007 | $100,422.56 | Type - CH Number - 1011-(539506) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 539506; Fund UK for June 2007 expenses | 200706 |
| 06/18/2007 | $399,655.10 | Type - CH Number - 1011-(541348) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 541348; UK Funding for Payroll and other expenses | 200706 |

Case: 08-32514    Doc# 1341-1    Filed: 07/19/10    Entered: 07/19/10 17:09:59    Page 11 of 13

| Date | Amount | Details | Period |
|---|---|---|---|
| 07/20/2007 | $207,051.33 | Type - CH Number - 1011-(545582) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 546582; Fund UK for Payroll, Draws and Rent expenses. | 200707 |
| 08/14/2007 | $644,413.12 | Type - CH Number - 1011-(548830) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 548830; Fund UK for Payroll and Man Check. | 200708 |
| 09/05/2007 | $814,583.90 | Type - CH Number - 1011-(551919) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 551919; Fund UK for September Expenses | 200709 |
| 9/20/2007 | $759,214.22 | Type - CH Number - 1011-(553440) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 553440; Fund UK for Sept 2007 Expenses | 200709 |
| 10/04/2007 | $1,540,417.13 | Type - CH Number - 1011-(556199) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 556199; Fund UK For Building construction. | 200710 |
| 10/17/2007 | $512,616.00 | Type - CH Number - 1011-(556952) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 556952; Fund UK for October Expenses. | 200710 |
| 12/07/2007 | $818,936.30 | Type - CH Number - 1011-(563571) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 563571; Fund UK for December 2007 Expenses. | 200712 |
| 12/17/2007 | $1,017,474.25 | Type - CH Number - 1011-(564368) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 564368; UK Funding for Dec 2007 expenses | 200712 |
| 12/17/2007 | $10,486.28 | Type - CH Number - 1011-(564368) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 564368; UK Exch rate diff on 12/17/07 Funding | 200712 |
| 12/28/2007 | $1,606,438.61 | Type - CH Number - 1011-(565569) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 565569; Fund UK for 2007 Year End Estimated Final Dist. | 200712 |
| 12/28/2007 | $38,298.23 | Type - CH Number - 1011-(565569) Name - Heller Ehrman LLP | PAYEE: Heller Ehrman LLP; REQUEST#: 565569; UK Exch rate diff on 12/28/07 Wire GBP 800,000.00 | 200712 |
| | $11,389,512.39 | | |
| Total | $14,237,170.86 | | |

Case: 08-32514   Doc# 1341-1   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 12 of 13

Rule 8.1  Insolvency Act 1986  Form 8.2

Proxy (Administration)

HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION)

Name of Creditor: Heller Ehrman LLP
Address: 333 Bush Street
San Francisco, CA  94104

Name of Proxy Holder

1. Nirupa Manoharan
2. James Kennard
3. Rachael Davis

*Please insert name of person (who must be 18 or over) or the Chairman of the Meeting. If you wish to provide for alternative proxy holders in the circumstances that your first choice is unable to attend please state the name(s) of the alternatives as well*

*Please delete words in brackets if the proxy holder is only to vote as directed i.e. he has no discretion*

I appoint the above person to be my/the creditor's proxy holder at the meeting of creditors to be held on 24 December 2008 or at any adjournment of that meeting. The proxy holder is to propose or vote as instructed below (and in respect of any resolution for which no specific instruction is given, may vote or abstain at his/her discretion).

**Voting Instructions for resolutions**

*Please delete as appropriate*

1. For the approval or rejection of the Administrator's proposals numbers 1 – 6 as circulated.

*Approve / Reject

*Any other resolutions which the proxy-holder is to propose or vote in favour of or against should be set out in numbered paragraphs in the space provided below Paragraph 1. If more room is required please use the other side of this form*

For the appointment of _____

of _____

representing _____

As a member of the Creditors' Committee (if appointed)

This form must be signed

Signature: [signed] Lynn J. Loacker    Date: December 17, 2008

Name in CAPITAL LETTERS: LYNN J. LOACKER

Only to be completed if the creditor/member has not signed in person

Position with creditor or relationship to creditor or other authority for signature
AUTHORIZED SIGNATORY

Contact Telephone:
212.603.6446