John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Victoria A. Newmark (CA Bar No. 183581)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
vnewmark@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**HELLER EHRMAN LLP**,<br>Debtor. | Case No.: 08-32514<br>Chapter 11<br>**DECLARATION OF LYNN LOACKER IN SUPPORT OF DEBTOR'S OBJECTION TO CLAIM OF HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION) (CLAIM NO. 624)**<br>Date: August 27, 2010<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>235 Pine Street, 22nd Floor<br>San Francisco, CA<br>Judge: Honorable Dennis Montali |

I, Lynn Loacker, declare:

1. I am the a member of the Dissolution Committee for the above-captioned debtor in possession, Heller Ehrman LLP ("Heller" or the "Debtor"), and a shareholder of one of the Debtor's partners, Heller Ehrman P.C., a Washington professional corporation. Except as otherwise indicated, the statements made herein are based on my personal knowledge or my review of the Debtor's books and records.

2. I make this declaration in support of the *Debtor's Objection to Claim of Heller Ehrman (Europe) LLP (In Administration) (Claim No. 624); Memorandum of Points and Authorities* (the "Objection"). Each capitalized term not otherwise defined herein shall have the meaning ascribed in the Objection.

3. I have reviewed the proof of claim of Heller Ehrman (Europe) LLP (In Administration) ("Heller Europe") filed in the referenced Chapter 11 case on or about April 22, 2009 and assigned claim number 624 (the "Claim"), a copy of which is attached to the Objection as Exhibit A.

4. Heller Europe was organized as a United Kingdom ("UK") limited liability partnership in 2007 with a view to the practice of law in the UK. Certain shareholders of limited partners of the Debtor were partners of Heller Europe. A true copy of Heller Ehrman (Europe) LLP Members' Agreement (And Deed of Trust) dated February 26, 2007 is attached hereto as Exhibit A.

5. Certain shareholders of limited partners of the Debtor were ordinary or executive partners of Heller Europe. The executive partners of Heller Europe, through an executive committee, managed Heller Europe and, among other things, determined how the profits of Heller Europe were to be divided among its partners. Each executive partner agreed to hold in trust for the Debtor any and all profits of Heller Europe. True copies of the Deeds documenting the profits in trust arrangement are attached hereto as Exhibit B.

6. Heller Europe is no longer engaged in the practice of law. Heller Europe was placed into a UK insolvency process of administration in the UK on November 3, 2008. It is my understanding that, since the filing of the Claim by Heller Europe in this proceeding, the Administration of Heller Europe has been converted to a voluntary liquidation under UK law, and the Joint Administrators have been appointed as Joint Liquidators.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of July, 2010 at ~~San Francisco, California.~~ New York, New York.

_____
Lynn Loacker

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

33685-001\DOCS_LA:221410.1

DECLARATION OF LYNN LOACKER IN SUPPORT OF DEBTORS' OPPOSITION TO CLAIM OF HELLER EHRMAN (EUROPE) LLP (IN ADMINISTRATION)