SIGNED as a DEED and DELIVERED by
LARRY KEESHAN in the presence of:

Signature of witness: ..............................

Residential address: ..............................

Occupation: ..............................

SIGNED as a DEED and DELIVERED by
BARRY LEVIN in the presence of:

Signature of witness: *[signature] Jonathan P. Hayden*

Residential address: 1053 Shrader Street
San Francisco, CA 94117

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
MARK MEDEARIS in the presence of:

Signature of witness: ..............................

Residential address: ..............................

Occupation: ..............................

SIGNED as a DEED and DELIVERED by
LARRY KEESHAN in the presence of:

Signature of witness: ..............................

Residential address: ..............................

Occupation: ..............................

SIGNED as a DEED and DELIVERED by
BARRY LEVIN in the presence of:

Signature of witness: ..............................

Residential address: ..............................

Occupation: ..............................

SIGNED as a DEED and DELIVERED by
MARK MEDEARIS in the presence of: *Mark Medearis*

Signature of witness: *[signature] Paul Angelo*

Residential address: 360 Kellogg Ave
Palo Alto CA 94301

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
BRIAN SMITH in the presence of:

Signature of witness: Barbara Gregg

Residential address: St. Miraloma Dr.
SF, CA 94127

Occupation: attorney

SIGNED as a DEED and DELIVERED by
KEN CHERNOF in the presence of:

Signature of witness: [signature]

Residential address: 3710 Jocelyn St., NW
Washington, DC 20015

Occupation: Shareholder

SIGNED as a DEED and DELIVERED by
STEVE DAVIS in the presence of:

Signature of witness: ....................

Residential address: ....................

Occupation: ....................

SIGNED as a DEED and DELIVERED by
BRIAN SMITH in the presence of:

Signature of witness: .....................................

Residential address: .....................................
.....................................

Occupation: .....................................

SIGNED as a DEED and DELIVERED by
KEN CHERNOF in the presence of:

Signature of witness: .....................................

Residential address: .....................................
.....................................

Occupation: .....................................

SIGNED as a DEED and DELIVERED by
STEVE DAVIS in the presence of:

Signature of witness: [signature]

Residential address: SALVATORE J. VITELLO
421-Hudson Street
New York, New York 10014

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
PAUL DOWNS in the presence of:

Signature of witness: [signature]

Residential address: Stephen T. Callan
102 6th Avenue
Brooklyn, NY 11210

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
GINGER DREGER in the presence of:

Signature of witness: .....................................

Residential address: .....................................
.....................................

Occupation: .....................................

SIGNED as a DEED and DELIVERED by
MARIE FIALA in the presence of:

Signature of witness: .....................................

Residential address: .....................................
.....................................

Occupation: .....................................

Case: 08-32514   Doc# 1341-4   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 3 of 10

SIGNED as a DEED and DELIVERED by
PAUL DOWNS in the presence of:

Signature of witness:
Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
GINGER DREGER in the presence of: _[signature]_

Signature of witness: _Paul_
Residential address: 11510 Summit Wood Rd.
Los Altos Hills, CA 94022

Occupation: ATTORNEY

SIGNED as a DEED and DELIVERED by
MARIE FIALA in the presence of:

Signature of witness:
Residential address:

Occupation:

---

SIGNED as a DEED and DELIVERED by
PAUL DOWNS in the presence of:

Signature of witness:
Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
GINGER DREGER in the presence of:

Signature of witness:
Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
MARIE FIALA in the presence of: _Marie Fiala_

Signature of witness: _Anna [signature]_
Residential address: 319 Pacett Drive
San Mateo, CA 94402

Occupation: Shareholder

Case: 08-32514   Doc# 1341-4   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 4 of 10

SIGNED as a DEED and DELIVERED by
ROB FRAM in the presence of:            )
                                         )

Signature of witness: _____

Residential address: _____
                     _____
                     _____

Occupation: _____

SIGNED as a DEED and DELIVERED by
TED HENNEBERRY in the presence of:      )
                                         )
                                        Ted Henneberry
Signature of witness: Marc Mulholland

Residential address: 5151 33rd St. NW
                     Washington DC 20008
                     _____

Occupation: Lawyer

SIGNED as a DEED and DELIVERED by
STEVE KOPPEL in the presence of:        )
                                         )

Signature of witness: _____

Residential address: _____
                     _____
                     _____

Occupation: _____

---

SIGNED as a DEED and DELIVERED by
ROB FRAM in the presence of:            )
                                         )
                                        Rob Fram
Signature of witness: M. Patricia Thayer

Residential address: 2050 Turk Blvd
                     San Francisco, CA
                     94115 (USA)

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
TED HENNEBERRY in the presence of:      )
                                         )

Signature of witness: _____

Residential address: _____
                     _____
                     _____

Occupation: _____

SIGNED as a DEED and DELIVERED by
STEVE KOPPEL in the presence of:        )
                                         )

Signature of witness: _____

Residential address: _____
                     _____
                     _____

Occupation: _____

Case: 08-32514   Doc# 1341-4   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 5 of 10

SIGNED as a DEED and DELIVERED by
ROB FRAM in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
TED HENNEBERRY in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
STEVE KOPPEL in the presence of: *(signed)*

Signature of witness: *(signed)*

Residential address: 184-29 Tudor Road
Jamaica Estates
New York 11432

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
MATT ATTRASEE in the presence of: *(signed)*

Signature of witness: *(signed)*

Residential address: 1 Nogales St
Berkeley, CA 94705
USA

Occupation: attorney

SIGNED as a DEED and DELIVERED by
JOE MCLAUGHLIN in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
JUDY MILES in the presence of:

Signature of witness:

Residential address:

Occupation:

Case: 08-32514    Doc# 1341-4    Filed: 07/19/10    Entered: 07/19/10 17:09:59    Page 6 of 10

SIGNED as a DEED and DELIVERED by
MATT LARRABEE in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
JOE MCLAUGHLIN in the presence of:
KAREN..M...CRUZ.

Signature of witness: *Joseph T. McLaughlin*

Residential address: 303 EAST 49 th St.
New York, New York 10017
USA

Occupation: ATTORNEY

SIGNED as a DEED and DELIVERED by
JUDY MILES in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
MATT LARRABEE in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
JOE MCLAUGHLIN in the presence of:

Signature of witness:

Residential address:

Occupation:

SIGNED as a DEED and DELIVERED by
JUDY MILES in the presence of: *Ann Minkus*

Signature of witness: *O'Neilleen Newman*

Residential address: 746 SNYDER LANE
WALNUT CREEK, CA
94598

Occupation: ATTORNEY

SIGNED as a DEED and DELIVERED by )
MICHAEL PHILLIPS in the presence of: )

Signature of witness: ..........................

Residential address: ..........................

Occupation: ..........................

SIGNED as a DEED and DELIVERED by )
CHRISTOPHER GREW in the presence of: ) *[signature] Christopher A. Grew*
                                        908 Timberlake Glen Way
Signature of witness: ..........................   Mill Valley, CA 94941
                                        U.S.A.
Residential address: ..........................

Occupation: Executive Director

SIGNED as a DEED and DELIVERED by )
STRUAN PENWARDEN in the presence of: )

Signature of witness: ..........................

Residential address: ..........................

Occupation: ..........................

SIGNED as a DEED and DELIVERED by )
MICHAEL PHILLIPS in the presence of: ) *[signature]*

Signature of witness: *[signature] April BCS*
                      101 Repulse Bay Rd
Residential address:  Hong Kong
                      Attorney
Occupation: ..........................

SIGNED as a DEED and DELIVERED by )
CHRISTOPHER GREW in the presence of: )

Signature of witness: ..........................

Residential address: ..........................

Occupation: ..........................

SIGNED as a DEED and DELIVERED by )
STRUAN PENWARDEN in the presence of: )

Signature of witness: ..........................

Residential address: ..........................

Occupation: ..........................

SIGNED as a DEED and DELIVERED by )
MICHAEL PHILLIPS in the presence of: )

Signature of witness: ................................

Residential address: ................................
................................

Occupation: ................................

SIGNED as a DEED and DELIVERED by )
CHRISTOPHER GREW in the presence of: )

Signature of witness: ................................

Residential address: ................................
................................

Occupation: ................................

SIGNED as a DEED and DELIVERED by )
STRUAN PENWARDEN in the presence of: )

Signature of witness: *[signature]* Spencer Ley

Residential address: 3318 Spur Rd
Glendale, CA 91208 USA

Occupation: Legal Administrator

SIGNED as a DEED and DELIVERED by )
RICHARD EATON in the presence of: )

Signature of witness: *[signature]* Phyllis Gardner

Residential address: 408 Tenessee Glen Way
Mill Valley, CA 94941

Occupation: Executive Director

SIGNED as a DEED and DELIVERED by )
MARK WEEKS in the presence of: )

Signature of witness: ................................

Residential address: ................................
................................

Occupation: ................................

Case: 08-32514   Doc# 1341-4   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 9 of 10

SIGNED as a DEED and DELIVERED by
RICHARD EATON in the presence of:            )
                                              )
                                              )

Signature of witness: ..................................................

Residential address: ..................................................

Occupation: ..................................................

SIGNED as a DEED and DELIVERED by
MARK WEEKS in the presence of:               )
                                              )
                                              )  Ricent Adu

Signature of witness: ....[signature]....

Residential address: 16238 Addison St
Encino, CA 91436

Occupation: Attorney

SIGNED as a DEED and DELIVERED by
STEPHEN FERRUOLO in the presence of:         ) Robert Fram
                                              )
                                              ) [signature] RAF

Signature of witness: ..[signature]..

Residential address: 114 Edgewood
S.F., CA 94117
USA

Occupation: Lawyer