# EXHIBIT B

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) Brian Smith of 513 Rhode Isl St, S.F, CA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said          } Bm S~
Brian Smith
in the presence of:

Phyllis Gaeoh
Phyllis Gaeover

---

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) David Jargiello of 993 Blurbonn Rd Apt # Sunnyvale CA USA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said          } Jargn
David Jargiello
in the presence of:

Phyllis Gaeoner
Phyllis Gaeoh

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) George Greer of 680 SIXTH AVE NO SEATTLE WA 98115 ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
George Greer
in the presence of:

Phyllis Gardner
Phyllis Gardner

---

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Robert Hubbell of 16239 ADDISON, ENCINO, CALIFORNIA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Robert Hubbell
in the presence of: Karen Plotts

KAREN PLOTTS

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Lawrence Keeshan of 37 DACM ST., BERKELEY, CA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Lawrence Keeshan
in the presence of:

Phyllis GARDNER

---

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Barry Levin of 16 HILLCREST DR, ORINDA CA 94563 USA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Barry Levin
in the presence of:

Phyllis GARDNER

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Mark Medearis of 527 Tennyson Ave, Palo Alto CA 94301 ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Mark Medearis
in the presence of:

*[signatures: Mark Medearis; Elias Blawie]*

---

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Richard Eaton of 2 Dorset St, London W1U 4EE ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Richard Eaton
in the presence of:

*[signatures: Richard Eaton; Phyllis Gardner]*

Case: 08-32514    Doc# 1341-5    Filed: 07/19/10    Entered: 07/19/10 17:09:59    Page 5 of 10

**Lisa Hutcheson**

| | |
|---|---|
| From: | Graeme Levy |
| Sent: | 25 September 2008 09:26 |
| To: | James Kennard; Lisa Hutcheson |
| Subject: | Fw: HE Documents |
| Attachments: | Heller Ehrman; Heller Ehrman |

Lisa ppalmh thanks.

**From:** stotta@gtlaw.com
**To:** Graeme Levy; Melanie Lane
**Sent:** Wed Sep 24 21:37:10 2008
**Subject:** HE Documents

Graeme, Mel,

I hope you managed to speak with Alan and get an understanding on fee position etc. I have not heard anything from him since early in the week on this but assume you have been in direct contact with HE?

I attach the form of the members agreement, together with the declaration of trust in favour of the members of HE USA whereby certain of the executive committee members hold profits on trust for the US members.

I do not have any further pertinent documents re. employment etc. in my UK pack, so this is all I can send you for the time being.

Let me know if you need me to track down anything for you or if you need any corporate input.

Many thanks,

Andy

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

This message has been checked for all known viruses by Computers in the City powered by SkyScan Virus Control Centre. For further information visit http://www.citc.it or e-mail virusfree@citc.it

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) Brian Smith of 513 Rhode Isl Ist St, S.F., CA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED as a DEED by the said Brian Smith in the presence of:

*[signature: Brian ...]*

*[witness signatures: Phyllis Gardner / Phyllis Gruch]*

---

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) David Jargiello of 993 Bluebonnet Dr, Sunnyvale, CA USA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED as a DEED by the said David Jargiello in the presence of:

*[signature]*

*[witness signatures: Phyllis Gardner / Phyllis Gruch]*

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) George Greer of 6880 SITTING SERVICE ("the Trustee"); and WAY 9115

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
George Greer
in the presence of:

Phyllis Gardner

---

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) Robert Hubbell of 1535 ADDISON, ENCINO, CALIFORNIA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Robert Hubbell
in the presence of: Karen Plotts

KAREN PLOTTS

Case: 08-32514    Doc# 1341-5    Filed: 07/19/10    Entered: 07/19/10 17:09:59    Page 8 of 10

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) Lawrence Keeshan of 37 DANA ST., BERKELEY, CA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Lawrence Keeshan
in the presence of:

Phyllis GARDNER

---

THIS DEED is made the 26th day of FEBRUARY 2007

**BETWEEN**

(1) Barry Levin of 16 HILL CREST DR, ORINDA, CA 94563 USA ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

**WHEREAS:**

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

**NOW THIS DEED WITNESSES** as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Barry Levin
in the presence of:

Phyllis GARDNER

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Mark Medearis of 527 Emyson Ave, Palo Alto, CA, USA 94301 ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Mark Medearis
in the presence of:

/s/ Mark Medearis

/s/ ELIAS BLAWIE
ELIAS BLAWIE

---

THIS DEED is made the 26th day of FEBRUARY 2007

BETWEEN

(1) Richard Eaton of 2 DORSET ST, LONDON WIU 6EE ("the Trustee"); and

(2) HELLER EHRMAN LLP, a limited liability partnership established under the laws of the State of California, USA ("Heller Ehrman US LLP").

WHEREAS:

(A) Heller Ehrman (Europe) LLP is a multinational legal practice of English solicitors and registered foreign lawyers having its principal place of business in London (the "UK LLP"), the relationship between the members thereof being governed by a members' agreement dated FEBRUARY 26, 2007 (the "UK LLP Members' Agreement").

(B) The Trustee is a member of the UK LLP and an Executive Partner thereof.

(C) By virtue of clause 7.1 of the UK LLP Members' Agreement it is provided that the profits of the UK LLP shall be divided and allocated in such manner and at such times as the Executive Committee of the UK LLP may from time to time in its absolute discretion determine.

(D) The Trustee wishes to declare that all and any profits which may be divided and allocated to him and all and any other distributions which may be made to him in his capacity as a member of the UK LLP are held by him for the partners from time to time of Heller Ehrman US LLP absolutely.

NOW THIS DEED WITNESSES as follows:

1. In this Deed the Profits mean all and any profits which are hereafter divided and allocated to the Trustee in his capacity as a member of the UK LLP by the Partnership Committee of the UK LLP under clause 7.1 of the UK LLP Members' Agreement and all and any other distributions which may be made to the Trustee (whether during the continuance of the business of the UK LLP or in the course of its dissolution) in his capacity as a member of the UK LLP.

2. The Trustee HEREBY DECLARES that he holds and will hold the Profits UPON TRUST for the partners from time to time of Heller Ehrman US LLP absolutely.

3. This deed shall be governed by and construed in all respects in accordance with the laws of the State of California, USA.

IN WITNESS whereof this Deed has been duly executed the day and year first before written.

SIGNED and DELIVERED
as a DEED by the said
Richard Eaton
in the presence of:

/s/ Richard Eaton

/s/ Phyllis Gardner
PHYLLIS GARDNER

Case: 08-32514   Doc# 1341-5   Filed: 07/19/10   Entered: 07/19/10 17:09:59   Page 10 of 10