STEVEN H. FELDERSTEIN, State Bar No. 056978
THOMAS A. WILLOUGHBY, State Bar No. 137597
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
E-mail: sfelderstein@ffwplaw.com
E-mail: twilloughby@ffwplaw.com

Attorneys for The Official Committee
of Unsecured Creditors

**SEALED PURSUANT TO ORDER ENTERED AT DOCKET NO. 1356**

**FILED**
JUL 21 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

HELLER EHRMAN LLP,

    Debtor.

CASE NO.: 08-32514

Chapter 11

**SETTLEMENT AGREEMENT AND MUTUAL RELEASE**

SETTLEMENT AGREEMENT AND