# Exhibit A1

# Class 6 Ballots

# Class 6 Entitled to Vote Ballots

## Class 6 Claims: Entitled to Vote

|   | Creditor Name | Date Received | Claim Number | Dollar Amount | Vote |
|---|---|---|---|---|---|
| 1 | Lehman Brothers | 06/16/10 | n/a | 1.00 | Accept |
| 2 | Paravue Corporation | 06/16/10 | 1019 | 18,105,000.00 | Accept |
|   |   |   |   | $ 18,105,001.00 |   |
|   |   |   |   |   |   |
|   | **Percentage of Votes Accept** |   |   | **100%** |   |
|   | **Percentage of Dollars Accept** |   |   | **100%** | $ 18,105,001.00 |

STEP A: Determine Your Class.

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

STEP B: Vote On The Plan.

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ 1.00 (unliquidated) | X | ☐ |
| Class 7 | $ 1.00 (unliquidated) | X | ☐ |
| Class 8. | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

STEP C: Complete Balloting Information.

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 6/15/10
Tax Id. #: 13-3216325
or
Social Security #: _____

Print or type creditor name: Lehman Brothers Holdings Inc.
Signed: _____
Address: 1271 Avenue of the Americas New York, NY 10020

STEP D: Return Your Ballot.

**THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:**

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
**Do not send your ballot via facsimile or e-mail.**
Ballots that are sent via facsimile or email will not be counted.

### STEP A: Determine Your Class.

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:

**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

### STEP B: Vote On The Plan.

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ 18,105,000 | ☑ | ☐ |
| Class 7 | $ 2,000,000 | ☑ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

### STEP C: Complete Balloting Information.

**YOU MUST COMPLETE THE FOLLOWING INFORMATION**

Dated: 6/16/2010

Tax Id. #: 72-1581005
or
Social Security #: _____

Print or type creditor name: PARAVUE CORPORATION

Signed: /s/ Ujvala Singh

Address: UJVALA SINGH, ESQ
GWIRE LAW OFFICES
455 MARKET STREET, STE 2280
SAN FRANCISCO, CA 94105

### STEP D: Return Your Ballot.

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
**Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.**

# Class 6 Not Entitled to Vote Ballots

## Class 6 Claims: Not Entitled to Vote

|   | Creditor Name | Date Received | Claim Number | Dollar Amount | Vote | Reason |
|---|---|---|---|---|---|---|
| 1 | Adams, Naomi | 06/14/10 | n/a | not stated | Accept | Ballot is unintelligible |
| 2 | Anthony, Christoffer | 06/10/10 | 697 | 6,949.46 | Accept | Ballot improperly classifies claim |
| 3 | Arekapudi, Kartik | 06/14/10 | 959 | 5,665.06 | Accept | Ballot improperly classifies claim |
| 4 | Chiu, Carol | 06/10/10 | 588 | 2,145.72 | Accept | Ballot improperly classifies claim |
| 5 | Giusti, Darlene | 06/14/10 | 71 | not stated | Accept | Ballot improperly classifies claim |
| 6 | Pond, Tawny | 06/15/10 | 98 | not stated | Accept | Ballot is unintelligible |
| 7 | RMB Eterprises | 05/28/10 | 30 | not stated | Accept | Ballot improperly classifies claim |
| 8 | The Seaport Group | 06/15/10 | 81; n/a | 33,253.33 | Accept | Ballot improperly classifies claim |

STEP A: Determine Your Class.

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

STEP B: Vote On The Plan.

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

*I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:*

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ | ☐ | ☐ |
| Class 7 | $ | ☐ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

STEP C: Complete Balloting Information.

### YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 6/11/10

Tax Id. #: ____
or
Social Security #: -6996

Print or type creditor name: Naomi E. Adams
Signed: Naomi E. Adams
Address: 100 S. Barton Street
Arlington VA 22204

STEP D: Return Your Ballot.

**THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:**

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.

**STEP A: Determine Your Class.**

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:

**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

**STEP B: Vote On The Plan.**

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $6,949.46 | ☑ | ☐ |
| Class 7 | $7,971.08 | ☑ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

**STEP C: Complete Balloting Information.**

**YOU MUST COMPLETE THE FOLLOWING INFORMATION**

Dated: 06/08/10

Print or type creditor name: Christoffer Anthony

Tax Id. #: _____
or
Social Security #: -5927

Signed: [signature]

Address: 183 Stoneridge Lane
San Francisco, CA 94134

**STEP D: Return Your Ballot.**

**THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:**

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.

**STEP A: Determine Your Class.**

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:

**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

**STEP B: Vote On The Plan.**

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

*I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:*

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ 5,665.06 | ☒ | ☐ |
| Class 7 | $ 0.00 | ☒ | ☐ |
| Class 8 | $ 2,677.49 | ☒ | ☐ |
| Class 9 | $ 8,238.17 | ☒ | ☐ |
| Class 10 | $ 8,342.55 | ☒ | ☐ |

**STEP C: Complete Balloting Information.**

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: June 10, 2010

Tax Id. #:_____
or
Social Security #:_____ -1743

Print or type creditor name: Kartik Arekapudi
Signed: Kartik A[...]
Address: 1567 Wedgewood Place
Essexville, MI 48732

**STEP D: Return Your Ballot.**

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.

**STEP A: Determine Your Class.**

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

**STEP B: Vote On The Plan.**

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

*I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:*

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ 2,145.72 | ☒ | ☐ |
| Class 7 | $ | ☐ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ 2,145.72 | ☒ | ☐ |

**STEP C: Complete Balloting Information.**

**YOU MUST COMPLETE THE FOLLOWING INFORMATION**

Dated: June 8, 2010

Tax Id. #: _____
or
Social Security #: 3771

Print or type creditor name: CAROL CHIU
Signed: Carol Chiu
Address: 344 OAKTREE DR.
MOUNTAIN VIEW, CA 94040

**STEP D: Return Your Ballot.**

**THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:**

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
**Do not send your ballot via facsimile or e-mail.**
**Ballots that are sent via facsimile or email will not be counted.**

STEP A: Determine Your Class.

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

STEP B: Vote On The Plan.

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

*I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:*

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ | ☑ | ☐ |
| Class 7 | $ | ☑ | ☐ |
| Class 8 | $ | ☑ | ☐ |
| Class 9 | $ | ☑ | ☐ |
| Class 10 | $ | ☑ | ☐ |

STEP C: Complete Balloting Information.

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 6/11/10

Print or type creditor name: DARLENE GIUSTI

Tax Id. #: _____
or
Social Security #: 1-6459

Signed: Darlene Giusti
Address: 901 Masson Avenue
San Bruno, CA
94066

STEP D: Return Your Ballot.

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
**Do not send your ballot via facsimile or e-mail.**
Ballots that are sent via facsimile or email will not be counted.

**STEP A: Determine Your Class.**

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
~~Class 6:~~ Class 6 shall consist of ~~Insured Malpractice Claims~~.
Class 7: Class 7 shall consist of General Unsecured Claims.
Class 8: Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
~~Class 9:~~ Class 9 shall consist of the ~~claims of Subordinated Former Shareholders~~.
Class 10: Class 10 shall consist of the ~~Interests held by the Interest Holders~~.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

**STEP B: Vote On The Plan.**

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ *pursuant to* | ☒ | ☐ |
| Class 7 | $ *this I* | ☒ | ☐ |
| Class 8 | $ | ☒ | ☐ |
| Class 9 | $ *attached* | ☒ | ☐ |
| Class 10 | $ | ☒ | ☐ |

**STEP C: Complete Balloting Information.**

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 6-5-10     Print or type creditor name: Tawny D. Pond
Tax Id. #: _____     Signed: Tawny D Pond
 or
Social Security #: -2731     Address: 3412 - 39th Ave West
                                        Seattle, WA 98199

**STEP D: Return Your Ballot.**

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.



# EXHIBIT 1

**Employee:** Pond, Tawny -- 007934

| | |
|---|---:|
| Total number of hours of accrued, vested and unused vacation on last day of work | 50.34 |
| Total allowed claim for accrued, vested and, unused vacation as of last day of work | $1,587.69 |
| Total allowed claim for unpaid wages (other than vacation), including sabbatical, amounts owed under contract and non-discretionary bonuses | $ 0.00 |
| Wages and Vacation Earned Pre-Petition, but Paid Post-Petition (deducted from Priority Cap) | $ 0.00 |
| Total allowed claim for WARN damages | $7,307.40 |
| Portion of claim for accrued, vested, and unused vacation accrued between 5/4/08 and 10/31/08 entitled to priority up to "priority wage cap" of $10,950 under Bankruptcy Code section 507(a)(4) | $1,587.69 |
| Portion of claim for unpaid wages (other than vacation) accrued between 5/4/08 and 10/31/08 entitled to priority up to "priority wage cap" of $10,950 under Bankruptcy Code section 507(a)(4) | $ 0.00 |
| Portion of WARN claim entitled to priority up to "priority wage cap" of $10,950 under Bankruptcy Code section 507(a)(4) | $3,702.13 |
| Total allowed general unsecured WARN claim not entitled to priority treatment under Bankruptcy Code section 507(a)(4) | $ 0.00 |
| Total allowed claim entitled to wage priority under Bankruptcy Code section 507(a)(4) | $5,289.82 |
| Total allowed general unsecured claim not entitled to priority treatment under Bankruptcy Code section 507(a)(4) | $ 0.00 |
| Total allowed subordinated general unsecured claim for waiting time penalties | $2,151.07 |

Handwritten annotations:
- settlement 3,148 WARN
- 57.7%
- unlikely to receive

**STEP A: Determine Your Class.**

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:
Class 6: Class 6 shall consist of Insured Malpractice Claims.
Class 7: Class 7 shall consist of General Unsecured Claims.
Class 8: Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
Class 9: Class 9 shall consist of the claims of Subordinated Former Shareholders.
Class 10: Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

**STEP B: Vote On The Plan.**

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ | ☑ | ☐ |
| Class 7 | $ | ☐ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

**STEP C: Complete Balloting Information.**

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 05/27/10
Tax Id. #: 680427901
or
Social Security #: _____

Print or type creditor name: RMB Enterprises
Signed: Donna Ellison, Owner
Address: 1212 P Street
Sacramento CA 95814

**STEP D: Return Your Ballot.**

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717
Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.

STEP A: Determine Your Class.

REVIEW THE PLAN TO DETERMINE YOUR CLASS. (SEE PLAN AT ARTICLES II AND IV). THE CLASSES THAT ARE ENTITLED TO VOTE ARE AS FOLLOWS:

**Class 6:** Class 6 shall consist of Insured Malpractice Claims.
**Class 7:** Class 7 shall consist of General Unsecured Claims.
**Class 8:** Class 8 shall consist of all Biggers Subordinated Unsecured Claims.
**Class 9:** Class 9 shall consist of the claims of Subordinated Former Shareholders.
**Class 10:** Class 10 shall consist of the Interests held by the Interest Holders.

Claims in Classes 1, 2, 3 and 5 are unimpaired and are not entitled to vote on the Plan. Claims in Class 4 are the subject of a pending dispute and are not entitled to vote on the Plan.

STEP B: Vote On The Plan.

IF YOU ARE A CREDITOR OR INTEREST HOLDER IN CLASS 6, 7, 8, 9 AND/OR 10, FILL IN THE AMOUNT OF YOUR CLAIM UNDER THE APPROPRIATE CLASS IN THE TABLE BELOW AND THEN CHECK THE BOX TO INDICATE WHETHER YOU VOTE TO ACCEPT OR REJECT THE PLAN. IF YOU HAVE A CLAIM IN MORE THAN ONE CLASS FILL OUT THE CLASS, AMOUNT OF CLAIM AND VOTE FOR EACH CLAIM.

*I, the undersigned, have claims against the Debtor in the amount(s) and in the class(es) indicated below:*

| Class | Amount of Claim in that Class | Vote to Accept | Vote to Reject |
|---|---|---|---|
| Class 6 | $ 33,253.33 | X | ☐ |
| Class 7 | $ | ☐ | ☐ |
| Class 8 | $ | ☐ | ☐ |
| Class 9 | $ | ☐ | ☐ |
| Class 10 | $ | ☐ | ☐ |

STEP C: Complete Balloting Information.

YOU MUST COMPLETE THE FOLLOWING INFORMATION

Dated: 6/14/10
Tax Id. #: 13-4169208
or
Social Security #:

Print or type creditor name: The Seaport Group LLC
Signed: Scott Friedberg
Address: 360 Madison Avenue
New York, NY 10017

STEP D: Return Your Ballot.

THIS BALLOT MUST BE ACTUALLY RECEIVED BEFORE 5:00 P.M. (PST) ON JUNE 16, 2010 BY THE FOLLOWING:

Heller Ehrman LLP Plan Balloting
c/o Development Specialists, Inc.
235 Pine Street, Suite 1150
San Francisco, CA 94104
(ph) 415.981.2717

Do not send your ballot via facsimile or e-mail.
Ballots that are sent via facsimile or email will not be counted.

|  |  |  | Original Creditor | Type | Amount | Transfer - Docket No. |
|---|---|---|---|---|---|---|
| Heller Ehrman | ND CA | 08-32514 | Costco Business Delivery | GUC | $251.95 | 172 |
|  |  |  | Ingallina's Box Lunch | GUC | $482.24 | 173 |
|  |  |  | Cogent Communications | GUC | $32,519.14 | 171 |
|  |  |  |  |  | $33,253.33 |  |