John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010

E-mail: jfiero@pszjlaw.com
kbrown@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

Steven H. Felderstein (CA Bar No. 56978)
Thomas A. Willoughby (CA Bar No. 137597)
Jason Rios (CA Bar No. 190086)
Christopher Crowell (CA Bar No. 253103)
FELDERSTEIN FITZGERALD WILLOUGHBY &
PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>Heller Ehrman LLP,<br><br>　　　　　　Debtor. | Case No.: 08-32514<br><br>Chapter 11<br><br>**NOTICE OF FILING OF EXHIBITS TO JOINT PLAN OF LIQUIDATION OF HELLER EHRMAN LLP (AUGUST 9, 2010)** |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, PARTIES REQUESTING SPECIAL NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that Heller Ehrman LLP (the "Debtor") and the Official Committee of Unsecured Creditors hereby file the exhibits (the "Plan Exhibits") to the *Joint Plan of Liquidation of Heller Ehrman LLP (August 9, 2010)* [Docket No. 1431]. A complete set of the Plan Exhibits is attached hereto as **Exhibit 1**. Exhibit M, the Form of Exit Financing Account Agreement, is the only Plan Exhibit that has been modified since the plan exhibits were filed on August 2, 2010 [Docket No. 1398]. Such revisions are reflected in the redline version of Exhibit M that is attached hereto as **Exhibit 2**.

Dated: August 17, 2010          PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John D. Fiero*
    John D. Fiero
    Kenneth H. Brown
    Teddy M. Kapur
    Attorneys for Heller Ehrman LLP,
    Debtor and Debtor in Possession