John D. Fiero (CA Bar No. 136557)
Kenneth H. Brown (CA Bar No. 100396)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
　　　　kbrown@pszjlaw.com
　　　　vnewmark@pszjlaw.com
　　　　tkapur@pszjlaw.com

Attorneys for Heller Ehrman LLP,
Liquidating Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-32514 |
| **HELLER EHRMAN LLP**, | Chapter 11 |
| Debtor. | **STIPULATION REGARDING TREATMENT OF CLAIM OF S&M MOVING SYSTEM (CLAIM NO. 263)** |

This *Stipulation Regarding Treatment of Claim of S&M Moving System (Claim No. 263)* ("Stipulation") is entered into by and between the above-captioned liquidating debtor Heller Ehrman LLP (the "Liquidating Debtor"), and S&M Moving Systems ("Claimant"), by and through the undersigned.

# RECITALS

A. On December 28, 2008 (the "Petition Date"), Heller Ehrman LLP filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, thereby initiating the above-captioned bankruptcy case.

B. Claimant filed claim number 263 alleging a secured claim for $4,886.00 per month in storage charges (the "Claim") associated with certain personal property stored in San Diego (the "Personal Property"). Included among the Personal Property are a number of boxes of documents (the "Document Boxes").

C. Claimant represents and warrants that the Document Boxes are in "transport ready" condition.

D. The Liquidating Debtor's bankruptcy case is the subject of a confirmed and effective *Joint Plan of Liquidation of Heller Ehrman LLP* (August 9, 2010) (the "Plan").

E. The undersigned are duly authorized to enter into this Stipulation.

NOW, THEREFORE, the Debtor and Claimant hereby stipulate and agree as follows:

# AGREEMENT

1. The foregoing Recitals are true and correct.

2. The Liquidating Debtor shall pay Claimant the sum of $65,000 within 15 days of the last date indicated below.

3. The Liquidating Debtor hereby quitclaims and abandons to Claimant any and all interest in the Personal Property, with the exception of the Document Boxes.

4. The Document Boxes shall be retained by Claimant for an additional 60 days after the last date written below at no additional cost to the Liquidating Debtor so as to allow the Liquidating Debtor arranges for the transfer of the Document Boxes out of Claimant's storage facility within said 60 day period at its own expense.

5. So long as the Liquidating Debtor performs as described above, Claimant shall have no other claims against Heller Ehrman LLP, and any such claims shall be expressly disallowed.

6. The Liquidating Debtor and Claimant shall each bear their own attorneys fees and costs.

| | | |
|---|---|---|
| Dated: September 8, 2010 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ John D. Fiero* |
| | | John D. Fiero |
| | | Attorneys for the Liquidating Debtor |
| | | LAW OFFICE OF WILLIAM P. FENNELL, APLC |
| Dated: September 8, 2010 | | |
| | | */s/ Tracy L. Schimelfenig* |
| | | Tracy L. Schimelfenig |
| | | Attorneys for S&M Moving Systems |