Date: 9/23/10

To: Clerk of the Court
U.S. Bankruptcy Court
Northern District of California
PO Box 7341
San Francisco, CA 94120-7341

    Re: **In re Heller Ehrman LLP, Case No. 08-32514**
          <u>**Change of Address for Creditor**</u>

Dear Clerk:

I am a creditor in the Chapter 11 Bankruptcy Case of Heller Erhman LLP. Please update the creditor matrix with my new address information. My **previous** address was:

709 E 79 Street
Brooklyn NY 11236

My **new** address is:

9414 Avenue K
Apt 1
Brooklyn NY 11236

Signature: _[signed]_

Print Name: NICOLE M. PIERRE

cc: John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

CAROL CAMPBELL
Notary Public, State of New York
No. 01CA5043328
Qualified in Richmond County
Commission Expires Oct. 12, 2011

Sworn to before me this 23rd day of September, 2010

Carol Campbell

35685-001\DOCS_SF:71493.1