# Exhibit A

# IN RE HELLER EHRMAN LLP
## CASE NO. 08-32514 DM
# EXHIBIT A
## PACHULSKI STANG ZIEHL & JONES LLP
### PREVIOUS APPLICATIONS FILED

| Application Period | Order Entered on Docket | Fees Approved | Expenses Approved | Total Approved | 90% of fees | Discounted Total |
|---|---|---|---|---|---|---|
| 12/29/08-4/30/09 | 6/30/09 [Docket 519] | $673,831.75 | $65,935.11 | $739,766.86 | $606,448.58 | $672,383.69 |
| 5/1/09-8/31/09 | 10/30/09 [Docket 726] | $552,770.00 | $26,066.85 | $578,836.85 | $497,493.00 | $523,559.85 |
| 8/31/09-12/31/09 | 3/2/10 [Docket 959] | $799,119.50 | $38,433.29 | $837,552.79 | $719,207.55 | $757,640.84 |
| 1/1/10-4/30/10 | 6/29/10 [Docket 1272] | $708,516.00 | $41,590.93 | $750,106.93 | $637,664.40 | $679,255.33 |

## SUMMARY CHARTS OF FEES AND EXPENSES REQUESTED
## DURING FIFTH APPLICATION PERIOD
## MAY 1, 1, 2010 – SEPTEMBER 1 2010

### FEE SUMMARY BY PROFESSIONAL

| NAMES OF PROFESSIONALS AND PARAPROFESSIONALS | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|
| John D. Fiero | 625.50 | 695.00 | $ 434,722.50 |
| Teddy M. Kapur | 529.70 | 450.00 | $ 238,365.00 |
| Teddy M. Kapur (travel) | 8.80 | 225.00 | $ 1,980.00 |
| Kenneth H. Brown | 33.60 | 725.00 | $ 24,360.00 |
| Miriam Khatiblou | 24.10 | 515.00 | $ 12,411.50 |
| Celine Guillou | 41.70 | 450.00 | $ 18,765.00 |
| Kati L. Suk | 144.60 | 185.00 | $ 26,751.00 |
| Patricia J. Jeffries | 22.50 | 235.00 | $ 5,287.50 |
| Gail S. Greenwood | 94.70 | 550.00 | $ 52,085.00 |
| Victoria A. Newmark | 57.60 | 625.00 | $ 36,000.00 |
| Leslie Ann Forrester | 1.60 | 260.00 | $ 416.00 |
| David J. Barton | 5.30 | 750.00 | $ 3,975.00 |
| Erin Gray | 160.00 | 515.00 | $ 82,400.00 |
| Erin Gray (travel) | 18.00 | 257.50 | $ 4,635.00 |
| Felice S. Harrison | 1.50 | 235.00 | $ 352.50 |
| Iain A. W. Nasatir | 32.20 | 725.00 | $ 23,345.00 |
| John W. Lucas | 11.20 | 450.00 | $ 5,040.00 |
| Nina L. Hong | 29.40 | 550.00 | $ 16,170.00 |
| TOTAL | 1,842.00 | | $987,061.00 |
| DISCOUNTED TOTAL | | | $888,354.90 |

## FEE SUMMARY BY CATEGORY

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis/Recovery | 2.00 | $ 1,007.50 |
| Asset Disposition | 68.50 | $ 36,640.50 |
| Bankruptcy Litigation | 180.20 | $ 103,635.50 |
| Case Administration | 118.40 | $ 60,601.00 |
| Claims Administration/Objection | 416.00 | $ 232,161.50 |
| Compensation of Professionals | 74.00 | $ 28,159.00 |
| Financing | 74.10 | $ 45,866.50 |
| Non-Working Travel | 26.80 | $ 6,615.00 |
| Plan & Disclosure Statement | 643.50 | $ 346,203.00 |
| Plan Implementation | 30.80 | $ 16,896.50 |
| Retention of Professionals | 12.50 | $ 6,294.00 |
| Settlement | 195.20 | $ 102,981.00 |
| **TOTAL** | **1,842.00** | **$987,061.00** |
| **DISCOUNTED TOTAL** | | **$888,354.90** |

## EXPENSE SUMMARY

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Conference Call | Actual cost | $ 870.77 |
| Delivery/Courier Service | Actual cost | $ 45.00 |
| Federal Express | Actual cost | $ 585.17 |
| Fax Transmittal | @$0.20 per page | $ 11.00 |
| Lexis/Nexis Legal Research | Actual cost | $ 7,265.54 |
| Outside Reproduction Expense | Actual cost | $ 22,522.05 |
| Outside Services | Actual cost | $ 456.51 |
| Pacer – Court Research | Actual cost | $ 2,010.56 |
| Postage | Actual cost | $ 1,431.70 |
| Reproduction Expense | @ $0.20 per page | $ 25,537.60 |
| Reproduction (Scan/Copy) | @ $0.10 per page | $ 1,401.60 |
| Research | Actual cost | $ 149.42 |
| Transcript | Actual cost | $ 399.33 |
| Westlaw - Legal Research | Actual cost | $ 8,202.52 |
| **TOTAL** | | **$70,888.77** |