# Exhibit D



PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: WWW.PSZJLAW.COM

John D. Fiero October 1, 2010 jfiero@pszjlaw.com
415.217.5101

**VIA E-MAIL**

Michael Burkart, Plan Administrator
Heller Ehrman LLP
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608

Peter Benvenutti
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Re: **In re: Heller Ehrman LLP**
    **Chapter 11 Case No. 08-32514**

Dear Michael and Peter:

Enclosed herewith please find the *Fifth and Final Application of Pachulski Stang Ziehl & Jones LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application"). The Application seeks final allowance of the fees and expenses incurred by the firm on behalf of Heller Ehrman LLP during the period from May 1, 2010 through September 1, 2010. The Application also seeks final allowance of the fees and expenses previously approved on an interim basis, net of the agreed 10% discount to fees.

The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor-in-possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of professionals. We invite you to discuss any objections, concerns or questions you may have with respect to the Application. The Office of the United States Trustee will also accept your comments.

Very truly yours,

John D. Fiero

JDF
Enclosure

35685-001\DOCS_SF:74195.1