United States Bankruptcy Court
For the Northern District Of California

| HELLER EHRMAN LLP ET AL | } Chapter 11 |
| | } |
| | } Case No. |
| | } 08-32514 |
| Debtor | } Amount **$3,607.94** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**UNIFIED DISPATCH LLC**
**2400 N LINCOLN AVE STE 211**
**ALTADENA, CA 91001**

The transfer of your claim as shown above in the amount of **$3,607.94** has been transferred to:

      Liquidity Solutions Inc
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                            By/s/JEFFREY CARESS
                                            Liquidity Solutions Inc
                                            (201) 968-0001

                                                             299268

## TRANSFER NOTICE

UNIFIED DISPATCH LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____ with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Heller Ehrman, LLP., et al. ("Debtors"), in the aggregate amount of $3,607.94 representing all claims of Assignor pending against Debtors in the United States Bankruptcy Court, Northern District of California, administered as Case No. 08-32514.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of October, 2010.

UNIFIED DISPATCH LLC                                LIQUIDITY SOLUTIONS, INC.

By: _____                         _____
(Signature)                                         (Signature)

Dan Tamba, President                                JEFFREY L. CHRESS
(Print Name and Title)                              (Print Name of Witness)