Entered on Docket
October 27, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 26, 2010

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>HELLER EHRMAN LLP,<br>                    Debtor. | ) Bankruptcy Case<br>) No. 08-32514DM<br>)<br>) Chapter 11 |

ORDER ALLOWING PRIORITY CLAIM OF HAVILA UNREIN

For the reasons set forth in the court's Memorandum Decision on Objections to Priority Status of Claims filed this date, the Liquidating Debtor's Objection Seeking to Reclassify the Priority Claim of Havila Unrein (Claim # 715) is OVERRULED and the claim is ALLOWED as a priority claim in the amount of $10,000.

**END OF ORDER**

-1-

Case: 08-32514   Doc# 1821   Filed: 10/26/10   Entered: 10/27/10 15:34:28   Page 1 of 2

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Havila Unrein |
| | 16011 10th Ave. NE |
| 3 | Shoreline, WA 98155 |