# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: amalakoot | Date Created: 10/27/2010 |
| Case: 08−32514 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr      Havila Unrein      16011 10th Ave., NE      Shoreline, WA 98155

TOTAL: 1