

Signed and Filed: October 26, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>HELLER EHRMAN LLP,<br>　　　　　　　　　　　　Debtor. | ) Bankruptcy Case<br>) No. 08-32514DM<br>)<br>)<br>) Chapter 11<br>) |

ORDER ALLOWING PRIORITY CLAIM OF KELLY SEABURG

　　For the reasons set forth in the court's Memorandum Decision on Objections to Priority Status of Claims filed this date, the Liquidating Debtor's Objection Seeking to Reclassify the Priority Claim of Kelly Seaburg (Claim # 561) is OVERRULED and the claim is ALLOWED as a priority claim in the amount of $10,000.

　　　　　　　　　　　　**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Kelly A. Seaburg |
| | 1740 NE 86th St., #212 |
| 3 | Seattle, WA 98115 |

-2-