Signed and Filed: October 27, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | John D. Fiero (CA Bar No. 136557) |
| | Kenneth H. Brown (CA Bar No. 100396) |
| 2 | Miriam P. Khatiblou (CA Bar No. 178584) |
| | Teddy M. Kapur (CA Bar No. 242486) |
| 3 | PACHULSKI STANG ZIEHL & JONES LLP |
| | 150 California Street, 15th Floor |
| 4 | San Francisco, California  94111-4500 |
| | Telephone: 415/263-7000 |
| 5 | Facsimile:  415/263-7010 |
| 6 | E-mail: jfiero@pszjlaw.com |
| |         kbrown@pszjlaw.com |
| 7 |         mkhatiblou@pszjlaw.com |
| |         tkapur@pszjlaw.com |

Attorneys for Heller Ehrman LLP,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In re: | Case No.: 08-32514 |
|---|---|
| Heller Ehrman LLP, | Chapter 11 |
|         Debtor. | **ORDER RE FIFTH AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| | Date:     October 22, 2010 |
| | Time:    9:30 a.m. |
| | Place:   United States Bankruptcy Court |
| |            235 Pine Street, |
| |            San Francisco, CA |
| | Judge:   Honorable Dennis Montali |

THIS MATTER came before the Court upon consideration of the *Fifth and Final Application of Pachulski Stang Ziehl & Jones LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses* (the "Application") [Docket No. 1723].  Appearances were made as reflected in the record.  Based upon the Court's review and consideration of the Application, the other records and pleadings filed in the Debtor's Chapter 11 case, and the statements of counsel at the hearing on the Application,

THE COURT HEREBY FINDS that notice of and opportunity for a hearing on the Application was duly given, that such notice was appropriate and sufficient under the particular circumstances, and that no objections to the Application were timely filed or served.

It appears to the Court that good cause exists for the interim approval of the fees and expenses requested by counsel in the Application pursuant to Sections 330 and 331 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED**:

1. The Application is granted as set forth herein and the Court allows Pachulski Stang Ziehl & Jones LLP ("PSZJ"), on a final basis, the sum of $3,592,083.38, inclusive of all fees and expenses for the period from December 28, 2008 through September 1, 2010, consisting of $3,349,168.43 of fees and $242,914.95 in expenses as reasonable compensation for actual and necessary services rendered by PSZJ;

2. The amounts contained in the *Supplemental Declaration of John D. Fiero in Support of Fifth and Final Application of Pachulski Stang Ziehl & Jones LLP, for Allowance and Payment of Compensation and Reimbursement of Expenses*, filed October 21, 2010 [Docket No. 1795] are approved on a final basis in the amounts of $24,769.00 in fees and $4,399.68 in expenses;

3. The Debtor is hereby authorized and directed to pay to Schiff Hardin the unpaid balance of such allowed fees and expenses for the Application; and

4. This Order shall constitute the Court's findings of fact and conclusions of law with respect to the Application.

\* \* \*

END OF ORDER

**Court Service List**

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLP
Counsel to Debtors
150 California Street, 15th Floor
San Francisco, CA 94111-4500


Plan Adminstrator
Michael Burkart
5150 Fair Oaks Blvd., #101-185
Carmichael, CA 95608


Steven H. Felderstein, Esq.
Thomas A. Willoughby, Esq.
Felderstein Fitzgerald Willoughby & Pascuzzi, LLP
Counsel to Committee of Unsecured Creditors
400 Capitol Mall, Suite 1450
Sacramento, CA 95814


Shelley Salinero
Manager
HellerEhrmanLLP
333 Bush Street
San Francisco, CA 94104